# EXHIBIT F



ADMINISTRATIVE OFFICE OF THE COURTS

**ANDREW BROWN**
GENERAL COUNSEL

PO BOX 2448, RALEIGH, NC 27602
O 919-890-1300
F 919-890-1914
ANDREW.D.BROWN2@NCCOURTS.ORG

April 28, 2023

Mr. Bill Girdner, Editor
Courthouse News
30 N. Raymond, Third Floor
Pasadena, CA 91101

**Re: April 2023 Letters to N.C. eCourts Leadership**

Dear Mr. Girdner,

This letter responds to your April 2023 letters to North Carolina Clerks of Superior Court Michelle Ball, Susie Thomas, Renee Whittenton, and Blair Williams (the "Clerks"), and North Carolina Administrative Office of the Courts (AOC) Director Ryan Boyce. Please forward this letter to your counsel and advise if you prefer that I communicate directly with them instead.

Your letters request "on-receipt" access to new civil complaints filed in North Carolina counties using the new electronic filing system. The Clerks and Director Boyce are committed to providing public access to court records in a manner that is responsible and compliant with law.

As you likely know, the Judicial Branch launched eCourts less than three months ago in four pilot counties. The rollout is proceeding well; over 50,000 individual filings have been accepted via electronic filing and approximately 10,000 searches are performed each day on Portal. That said those counties remain in a pilot status. The Branch is working closely with Tyler Technologies to remedy important technological concerns and remains deeply engaged in training and assisting judicial officials, court personnel, and the public in adapting to this fundamental change in how North Carolina's courts operate.

The progress expected on these efforts in the coming weeks and months is directly relevant to the issues raised in your letter. Accordingly, the Clerks and AOC respectfully request an additional 60 days to respond to your letter. You may anticipate a response by July 6, 2023.

Sincerely,

Andrew D. Brown
General Counsel

★★★