# EXHIBIT A
# EMAIL CORRESPONDENCE

# O'Brien, Elizabeth

| | |
|---|---|
| **From:** | O'Brien, Elizabeth |
| **Sent:** | Thursday, July 13, 2023 6:18 PM |
| **To:** | Carol Jean LoCicero; Vysotskaya, Olga |
| **Cc:** | Mark R. Caramanica; Mike Tadych; beth@smvt.com; Tina Gilley |
| **Subject:** | RE: CNS Matter |

Carol,

I am not aware of any order of the court directing us to do this yet. Additionally, it is premature given that we haven't even responded to the complaint. I'm not sure if the rules are different in Florida, but I have not had the federal courts in North Carolina require this type of meeting this early in litigation.

Also as I think I told you on our call, we are understaffed at the moment and I have multiple deadlines in federal cases (including this one) in the next few weeks, including responses to two Motions to Preliminary Injunction, a response to Motion for Summary Judgment, and at least four other deadlines in federal cases. I also have four state Superior Court hearings in the next two weeks, and several response deadlines in state Superior Court cases.

As this is not an urgent matter, I do not have time to prepare for and discuss a case management schedule in this case at this time. My schedule should settle down some mid to late August.

Finally to complicate matters, when I came back from vacation I had covid and was ill and quarantined.

I understand you want to do this early in this case, but I'm afraid it is just impossible at this time.

Elizabeth



**Elizabeth Curran O'Brien**
Special Deputy Attorney General
Services to State Agencies
Phone:919.716.0091
Fax:919.716.6755
Email: eobrien@ncdoj.gov
114 W. Edenton St., Raleigh, NC  27603
P.O. Box 629, Raleigh, NC  27602-0629
ncdoj.gov

Please note messages to or from this address may be public records.

---

**From:** Carol Jean LoCicero <clocicero@tlolawfirm.com>
**Sent:** Thursday, July 13, 2023 6:04 PM
**To:** Vysotskaya, Olga <OVysotskaya@ncdoj.gov>
**Cc:** O'Brien, Elizabeth <eobrien@ncdoj.gov>; Mark R. Caramanica <mcaramanica@tlolawfirm.com>; Mike Tadych <mike@smvt.com>; beth@smvt.com; Tina Gilley <tgilley@tlolawfirm.com>
**Subject:** RE: CNS Matter

Hi, Olga & Elizabeth. We really need to get the basic case management activities handled so we can report to the Court. I'm thinking it might help to get us scheduled if I throw a time out there. Please let us know your availability between 10 and noon on July 19.

Many thanks,
Carol



**Carol Jean LoCicero**

601 South Boulevard
Tampa, FL 33606

**ph:** 813.984.3060 | **direct**: 813.984.3061
**fax:** 813.984.3070 | **toll-free:** 866.395.7100
www.tlolawfirm.com

**Tampa – South Florida**

**To upload large documents, please click here**

Member of NAMWOLF®

**CONFIDENTIALITY NOTICE:** The information contained in this email message is intended for the personal and confidential use of the recipient(s) designated above. This message may contain information that is privileged, confidential and exempt from disclosure under applicable law and any unauthorized or inadvertent use, receipt, disclosure, dissemination, or distribution of such information shall not waive any such privilege. If you are not an intended recipient of this message, and/or you have received this message in error, then please notify the sender at (813) 984-3060. Any unauthorized and/or unintended review, use, dissemination, distribution, or reproduction of this message, or any of the information contained in it, is strictly prohibited.

**From:** Carol Jean LoCicero
**Sent:** Monday, July 10, 2023 4:52 PM
**To:** Vysotskaya, Olga <OVysotskaya@ncdoj.gov>
**Cc:** O'Brien, Elizabeth <eobrien@ncdoj.gov>; Mark R. Caramanica <mcaramanica@tlolawfirm.com>; Mike Tadych <mike@smvt.com>; beth@smvt.com; Tina Gilley <tgilley@tlolawfirm.com>
**Subject:** Re: CNS Matter

Thank you!

Sent from my iPhone

> On Jul 10, 2023, at 1:28 PM, Vysotskaya, Olga <OVysotskaya@ncdoj.gov> wrote:
>
> Good afternoon Carol:
>
> Elizabeth will take the lead on this and should be able to follow up with you shortly.
>
> Hope it helps,
>
> Olga
>
> <image001.jpg>  **Olga E. Vysotskaya de Brito**
> Special Deputy Attorney General
> Section Head
> Services to State Agencies Section
> Phone: 919.716.0185

Email: ovysotskaya@ncdoj.gov
114 W. Edenton St., Raleigh, NC 27603
ncdoj.gov

Please note messages to or from this address may be public records.

---

**From:** Carol Jean LoCicero <clocicero@tlolawfirm.com>
**Sent:** Monday, July 10, 2023 1:12 PM
**To:** Vysotskaya, Olga <OVysotskaya@ncdoj.gov>; O'Brien, Elizabeth <eobrien@ncdoj.gov>
**Cc:** Mark R. Caramanica <mcaramanica@tlolawfirm.com>; Mike Tadych <mike@smvt.com>; beth@smvt.com; Tina Gilley <tgilley@tlolawfirm.com>
**Subject:** Re: CNS Matter

Olga and Elizabeth, can you kindly let us know your availability? Many thanks!

Sent from my iPhone

On Jun 28, 2023, at 10:42 AM, Carol Jean LoCicero <clocicero@tlolawfirm.com> wrote:

Good morning, all. Just checking in on getting a case management conference on the schedule. Thanks!

| <image001.png> | **Carol Jean LoCicero** |
|---|---|
| | 601 South Boulevard<br>Tampa, FL 33606 |
| Member of NAMWOLF® | **ph:** 813.984.3060 \| **direct**: 813.984.3061<br>**fax:** 813.984.3070 \| **toll-free:** 866.395.7100<br>www.tlolawfirm.com |
| | **Tampa – South Florida** |
| <image002.jpg> | |
| <image003.png> | To upload large documents, please click here |

CONFIDENTIALITY NOTICE: The information contained in this email message is intended for the personal and confidential use of the recipient(s) designated above. This message may contain information that is privileged, confidential and exempt from disclosure under applicable law and any unauthorized or inadvertent use, receipt, disclosure, dissemination, or distribution of such information shall not waive any such privilege. If you are not an intended recipient of this message, and/or you have received this message in error, then please notify the sender at (813) 984-3060. Any unauthorized and/or unintended review, use, dissemination, distribution, or reproduction of this message, or any of the information contained in it, is strictly prohibited.

---

**From:** Vysotskaya, Olga <OVysotskaya@ncdoj.gov>
**Sent:** Wednesday, June 21, 2023 10:36 AM
**To:** Carol Jean LoCicero <clocicero@tlolawfirm.com>; O'Brien, Elizabeth <eobrien@ncdoj.gov>
**Cc:** Mark R. Caramanica <mcaramanica@tlolawfirm.com>; Mike Tadych

<[mike@smvt.com](mailto:mike@smvt.com)>; [beth@smvt.com](mailto:beth@smvt.com); Tina Gilley <[tgilley@tlolawfirm.com](mailto:tgilley@tlolawfirm.com)>
**Subject:** RE: CNS Matter

Good morning Carol:

Elizabeth is out on scheduled vacation this week, and will be back next week. I would like to have her included in the discussion about scheduling a case management conference. Let's circle back next week, if that's fine with you.

Best regards,

Olga

<image004.jpg>  **Olga E. Vysotskaya de Brito**
Special Deputy Attorney General
Section Head
Services to State Agencies Section
Phone: 919.716.0185
Email: [ovysotskaya@ncdoj.gov](mailto:ovysotskaya@ncdoj.gov)
114 W. Edenton St., Raleigh, NC 27603
ncdoj.gov

Please note messages to or from this address may be public records.

---

**From:** Carol Jean LoCicero <[clocicero@tlolawfirm.com](mailto:clocicero@tlolawfirm.com)>
**Sent:** Wednesday, June 21, 2023 10:29 AM
**To:** O'Brien, Elizabeth <[eobrien@ncdoj.gov](mailto:eobrien@ncdoj.gov)>; Vysotskaya, Olga <[OVysotskaya@ncdoj.gov](mailto:OVysotskaya@ncdoj.gov)>
**Cc:** Mark R. Caramanica <[mcaramanica@tlolawfirm.com](mailto:mcaramanica@tlolawfirm.com)>; Mike Tadych <[mike@smvt.com](mailto:mike@smvt.com)>; [beth@smvt.com](mailto:beth@smvt.com); Tina Gilley <[tgilley@tlolawfirm.com](mailto:tgilley@tlolawfirm.com)>
**Subject:** CNS Matter

Good morning, Elizabeth & Olga. While I know we're still talking about the issues, we probably need to get the case management conference scheduled. I am copying my assistant, Tina Gilley, to help us do so. If there's someone in your office who you'd like us to coordinate through, just let us know.

Best,
Carol

<image001.png>      **Carol Jean LoCicero**

601 South Boulevard
Tampa, FL 33606

Member of NAMWOLF®       **ph:** 813.984.3060 | **direct**: 813.984.3061
**fax:** 813.984.3070 | **toll-free:** 866.395.7100
[www.tlolawfirm.com](http://www.tlolawfirm.com)

**Tampa – South Florida**

<image002.jpg>      To upload large documents, please click here

4

&lt;image003.png&gt;

**CONFIDENTIALITY NOTICE:** The information contained in this email message is intended for the personal and confidential use of the recipient(s) designated above. This message may contain information that is privileged, confidential and exempt from disclosure under applicable law and any unauthorized or inadvertent use, receipt, disclosure, dissemination, or distribution of such information shall not waive any such privilege. If you are not an intended recipient of this message, and/or you have received this message in error, then please notify the sender at (813) 984-3060. Any unauthorized and/or unintended review, use, dissemination, distribution, or reproduction of this message, or any of the information contained in it, is strictly prohibited.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.