IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CV-280-FL

| | | |
|---|---|---|
| COURTHOUSE NEWS SERVICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RYAN BOYCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's motion to extend the fact discovery deadline to September 27, 2024, [DE-45], and Defendants' motion to strike Plaintiff's reply brief in support of the motion to extend, [DE-49]. Both motions are opposed and fully briefed, [DE-47, -48, -51], and the court held a telephonic hearing on the motions on August 20, 2024. The court finds good cause to extend the fact discovery deadline to allow the parties resolve their outstanding discovery disputes and to complete document production and depositions. Although Defendants assert Plaintiff delayed in pursuing discovery, the court finds Plaintiff has demonstrated sufficient diligence to merit a brief extension, which will not require otherwise amending the case management order. Accordingly, for good cause shown, the motion to extend the fact discovery deadline is allowed, and fact discovery shall be completed by **September 27, 2024**. The court did not consider Plaintiff's reply in ruling on the motion; accordingly, the motion to strike is denied as moot.

SO ORDERED, the **20** day of August, 2024.

Robert B. Jones, Jr.
United States Magistrate Judge