IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>          Plaintiff,<br><br>v.<br><br>RYAN BOYCE, in his official capacity as Director of the North Carolina Administrative Office of the Courts; MICHELLE BALL, in her official capacity as Clerk of Superior Court of Johnston County; RENEE WHITTENTON, in her official capacity as Clerk of Superior Court of Harnett County; and BLAIR WILLIAMS, in his official capacity as Clerk of Superior Court of Wake County,<br><br>          Defendants. | Case No.: 5:23-cv00280-FL<br><br>**ORDER** |

  The Parties jointly moved this Court to extend the deadline for dispositive motions ninety (90) days from December 16, 2024, through March 17, 2025. For good cause shown, including settlement discussions and the parties' agreed to need for limited discovery, the motion is ALLOWED and the deadline to file dispositive motions is extended through March 17, 2025. After the Court has ruled on any dispositive motion(s), the Court will enter an additional scheduling order governing deadlines and procedures for final pretrial conference and trial, if appropriate, and all other terms and conditions set forth in the Court's January 25, 2024, case management order shall remain in full force and effect.

  SO ORDERED, this the ____ Day of December, 2024.

                          _____
                          Louise W. Flanagan
                          United States District Judge