# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

|  |  |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>                      Plaintiff,<br><br>v.<br><br>RYAN BOYCE, in his official capacity as Director of the North Carolina Administrative Office of the Courts; MICHELLE BALL, in her official capacity as Clerk of Superior Court of Johnston County; RENEE WHITTENTON, in her official capacity as Clerk of Superior Court of Harnett County; and CLAUDIA CROOM, in her official capacity as Clerk of Superior Court of Wake County,<br><br>                      Defendants. | Case No.: 5:23-cv00280-FL<br><br>**ORDER** |

The Parties jointly moved to extend the deadline to file dispositive motions sixty (60) days from March 17, 2025 to May 16, 2025. For good cause shown, including settlement discussions and the parties' agreed need for limited discovery, the motion is ALLOWED and the deadline to file dispositive motions is extended to May 16, 2025.

SO ORDERED, this the 3rd day of March, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge