**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | |
| Plaintiff, | Case No.: 5:23-cv00280-FL |
| v. | **DECLARATION OF WILLIAM GIRDNER IN SUPPORT OF COURTHOUSE NEWS SERVICE'S MOTION FOR SUMMARY JUDGMENT** |
| RYAN BOYCE, in his official capacity as Director of the North Carolina Administrative Office of the Courts; MICHELLE BALL, in her official capacity as Clerk of Superior Court of Johnston County; RENEE WHITTENTON, in her official capacity as Clerk of Superior Court of Harnett County; and CLAUDIA CROOM, in her official capacity as Clerk of Superior Court of Wake County, | |
| Defendants. | |

I, William Girdner, declare and state, under penalty of perjury, as follows:

1.      I am the founder, editor, and publisher of Courthouse News Service ("CNS"), the plaintiff in the above-captioned action.  I make this declaration in support of CNS' Motion for Summary Judgment.  I have personal knowledge of the following facts, except where otherwise stated, and would and could testify to them if called as a witness.

2.      As editor of Courthouse News, I have final responsibility for the timeliness and content of our news publications, including the Courthouse News website.  As publisher, I have final responsibility for the business operation of Courthouse News, including the distribution of our daily newsletters, the hiring and supervision of our reporters and editors, and the business decisions involved in keeping Courthouse News afloat, including the litigation we decide to undertake.

3.     Over the course of a career in journalism and the publishing business, I have developed extensive personal knowledge of the procedures that courts use, both now and in the past, to intake, docket, and provide access to new complaints. I also have personal experience overseeing Courthouse News' coverage of courts across the nation, and I have personal knowledge of the different e-filing systems used by those courts as well as personal knowledge of how courts have configured their systems to provide public access to new court filings.

4.     This personal knowledge has been derived from my more than 40 years of covering the courts, including my own in-person visits to many state and federal courts, discussions with court officials, and my observation of these courts' complaint intake and access procedures.  It also derives from my supervision of our reporters and editors around the country, and from seeking, through negotiation and litigation, to restore the traditional access that was taken away by clerks in the thrall of a new technology.

## About Courthouse News Service

5.     CNS is a nationwide news service specializing in reporting on civil litigation, with a network of reporters based across the nation.  We are similar to other news services, such as The Associated Press, except that Courthouse News reports on civil lawsuits in state and federal courts from the inception of new cases through appellate rulings, as well as coverage of notable trials, Congressional hearings and Supreme Court arguments.

6.     I began what eventually became CNS in 1990 out of a belief that traditional news media coverage of civil litigation failed to capture the entire daily flow of news from new civil complaints.  Initially, I was CNS' only reporter.  I began by covering the United States District Court for the Central District of California, where journalists trooped down to the clerk's office every afternoon and gathered a stack of new complaints from the intake clerk to look over for news stories.

2

7.     CNS hired additional reporters as it expanded its coverage.  By 2001, CNS' regional coverage in California included the major metropolitan state and federal courts in Los Angeles, Orange County, and San Francisco.  Soon after, CNS was also covering state and federal courts in Houston, New York, and Chicago.  CNS continued expanding its coverage of trial courts over the years, first in major metropolitan areas and then gradually extending into less populous areas. Today, CNS employs approximately 220 people, most of them editors and reporters, covering state and federal trial and appellate courts across all 50 states, including the U.S. Supreme Court.

8.      CNS now publishes a variety of subscription-based reports, as well as a free publicly available news website (www.courthousenews.com) featuring news reports and commentary.  The CourthouseNews.com website functions much like a daily print newspaper, with staff-written articles from throughout the nation that are posted and then rotate off the page in a 24-hour cycle.  Many of the stories written by CNS staff writers focus on ongoing court cases and rulings in state and federal courts, including those in North Carolina.

9.     CNS' subscription-based publications include its New Litigation Reports, which contain original, staff-written summaries of new civil complaints from a particular jurisdiction, as detailed further below.

10.     Among CNS' other subscriber publications are what CNS refers to as "trackers," which allow subscribers to follow developments in an ongoing civil case, and its "dingers" which alert subscribers to new civil lawsuits filed against a particular party or on a particular topic.  Both the dingers and the trackers are sent to subscribers via email throughout the day, as we become aware of a new complaint, subsequent filing, or ruling.  Many of CNS' subscribers receive all of these publications as part of a package subscription.

11.     CNS also publishes one print newsletter and an electronic "Daily Brief," which comprehensively covers published, nationwide appellate rulings, including all published U.S.

3

Supreme Court and federal circuit decisions, as well as significant rulings from a growing number of federal district courts, including the Eastern District of North Carolina. It also includes state supreme court and appellate court decisions.

## CNS Subscribers and Other Readers

12.     CNS has more than 2,750 subscribers nationwide, in addition to approximately 23,000 individuals who read the CourthouseNews.com website each weekday.

13.     All but a few of the nation's large and mid-sized law firms subscribe to one or more of CNS' publications, making them available to attorneys and others at the firm. Some attorneys read the New Litigation Reports to learn about new complaints filed against clients. Others use them to learn about claims within the lawyer's expertise where defendants might need counsel. Attorneys also read the New Litigation Reports to identify litigation trends and what their legal brethren are doing, and review the actual complaints referenced in the reports to learn more about the factual allegations and claims.

14.     CNS subscribers also include law schools, law libraries, government offices, judges, non-profit organizations, Fortune 500 companies, and watchdog groups, such as the D.C.-based Center for Public Integrity and International Consortium of Investigative Journalists. Academic institution subscribers include the University of North Carolina at Chapel Hill, Wake Forest University, Arizona State University, Baylor College, Boston College Law Library, Boston University, University of California College of the Law, San Francisco (formerly UC Hastings), , UCLA School of Law, Case Western Reserve University, University of Chicago, Columbia Journalism Investigations, University of Maryland, MIT Sloan School of Management, Southern Illinois University School of Law Library, Stanford University, and the University of Virginia School of Law.

4

15.     A substantial number of news and entertainment outlets are also CNS subscribers. Our news media subscribers rely on CNS to provide them with timely information about civil litigation – our specialty – so they can, in turn, report about the cases to their readers and viewers. These subscribers include The Associated Press, *The Atlanta Journal-Constitution*, *The Boston Globe*, *Chicago Tribune*,  *The Dallas Morning News*, *The Denver Post*, *Detroit Free Press*, Fox Entertainment Group, *Honolulu Civil Beat*, *Los Angeles Times*, *Pacific Coast Business Times*, *Philadelphia Business Journal*, *Phoenix New Times*, *Portland Business Journal*, *The Salt Lake Tribune*, *San Antonio Express News*, *San Jose Mercury News*, *Seattle Times*, *St. Paul Business Journal*, *The Salt Lake Tribune*, *Tampa Bay Business Journal*, *The Wall Street Journal*, Walt Disney Company, *The Washington Post*, and many broadcast stations.

16.     CNS has been credited as the original source of reporting by a range of publications, including: *ABA Journal*, ABC News, *The American Journal of Public Health*, Associated Press, *The Atlanta Journal-Constitution*, *The Atlantic*, *Austin American Statesman*, Black Christian News Network, *California Bar Journal*, CBS News, *The Charlotte Observer*, *The Christian Science Monitor*, CNN, *The Daily Beast*, *The Dallas Morning News*, *The Des Moines Register*, *Forbes*, Fox News, *The Guardian*, *The Hill*, *The Houston Chronicle*, *The Huffington Post*, *The Independent* (U.K.), *Long Island Press*, *Los Angeles Times*, *The Miami Herald*, *Mother Jones*, National Public Radio (NPR); NBC News, *New York Daily News*, *New York Magazine*, *The New York Times*, *Newsday*, *Pittsburgh Post-Gazette*, *Politico*, ProPublica, *Richmond Times Dispatch*, *The Roanoke Times*, *Rolling Stone*, *The Sacramento Bee*, *Salt Lake City Tribune*, *San Antonio Express-News*, *San Francisco Chronicle*, *San Jose Mercury News*, Slate, *The Star-Ledger* (Newark, New Jersey), *The Telegraph* (U.K.), *The Virginian-Pilot*, *The Wall Street Journal*, *The Washington Post*, *The Washington Times*, Women's Health Policy Report, United Press International (UPI), *USA Today*,

*U.S. News and World Report* and the YouTube news channel. Attached hereto as **Exhibit 1** are true and correct copies of a small sampling of news reports crediting CNS as a source.

17. In North Carolina, CNS has been credited as the original source of reporting by The Charlotte Observer, The News & Observer, Due North, a podcast from WUNC, North Carolina Public Radio (Chapel Hill), The Assembly: N.C. News and In-Depth Reporting (Statewide), North State Journal WFAE 90.7 (Charlotte) and WRAL News (Raleigh).

## New Litigation Reports

18. CNS' subscription-based publications include New Litigation Reports, which contain original, staff-written summaries of newsworthy new civil complaints. These reports, which are e-mailed to subscribers each evening, focus on general jurisdiction civil complaints against businesses, government agencies, and prominent individuals, as well as any other civil action likely to be of interest to CNS' subscribers. New Litigation Reports do not cover criminal, juvenile, or family law matters, nor do they include name changes, probate filings, most residential foreclosures, or collection actions against individuals. Moreover, CNS does not report on the tiny number of newly filed complaints that are confidential by rule or statute or that are accompanied by a motion to seal. As of the date of this declaration, CNS publishes 118 New Litigation Reports.

19. To prepare New Litigation Reports and identify cases that may warrant a broader website article, CNS reporters review new civil complaints filed at the courthouses they are assigned to cover. Historically, in the paper-filing era, CNS reporters covered their courts by traveling to physical courthouses each day and reviewing the stacks of new civil complaints filed that day across the intake counters in the clerks' offices. In its earliest days, CNS focused on covering the nation's largest, metropolitan courthouses, both state and federal, which typically saw the largest volume of new case filings and the most newsworthy complaints.

20.    As CNS grew and we expanded our coverage beyond the major cities, its local reporters often expanded their coverage by visiting additional, regional courthouses throughout the day. While the expanded, regional coverage often entailed periodic coverage—i.e., one or more times a week—the reporters continued their daily coverage of their primary, metro courthouses by visiting them at the end of my day, after having visited any other courts earlier in the day.

21.    With the emergence of electronic records and filing, the federal courts and an increasing number of state courts began making court records available online. This allowed CNS' reporters to cover their courts remotely through the Internet, or through public access terminals located at the courthouse. Without the need to travel to numerous courthouses throughout their region, CNS' reporters were often able to expand their coverage further, in some instances covering all or much of a particular state by going to a single courthouse and seeing the available filings statewide at the court's public access terminals.

22.    Regardless of the number of courts CNS' reporters cover for litigation reports, timely reporting on new civil actions, and on all news events that it covers, is a core part of what CNS strives to do for readers.  To that end, CNS' reporters strive to routinely report on newly filed civil complaints at the latest on the same day they receive access to them, taking into account the practical and logistical realities of covering numerous courts across a single state, and the challenges that exist when CNS reporters are required to visit multiple courthouse locations each day.

23.    Today, regardless of whether they travel to a physical courthouse (or multiple courthouses) to see new complaints, or alternatively, can see new complaints remotely online, CNS reporters prepare the New Litigation Reports by reviewing the civil complaints filed with their courts or made available for viewing that day to determine which are of interest to CNS' readers. Sometimes, when a complaint is not made available online or a reporter is not able to physically

7

travel to a courthouse, the reporter will include docket information only (party names, case number, etc.) in the New Litigation Report, if that information is available. Given the fast-moving nature of news, any delay in the ability of a reporter to review those new complaints necessarily holds up the reporting on those actions for the New Litigation Reports, the CNS website, and our other publications.

24.     The New Litigation reports are published by region or court, with regional reports often covering multiple courthouses. Among those New Litigation Reports are the *Triangle Area Report* (which covers the Triangle Area of North Carolina, including Wake County and Johnston County), the *Charlotte Report*, and the *Greater North Carolina Report* (which includes Harnett County). Examples of each of these reports is attached as **Composite Exhibit 2**. Collectively, these reports cover civil complaints filed in state superior courts (as well as federal courts) across North Carolina, and they are emailed to subscribers weekday evenings.

25.     CNS has multiple reporters covering North Carolina. Specifically, Rich Ivey is the reporter covering the *Triangle Area Report* and the *Greater North Carolina Report*. Mr. Ivey is based in Raleigh, and reports on the federal and state courts in North Carolina as well as political and legal news around the state.

<u>**The Tradition of Access to New Complaints**</u>

26.     Before the advent of electronic filing, it had been a long-standing tradition in courts across the country for the press to review new civil complaints on the day of filing as soon as they crossed the intake counter  – where the clerk recorded the filer's check, often noted the parties' names, sometimes assigned a case number, and then handed the filer a receipt – but before the completion of administrative processing or docketing.  This practice ensures that interested members of the public learn about new cases in a contemporaneous manner, as they were received by the court, and while they were still newsworthy and likely to capture the public's attention.

27.     As CNS expanded soon after its founding, I regularly visited federal and state trial courts to better understand how press access worked, first in California and then in other states across the country.  Each court, state and federal, provided journalists with access to the new paper complaints filed that day, in a bin or box of some kind – wood, wire mesh, or cardboard – near the intake window. The newly filed complaints stacked up in the box during the course of the day. The stack was then gathered up by a docketing clerk usually the next morning to be entered into the court's case management system.  This was true in courts I visited throughout California, as well as the Midwest and East Coast, for example, in Chicago, Milwaukee, Minneapolis, St. Louis, Austin, Dallas, and Houston; and in the Southwest and Northwest, *e.g.*, in Phoenix and Seattle.  In each of these cities, among others, I personally visited the major, metropolitan courthouses for the purpose of understanding and establishing daily coverage, including in connection with training the local reporters I hired to cover the courts.

28.     Through our reporters and their coverage, I learned of the same tradition of access to new complaints in other cities throughout the country as well, *e.g.,* Portland and Boise in the Northwest; Cleveland, Cincinnati, Columbus, and Indianapolis in the Midwest and along the East Coast; Atlanta, Birmingham, Charleston, Nashville, and Oklahoma City in the Southeast and the South; and Salt Lake City and Las Vegas in the West.  For the most part, the federal and state trial courts across the country provided the press with access to new paper-filed complaints in this manner: right after intake and before docketing, on the day of filing, with clerks allowing reporters to regularly check the stack of newly filed civil complaints throughout the day. Some courts would also allow the reporters to go behind the counter to review the newly filed complaints.

29.     The timeliness of our news reports is a fundamental part of their value to subscribers and to readers of our website. News runs on a daily cycle where events occur during the day and are reported that afternoon and evening. Newsmakers and reporters then sleep, and the

9

whole cycle starts all over again the next day. Especially in today's digital age, when news is delayed until the next day or longer it is devalued by the delay. A day late is generally too late because the news in a day-old complaint has already been overtaken by events in the current news cycle. Civil actions not reported when they are received by a court are thus effectively suppressed, less likely to prompt news coverage, and thus less likely to come to the public's attention.

30.    I compare news to bread, fresh on the day it is made, stale the next. So did U.S. District Court Judge Henry Coke Morgan, on the fourth day of a bench trial in *Courthouse News Service v. Schaefer*. "I think the point the plaintiff's making is that it has its news value when it's fresh… If you don't get it when it's fresh, it's like stale bread or stale anything else. So I think the plaintiff's point on that is well taken." A true and correct copy of the relevant trial transcript pages are attached as **Exhibit 3.**

31.    The tradition of making new complaints available to the press and public as soon as courts receive them is familiar to the judges and litigators who practiced in those courts.  In the appellate argument for another case raising the same issues as this case, *CNS v. Gilmer*, Judge Bobby Shepherd of the 8th Circuit Court of Appeals noted during oral argument: "There was a time when – and some in this room may remember it -- when you took a pleading to the courthouse and the clerk stamped it physically and it went into different bins and it was available immediately."

32.    During that same argument, another panel member, Judge Ralph Erickson said to Missouri's lawyer: "What we're saying is that, oh, for about 230 years you can walk into a Missouri Courthouse into the clerk's office, and say, 'Hey, can I see what's been filed today?' And now all of a sudden you can't, right?"   The audio recording of the April 14, 2022, oral argument is available for listening on the Eighth Circuit's website:  http://media-oa.ca8.uscourts.gov/OAaudio/2022/4/212632.MP3

33.     In the age of paper records, state and federal courts around the country made new non-confidential civil complaints available to reporters shortly after they were received by the court, as Judge Shepherd described, allowing reporters to see new complaints as they were filed.  Courts provided contemporaneous access by making complaints available after they crossed the intake counter, regardless of whether clerks had completed docketing or other clerical tasks.  Despite the challenge inherent in working with paper complaints – only one person can handle the document at any one time – reporters and court staff found ways to work cooperatively so that everyone could do their jobs.  This allowed the press to report on new civil actions while they were still newsworthy and likely to capture the public's attention.

34.     When CNS encountered delays in paper-filing courts, it was because courts would not let reporters see newly filed complaints that were waiting for a clerk to "process" them.  This kind of post-processing access (or "no-access-before-processing" policy) is what CNS successfully challenged in the 9th Circuit *Planet* litigation and a list of other cases.

### Advent of Electronic Filing

35.     Providing timely access to new civil complaints in an e-filing court is even easier than doing so in a paper filing court.  An e-filed complaint is simply a .pdf document to be viewed or downloaded locally or remotely by whoever has permission.  Filers prepare and submit their .pdf documents, which are then received by courts into their e-filing systems. Once received by the courts, the .pdf documents reside in virtual queues or in-boxes. Nothing prevents a clerk from processing a complaint at the very moment members of the press or public are reading it or, depending on the clerk's schedule, well after public access.  Moreover, courts can and regularly do require filers to enter into the e-filing interface whatever information the court needs to automatically sort and filter new filings into categories based on that information, including the automatic segregation of confidential filings. As was in the case in the paper world, access in e-

filing courts is delayed only if courts withhold new civil complaints until after court staff complete clerical processing.

36.     When the federal courts converted to e-filing, they kept the tradition of access in place by giving press and public access to new filings through the PACER system as soon as they were received by the court, in essence replacing the wood box on the counter with an electronic box online. The federal courts thus continued to provide press and public access to new civil complaints when they were filed, in the manner described by both Judge Shepherd and Judge Erickson in the 8th Circuit. As state courts transitioned to e-filing, many also made new filings available as they were received by the courts, and before clerks had completed clerical tasks with respect to the new complaints. At these courts – state and federal – new civil complaints are made available to the public moments after they are received by the court, even if the complaint is filed after hours or on the weekend when clerks are not working. The clerks complete their clerical work afterwards.

### Access Delays Caused by Clerical Processing

37.     While many courts maintained the tradition of access when they transitioned to e-filing, other state courts, including the Superior Courts in North Carolina ("N.C. Courts"), took a different approach, often not mindful of how new administrative rules and procedures would impact the press' ability to cover the courts.  These courts built delay into their systems as they transitioned to e-filing by not allowing access to new e-filed civil complaints until after court clerks completed processing and "accepted" them.  While the new complaints sit in a processing queue, journalists are required to wait for the completion of clerical work that ebbs and flows in its efficiency depending on sickness, training, staff gatherings, staffing levels, holidays and difficulties with the processing software, among the great variety of events that can delay the completion of clerical work.

38.     In CNS' experience covering courts across the nation, most courts struggle to complete the clerical tasks for all the day's complaints on the day the complaint is filed, which means that post-processing access nearly always results in delayed access. On the other hand, contemporaneous access is the natural result in an e-filing court if the court does not withhold new civil complaints for clerical processing.

### North Carolina's Transition to E-Filing

39.     CNS has covered the N.C. Courts since at least 2003, when it began covering the federal and state superior courts in Mecklenburg County. Courthouse News currently covers all N.C. Courts statewide and has since before the N.C. Courts began converting from paper-filing to e-filing in 2023.

40.     In 2019, NCAOC contracted with Tyler Technologies, Inc. ("Tyler") to transition from paper to e-filing. North Carolina uses three interconnected Tyler products: (1) the e-filing system (branded "eFile North Carolina"), (2) the case management system called Enterprise Justice, and (3) a public access portal called Odyssey.

41.     The N.C. Courts have a website dedicated to eCourts (https://www.nccourts.gov/ecourts). This website contains detailed information concerning the N.C. Courts' conversion to e-filing and how to use the Tyler Odyssey system to initiate new case filings and access court information online. True and correct screenshots from the eCourts website are attached as **Exhibit 4** ("eCourts" (https://www.nccourts.gov/ecourts)), **Exhibit 5** ("File & Serve Training and Resources" (https://www.nccourts.gov/ecourts/file-serve-training-and-resources)), and **Exhibit 6** ("Portal Training and Resources" (https://www.nccourts.gov/ecourts/portal-training-and-resources)).

13

**Pre-Litigation Efforts to Address North Carolina's Unconstitutional Access Restrictions**

42.     CNS' attempts at preventing and then resolving the access delays resulting from the N.C. Court's conversion to e-filing date back to 2019, when the N.C. Courts began preparing for their migration to e-filing and announced that Tyler had been selected as the vendor. On January 23, 2019, counsel for a group of news media organizations operating in North Carolina, which included CNS, various newspapers and broadcast stations, and the North Carolina Press Association, sent a letter to Judge Marion R. Warren, Director of the North Carolina Administrative Office of the Courts, regarding public access to electronic filings. A true and correct copy of this letter is attached as **Exhibit 7**.

43.     Then, on September 26, 2019, the same counsel sent a letter to McKinley Wooten, then Interim Director for the North Carolina Administrative Office of the Courts ("NCAOC"), and Brad Fowler, then Chief Business Officer for NCAOC, asking them to ensure contemporaneous access to new complaints via a press review queue (the details of which are discussed below). A true and correct copy of this letter, without the enclosures, is attached as **Exhibit 8**.

44.     CNS did not receive a response to either letter.

45.     After eFile North Carolina went live in the first four pilot counties, CNS renewed its request for contemporaneous access to new e-filed civil complaints through a press review queue through a letter to the new Director of NCAOC, Ryan Boyce, dated April 6, 2023, and to the clerks of the e-filing pilot counties, including the three Clerk Defendants, dated April 7, 2023. The letters informed Defendants that delays in access to new civil complaints in their counties have been, and currently are, ongoing and persistent. True and correct copies of these letters are attached as **Composite Exhibit 9.**

46.     In response, counsel for Defendants sent a joint letter dated April 28, 2023, in which they did not dispute that there were delays between when new complaints were received by the

14

court and when they were "accepted" by court clerks. Instead, they indicated that eCourts was in a limited "pilot" status and that "progress [was] expected on these efforts in the coming weeks and months." Accordingly, they asked for an additional 60 days to respond. A true and correct copy of this letter is attached as **Exhibit 10.**

47.     On May 8, 2023, I responded to that letter, noting our ongoing correspondence with previous leaders of NCAOC dating back four years prior and declining, in the absence of any substantive response or comments regarding the multiple practical solutions CNS had proposed, to simply accept the ongoing delays in access for an additional two months. A true and correct copy of this letter is attached as **Exhibit 11**.

## The Auto-Accept Solution to Delayed Access

48.     Many state courts, like the great majority of federal courts, elect to have new filings automatically "accepted" into their case management systems and available to the press and public moments after they are filed. This so-called "auto-accept" e-filing model is familiar to lawyers and judges because it is the model used by the overwhelming majority of federal district courts in the country. "Auto-accept" simply means that the court automatically "accepts" new filings into its case management system (versus having a clerk review and, through key strokes. move the new filing into the case management system after completing various clerical tasks and "accepting" the filing). Clerks then complete processing *after* the new complaint has been placed into the case management system. Confidential filings are filtered out based on information the filer provides in the e-filing interface, and non-confidential filings are available right after the court receives them, using whatever public access method the court uses. Federal courts provide remote online access to registered users through the PACER system.

## The Press Review Queue Solution to Delayed Access

49.     Courts that do not automatically accept new filings into their case management systems through an "auto-accept" system typically rely on court clerks to manually process and "accept" them into their case management systems.  This "clerk-acceptance" model is not incompatible with timely access as long as courts do not withhold access while the filings are sitting around waiting for a clerk to process and "accept" them. Many state courts, and some federal courts, have developed a "press queue" solution, which allows users to view complaints via a designated web page as soon as they are electronically filed even though they have not yet been processed and "accepted" or "rejected" by court staff. Some courts limit access to their press queues to only credentialed users, while others make their press queues accessible to the public. Some courts use press queues developed and hosted by vendors, while others developed their own press queues in-house. Some courts make their press queues available remotely online, while others make their press queues available at public access terminals located at the clerk's office. These and other configurations are used by courts across the nation to provide public access at the time new complaints and petitions are received.

50.     It is important to note that the term "press review queue" is a bit of a misnomer because pre-acceptance access is not limited to only members of the press. As a practical matter, in my 40 years of covering the courts, members of the press were the ones who spent the time it takes to review the flow of new complaints every day, searching for news. This may account for the term "press queue" or other synonymous labels used for this type of access, such as "media in-box" or "media portal."

## Courts Providing On-Receipt Access

51.     A great number of courts across the nation – state and federal – provide the press and public with access to new e-filed civil complaints as the courts receive them, without

restricting and delaying access until after court staff review and "accept" them. Attached as **Exhibit 12** is a true and correct copy of a Google spreadsheet maintained by CNS for the purpose of tracking those courts that provide access to new civil complaints as they are received, either through an auto-accept functionality or a press review queue. This document is prepared and maintained by CNS' bureau chiefs and it is maintained by CNS in its ordinary course of business.

52. There is no single or universal way in which states provide on-receipt or pre-acceptance access to new e-filed civil complaints. In this document, attached as **Exhibit 13**, I have summarized the various ways in which different state courts do so, based on CNS' experience covering these courts on a daily basis, and based on my own personal experience and knowledge. In connection with the preparation of this exhibit, I verified with CNS' bureau chiefs that the paragraphs in this exhibit accurately describe the current state of access. Where possible, I also visited the courts' websites and viewed the access for myself.

53. Most U.S. District Courts– including this one – "accept" complaints on receipt, automatically filtering out confidential filings based on filer designations in the e-filing interface and allowing anyone with a PACER account to view non-confidential complaints. Although most federal district courts provide access to new complaints as they are received by automatically accepting them and making them available, either through their ECF/CM websites or PACER, a small number of federal district courts do so by providing public access to the electronic inbox, i.e., the functional equivalent to a press review queue. They include the U.S. District Courts Northern District of Georgia, Southern District of Georgia, Western District of Kentucky, Middle District of Pennsylvania, Western District of Pennsylvania, Middle District of Tennessee, Southern District of West Virginia and the District of Delaware.

54. As summarized above and in **Exhibit 13**, courts provide access to their press review queues remotely online, at local courthouses, or both through a great variety of means. San

Francisco Superior, for example, provides on-receipt access to civil complaints through a homegrown, password-protected Wi-Fi network that can only be reached from inside the courthouse.

55.    While some state courts have agreed to provide pre-acceptance access only in response to litigation, many courts have agreed to provide pre-acceptance access in response to simple requests from CNS, as demonstrated by the Arizona state courts and numerous state courts in California and Georgia. Other courts, such as the state courts in Alabama, Connecticut and Hawaii implemented on-receipt access mechanisms when they launched e-filing, of their own accord and without any prompting by CNS. Over the past several years, I have written to numerous court clerks and judges at courts urging them to implement press review queues, either through vendors or through their homegrown systems, and explaining the problem of delayed access caused by withholding new complaints until after they are docketed. In response, many of these courts agreed to implement press queues by working with their vendor or configuring their homegrown systems. For instance, the California Superior Courts for the counties of Fresno, Kern, Napa, Mendocino, Monterey, San Luis Obispo, and Santa Barbara voluntarily put press review queues in place using Tyler's Press Review Tool software. The California Superior Court for the county of San Diego voluntarily put a press queue in place through their in-house CCMS system. This is just a limited sample of the courts that agreed to provide access either in response to requests from CNS or of their own accord without any request known to CNS.

56.    None of the courts discussed in this declaration, including those that insisted during litigation that pre-processing access would create terrible problems, have reported any problems arising from the implementation of pre-processing or pre-acceptance access. To put it simply, once a court implements on-receipt access, the clerks and journalists go about their jobs in peace, as they did when the paper media boxes were on the counter, without further difficulty.

## The Efficacy of the Auto-Accept and Press Review Queue
## (or Other Pre-Acceptance) Solutions

57.     The great number and variety of e-filing systems programmed to provide timely access to new civil complaints is evidence of the simple truth that it is highly practicable to give reporters access to new e-filed civil action as they are received so that they can be viewed on the day they are filed, just as it was with paper filings. Much of the data entry traditionally associated with post-filing docketing is now entered by the filer before he or she submits the filing. Based on the information supplied by the filer, state courts and their e-filing systems are fully capable of filtering and sequestering non-public filings, while making only public filings – or only specific types of filings, such as complaints in particular types of cases – available to the press or public. Confidential or sealed complaints are electronically designated as such by the filer and sorted aside by the EFM, so they cannot be seen either in the press queue or the public docket.

58.     This system works. In California, for example, non-commercial unlawful detainer complaints are confidential for the first 60 days by state statute, and a lot of these complaints are filed in California's superior courts. Yet we do not see these actions in the press review queues currently operating in the many courts using the Tyler Press Review Tool. Nor do they appear in the equivalent systems used by non-Tyler courts, such as the Los Angeles Superior Court (using the Journal Technologies system) or the Orange County Superior Court (using a homegrown system based on the legacy CCMS system). As explained, CNS has not experienced, nor is it aware of, any issues or problems arising or resulting from state courts providing pre-acceptance access to new e-filed civil complaints.

59.     These different systems yield a common result – access comparable to the traditional access that used to be available to reporters in the paper era.

60.     The First Amendment cases pursued by CNS have, year after year, dug a multi-million-dollar hole in the CNS budget, of which only a small portion has been recovered. The nation's newspapers have almost all been economically savaged by the stranglehold on information held by internet search engines, and are generally unable and unwilling to help pay the cost of litigating a systemic access issue in federal court. That commitment from our news service, this complaint, and the others that have preceded it, stem from a conviction that the foundation stone of the American courts is their open and public nature. That fundamental part of our democratic republic, and the tradition of access that grew out of it, are damaged by the restriction on public access imposed by defendants here, and by its resulting vitiation of news about the new business of the courts. It is out of that conviction that I have undertaken a decades-long effort to reverse the access restrictions imposed by individual clerks who sacrifice the tradition of access while under the spell of a new technology.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of May, 2025.

William Girdner

# EXHIBIT 1

# Girdner Declaration

# Legal troubles continue for NC's Madison Cawthorn as his own lawyers sue him

Charlotte Observer (North Carolina)

December 15, 2022 Thursday

Copyright 2022 The Charlotte Observer All Rights Reserved

**The Charlotte Observer**

Found on Charlotte ● com

**Section:** politics_government

**Length:** 703 words

**Byline:** Danielle Battaglia

The Charlotte Observer

## Body

Rep. Madison Cawthorn can't stay out of legal trouble, but this time it's his own lawyers suing him.

Earlier this year, Cawthorn faced a legal challenge against his reelection to represent North Carolina's 11th Congressional District in the U.S. House of Representatives over allegations that he supported or possibly even helped plan the Jan. 6 attack on the U.S. Capitol intended to stop the certification of President Joe Biden.

Cawthorn hired The Bopp Law Firm in Indiana to represent him. Now, the law firm is accusing Cawthorn of breach of contract for failing to pay $193,297. That total does not include the 1.5% interest rate being added monthly since January or fees due for the expense of trying to collect overdue payments.

Cawthorn's spokesman Micah Bock could not immediately be reached for comment Thursday morning. The lawsuit was first posted on the Courthouse News Service website.

The Bopp Law Firm represented Cawthorn throughout the course of the lawsuit. It became moot after he lost the primary to fellow Republican state Sen. Chuck Edwards, who will succeed Cawthorn on Jan. 3.

"Along with the litigation in federal court, attorneys at BLF successfully opposed -- twice -- the intervention by the challengers, protected his interests in state redistricting proceedings by opposing the appointment of a special master that was counsel for intervenors, and advised the campaign in successfully navigating the change in districts," attorney James Bopp Jr. wrote in the lawsuit.

1215 embed cawthorn

Cawthorn had experienced a series of misfortunes in the months leading up to his election loss that included telling a podcast host his colleagues on Capitol Hill participated in orgies and snorted cocaine, calling Ukrainian President Volodymyr Zelenskyy a thug, having photos and videos leaked showing him goofing off in sexually suggestive ways, bringing guns to airports and knives to school property and being accused of insider trading involving cryptocurrency.

Legal troubles continue for NC's Madison Cawthorn as his own lawyers sue him

Bopp is a conservative lawyer known for his work with election and campaign finance laws and anti-abortion legislation. He has served as deputy attorney general of Indiana and vice chairman of the Republican National Committee.

His clients include True the Vote, Focus on The Family, National Right to Life and Concerned Women for America.

Bopp represented both Cawthorn and Marjorie Taylor Greene in challenges to their candidacies. The challenges were based on a section of the 14th Amendment that had banned members of Congress from returning if they fought for the Confederacy in the Civil War.

The Bopp Law Firm began sending invoices in January to Cawthorn, who continued to accrue new charges through September. The firm said Cawthorn never objected to the amount owed and contended that under Indiana state law, where the attorneys are based, any objection he would make now once the lawsuit is filed -- that happened on Dec. 1 -- would be moot under state law.

Cawthorn is wrapping up his final days in Congress.

Last week the House Ethics Committee announced it had found evidence that Cawthorn violated ethics rules by promoting the cryptocurrency meme coin, "Let's Go Brandon," while having a financial interest in it, and that he had bought it at a reduced rate. He was sanctioned and fined more than $15,000.

He recently purchased a $1.16 million house in Florida, and his spokesman refused to tell McClatchy what state the lawmaker currently resides in.

Cawthorn recently appeared on the Tomi Lahren is Fearless show and announced he plans to focus on starting a family -- he's currently going through a divorce -- and will eventually return to politics again.

Rep. Madison Cawthorn responds to latest media reportsIn a video on Instagram posted April 26, 2022, North Carolina Rep. Madison Cawthorn responds to recent reports in the media, including photos of him posing in lingerie and a citation for having a loaded gun at a TSA checkpoint at Charlotte's airport.

For more North Carolina government and politics news, subscribe to the Under the Dome politics newsletter from The News & Observer and the NC Insider and follow our weekly Under the Dome podcast at campsite.bio/underthedome or wherever you get your podcasts.

**Load-Date:** December 16, 2022

**End of Document**

**News**Room

10/1/20 Pitt. Post-Gazette (Pg. Unavail. Online)
2020 WLNR 27803585

Pittsburgh Post-Gazette (PA)
Copyright (c) 2020 Tribune-Review Publishing Co.

October 1, 2020

Midshipman sues Naval Academy, claims looming expulsion for racist tweets violates his free speech rights

The Capital Gazette

ANNAPOLIS, Md. -- A midshipman facing expulsion following an investigation of racist tweets he sent over the summer sued the Naval Academy Wednesday, claiming it is violating his constitutional rights of free speech and protection from self-incrimination.

The Naval Academy opened an investigation into Midshipman 1st Class Chase Standage, 21, after he tweeted several racist statements, including saying Breonna Taylor received justice when police shot her, over the summer.

The investigation ended last week with Standage receiving "appropriate administrative action," academy spokesperson Cmdr. Alana Garas told The Capital Gazette. Garas said she could not expand on the details of the action or confirm if Standage was still a member of the brigade, citing the Privacy Act.

In his lawsuit, first reported by Courthouse News, the midshipman claims Superintendent Vice Adm. Sean Buck plans to recommend to the secretary of the Navy that Standage be separated from the Naval Academy. It names both Buck and Navy Secretary Kenneth J. Braithwaite. The U.S. attorney's office will represent the Navy.

"We are aware of the filing; it would be inappropriate for the Naval Academy to comment on pending litigation," Garas wrote in an email.

The basis of separation is that Standage's tweets violate the Naval Academy's policies against political activities and "constituted conduct unbecoming a midshipman," according to the lawsuit filed in the U.S. District Court for the District of Maryland.

Standage's attorneys, Crighton Chase and Michael Darrow, argue that the findings violate the First Amendment protection of free speech. They also claim that Standage was not given a fair and impartial hearing, which would violate his Fifth Amendment.

The lawsuit comes as the Naval Academy, and the country, continues to address systemic racism. In September, Buck released comments on racism at the academy, encouraging members to watch a video put together by the Midshipman Diversity Team.

"As I reflect on the past couple of months since the tragic death of George Floyd, I have been encouraged by the Academy's students, faculty, staff, and alumni who understand the importance of diversity to our mission," Buck said in his statement. "At the same time, I am not naive in thinking that bigotry and racism do not exist, to some extent, within our Naval Academy family."

WESTLAW    © 2024 Thomson Reuters. No claim to original U.S. Government Works.    1

The academy will be taking steps to better increase diversity and inclusion at the institution, including several discussions and including it in the curriculum for the plebe class. The academy declined to expand on the efforts.

"I believe -- as I hope you do -- that fostering an environment of dignity and respect here at the Naval Academy is essential to our mission of developing future leaders of character for the Navy and Marine Corps," Buck wrote. "As the Superintendent, it is my responsibility to ensure that our community is safe, welcoming, and inclusive for all, but I cannot do this alone. It must be a team effort."

In the lawsuit, Chase and Darrow write that Standage's tweets were responses to heated exchanges on Twitter. Standage, who lives in California, was at home watching the protests in Los Angeles when he sent his tweets. His parents are both Los Angeles Police Department officers.

---- Index References ----

News Subject: (Civil Rights Law (1CI34); Intellectual Freedoms & Civil Liberties (1IN08); Legal (1LE33); Minority & Ethnic Groups (1MI43); Race Relations (1RA49); Social Issues (1SO05))

Industry: (Aerospace & Defense (1AE96); Defense (1DE43); Defense Equipment (1DE51); Military Forces (1MI37); Military Surface Vessels (1MI28); Naval Vessels (1NA62); Seaborne Forces (1SE14))

Region: (Americas (1AM92); California (1CA98); Maryland (1MA47); North America (1NO39); U.S. Mid-Atlantic Region (1MI18); U.S. West Region (1WE46); USA (1US73))

Language: EN

Other Indexing: (Midshipman) (Sean Buck; Chase Standage; Crighton Chase; George Floyd; Michael Darrow; Alana Garas; Breonna Taylor; Kenneth J. Braithwaite; Cmdr)

Word Count: 526

---

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.



# Newsom files lawsuit to be listed as Democrat on California recall ballot

CNN Wire

June 29, 2021 Tuesday 7:55 PM GMT

Copyright 2021 Cable News Network All Rights Reserved

**Length:** 494 words

**Byline:** By Paul LeBlanc and Stella Chan, CNN

**Dateline:** (CNN)

## Body

California Democratic Gov. Gavin Newsom on Monday sued his own secretary of state in an effort to have his party affiliation listed on the state's upcoming recall election ballot following what he called a filing "mistake" by his election attorney last year.

Newsom wants to "require all recall ballots to include either next to or below Newsom's name his party preference as follows: 'Party Preference: Democratic,'" according to the lawsuit filed against California Secretary of State Shirley Weber, who Newsom nominated and swore in earlier this year.

The California Democrat was supposed to mark his party affiliation in February 2020 pursuant to the state's recall election law, but "due to an inadvertent but good faith mistake on the part of his election attorney, Newsom timely filed his answer but did not include his party-preference election," the lawsuit said.

Newsom corrected the mistake with Weber's office this month, but she "declined to accept the notice, necessitating this action," according to the lawsuit. Weber's office told CNN in a statement that "the Secretary of State's office has a ministerial duty to accept timely filed documents. Acceptance of filings beyond a deadline requires judicial resolution."

The filing argues that the secretary of state can accept changes to the recall ballot at least 59 days before the election, when the nomination period for replacement candidates ends. The date for the recall election has not been determined.

The lawsuit, which was first reported by Courthouse News Service, brings a notable wrinkle to Newsom's efforts to stay in office as he faces the second election in state history to recall a sitting governor.

State officials confirmed last week that a recall election would proceed after just 43 people withdrew their signatures from petitions to recall the governor during a 30-day window required by state law.

The recall drive has been fueled by anger over the restrictions Newsom put in place to curb the spread of Covid-19 throughout last year and during an alarming surge in cases in California during the winter holiday months.

Critics of Newsom had met the state's threshold for a recall election in April following a sprawling effort to gather signatures in every county that was backed by key Republican strategists.

But Newsom and his team have framed the recall as an effort by supporters of former President Donald Trump and right-wing extremists to wrest control of the government from progressives.

Newsom files lawsuit to be listed as Democrat on California recall ballot

"It is what it is. This is a Republican recall," Newsom said in an exclusive interview with CNN earlier this year. "An RNC-backed Republican recall of White supremacists, anti-Semites and people who are opposed to immigration and immigrants is an accurate assessment of who's behind this recall."

CNN's Maeve Reston and Alexandra Meeks contributed to this report.

TM & © 2021 Cable News Network, Inc., a Time Warner Company. All rights reserved.

**Load-Date:** June 29, 2021

---

**End of Document**

# 'Where Is Kevin?' McCarthy Finds a Place in the Trump Camp

The New York Times

January 22, 2020 Wednesday 19:17 EST

Copyright 2020 The New York Times Company All Rights Reserved

**Section:** US; politics

**Length:** 1754 words

**Byline:** Elizabeth Williamson
**Highlight:** Representative Kevin McCarthy, the House minority leader, has made his mark during impeachment by stoking the anger of liberals while keeping the president happy.

## Body

Representative Kevin McCarthy, the House minority leader, has made his mark during impeachment by stoking the anger of liberals while keeping the president happy.

WASHINGTON — Representative Kevin McCarthy of California, the House Republican leader, hails from an era — four years ago — when gaffes could cost a lawmaker a job. In 2015 he         lost his shot at the speaker's gavel after he said the quiet part out loud: The true purpose of Republicans' two-year inquiry into a deadly 2012 attack on the diplomatic compound in Benghazi, Libya, was to dent Hillary Clinton's poll numbers.

But in these times, when such impolitic truths are uttered often by the commander in chief, Mr. McCarthy has found a moment. He stayed on as the House Republicans' No. 2 after failing to grab the speakership, rising to the conference's top spot last year after Paul D. Ryan retired amid the anti-Trump wave of 2018, which handed the speaker's gavel to Nancy Pelosi.

Unburdened by Mr. Ryan's strong ideologies or the self-certainty of a Newt Gingrich, Mr. McCarthy has become the happy warrior of the age, one colleague said, posing for photographs with players in the Ukraine saga, like Lev Parnas, shouting encouragement to his compatriots from his leadership perch and shepherding a fractious Republican conference behind President Trump, wrecker of Republican tradition.

"Congress no longer operates as an independent branch of government, but as an appendage of the executive branch," said Tom Davis, a former Republican House member from Virginia. "He is made for that role."

In recent weeks, Mr. McCarthy has called House impeachment "a national nightmare," "rigged" and a "last attempt to stop the Trump presidency." He claimed the F.B.I. "broke into" Mr. Trump's campaign in a "modern-day Watergate." He suggested that former Vice President Joseph R. Biden Jr. should suspend campaigning while many of his top rivals for the Democratic presidential nomination, Senators Bernie Sanders of Vermont, Elizabeth Warren of Massachusetts and Amy Klobuchar of Minnesota, sit as captive jurors in the impeachment trial.

His delivery lacks the razor edge of his fellow House Republican leader Liz Cheney, who announced on Thursday that she would forgo a campaign for Wyoming's open Senate seat to remain in the House, a veiled threat to challenge Mr. McCarthy for the speakership if Republicans regain the majority. He never attains the volume of Representative Jim Jordan of Ohio, who has challenged him for Republican leadership posts, or the umbrage of Representative Devin Nunes, a Republican from the California district next door.

"He's a nice guy," said Representative Thomas Massie, Republican of Kentucky, with a verbal shrug.

‘Where Is Kevin?’ McCarthy Finds a Place in the Trump Camp

Five minutes later, Mr. Massie texted an additional thought: “I can say this about Kevin, he’s been far more helpful to the president than Paul Ryan would have ever been during this impeachment sham.”

For now, that may be his main job: making the president happy.

“Where is Kevin McCarthy, the great Kevin McCarthy?” Mr. Trump demanded last week at a China trade event at the White House. When it was clear the minority leader was in the House, preparing for the vote to       send articles of impeachment to the Senate, the president added: “Kevin McCarthy, as you know, left for the hoax. Well, we have to do that; otherwise, it becomes a more serious hoax.”

It is no small thing to the president that Mr. McCarthy kept House Republicans unified in their opposition to Mr. Trump’s impeachment. House Republicans include “former prosecutors who probably don’t love the president, moderates who are retiring and thinking, ‘I’m going to vote to impeach the president because I want my grandchildren to talk to me again,’” said John Feehery, a Republican strategist. “That they didn’t is a significant victory for the president, and a significant victory for Kevin McCarthy.”

Representative Peter T. King, Republican of New York, said House Republicans had gained confidence in their leader since he flubbed the speakership and forced leaders to dragoon Mr. Ryan into action.

“I can’t see him making that Hillary Clinton mistake again,” Mr. King said. “He’s able to get his point across without damaging the party.”

“It’s really brutal warfare right now, and any sign of seeming too reasonable or conciliatory could scare off the Republican base and be looked upon as weakness by the Democrats,” he continued. “These aren’t normal times. Today, if you make a deal you’re a sellout.”

Representative Tom Cole, Republican of Oklahoma, noted, “We need to have a productive relationship with the president.”

The impeachment saga has, however, most likely tainted Mr. McCarthy. Late last year, his awkward defense of the president in the Ukraine affair on “60 Minutes” — he appeared unfamiliar with the rough transcript of Mr. Trump’s now-infamous call with President Volodymyr Zelensky of Ukraine — prompted Representative Justin Amash of Michigan, who left the Republican Party last year over the president’s conduct, to tweet, “Kevin McCarthy again displays his unique brand of incompetence and dishonesty.”

Photographs have trickled out in recent days showing the minority leader hobnobbing with characters central to Mr. Trump’s effort to enlist Ukraine in discrediting Mr. Biden. Those include Mr. Parnas, an associate of the president’s personal lawyer Rudolph W. Giuliani, and Robert F. Hyde, a Republican congressional candidate who suggested in encrypted messages to Mr. Parnas that he was      secretly tracking the United States ambassador to Ukraine at the time, Marie L. Yovanovitch.

Ms. Pelosi could not resist taking a dig at Mr. McCarthy on the House floor last week when she referred to “new evidence, pursuant to a House subpoena, from Lev Parnas — recently photographed with the Republican leader.”

On Thursday, Mr. McCarthy could not hide his frustration with a reporter, Adam Klasfeld of Courthouse News, when he asked the leader to explain exactly what he had done with Mr. Parnas’s campaign contributions, a question Mr. McCarthy said the reporter asks “every week.”

“I do events every single day, and I do pictures with thousands of people all the time,” he said during one of his exchanges with Mr. Klasfeld, adding that he donated Mr. Parnas’s contributions “to charity.” He has repeatedly declined to say which ones.

Asked whether Mr. McCarthy would agree to be interviewed for this article, his spokesman, Matt Sparks, said, “I’m trying to figure out what he could say that might be interesting.”

'Where Is Kevin?' McCarthy Finds a Place in the Trump Camp

That was a question on the mind of some of his political opponents. After Mr. McCarthy suggested that the impeachment trial was a way for establishment Democrats to hurt Mr. Sanders's presidential campaign, Ms. Pelosi's deputy chief of staff, Drew Hammill, wrote on Twitter, "As usual, the Minority Leader has no idea what he's talking about."

Charlie Dent, a former Republican House member from Pennsylvania, suggested the unsolicited advice to the Democrats was a way to damage Mr. Biden. "This is Kevin McCarthy's way of invading the Democratic primary, and helping the president," he said. "That's why he's wandered into this minefield."

Beneath the bravado, Mr. McCarthy may be feeling the walls closing in on him. After Republicans' 2018 midterm shellacking, he is one of only a half-dozen Republicans  left in California's 53-member House delegation.  There were 19 elected in 2006, when he first won his seat.

He must protect his right flank from a restive Freedom Caucus, which counts as one of its founders Mr. Jordan, a ferocious Trump acolyte who helped derail Mr. McCarthy's bid for the speakership in 2015. Last week, the minority leader's confines grew even cozier with Ms. Cheney's political decision.

All this, plus Mr. McCarthy must retain favor with the mercurial Mr. Trump, who makes his displeasure with recalcitrant Republican lawmakers known in ways that have cost them their jobs.

The son of a firefighter, Mr. McCarthy, 54, hails from a solidly Republican, middle-class district in California's agricultural interior. He was initially skeptical of Mr. Trump: He once suggested that the president-to-be was on the payroll of President Vladimir V. Putin of Russia.

But as Mr. Trump tightened his grip on the party's base, Mr. McCarthy wooed him with gestures large and small. During the 2016 campaign, he played mediator with outraged Republicans after Mr. Trump was heard bragging about sexual assault on an "Access Hollywood" tape. He issued a statement heralding "a new period in our country's great history" after Mr. Trump's "American carnage" inauguration speech. He threw a big party at the Trump International Hotel (Mr. Trump did not show up, despite high hopes) and he sent a handpicked supply of Mr. Trump's favorite cherry and strawberry Starburst candies to the White House.

In 2010, Mr. McCarthy, Mr. Ryan and Representative Eric Cantor of Virginia were hailed as the young, hip, fit future of their party. In their book, "Young Guns: A New Generation of Conservative Leaders," they portrayed themselves as "reform-minded Republicans" who were "eager to erase the image of congressional Republicans as big spenders preoccupied with assuring their own re-election."

Today, Mr. Cantor and Mr. Ryan are gone, along with many of their small-government, free-market, pro-trade ideals, replaced by Mr. Trump's crackdown on immigrants, his protectionist tariffs, and tax cut and spending deals that have ballooned the federal deficit. Used copies of "Young Guns" sell on Amazon for 10 cents, and Mr. McCarthy is very much focused on his conference's re-election campaigns, hopping from fund-raiser to fund-raiser late into the night.

"The difference between Eric and Paul and Kevin is that Kevin really likes politics," Mr. Feehery said. "He's not particularly ideological, he likes to backslap with his colleagues, and he likes to get around and raise money."

Mike Franc, a former McCarthy policy aide, remembered Mr. McCarthy serving staff members fast-food Italian during late-night votes and developing a minor obsession with Vine, the now-defunct six-second video app, playing with it for hours in his office.

If the Young Guns' personalities represented parts of a meal, Mr. Franc said, Mr. Ryan would be "vegetables" and Mr. Cantor "good fish." Mr. McCarthy, he said, "is the maître d'."

PHOTO: Republicans credit Representative Kevin McCarthy with unifying the opposition in the House to President Trump's impeachment. (PHOTOGRAPH BY ANNA MONEYMAKER/THE NEW YORK TIMES)

'Where Is Kevin?' McCarthy Finds a Place in the Trump Camp

**Load-Date:** January 24, 2020

---

**End of Document**

# Ex-Virginia official sues after losing job over Jan. 6 posts

The Associated Press

August 19, 2022 Friday 8:19 PM GMT

Copyright 2022 Associated Press All Rights Reserved

**Section:** DOMESTIC NEWS; STATE AND REGIONAL

**Length:** 707 words

**Byline:** DENISE LAVOIE, AP Legal Affairs Writer

**Dateline:** RICHMOND, Va.

## Body

RICHMOND, Va. — A former deputy Virginia attorney general who says she was fired over social media posts in which she praised the Capitol rioters as "patriots" and falsely claimed Donald Trump won the 2020 election is suing the attorney general's office for defamation.

Monique Miles alleges in her lawsuit that Republican Attorney General Jason Miyares and members of his staff damaged her professional reputation and credibility when a spokesperson told the media she had resigned from her job and that she was not transparent during her initial interviews for the job.

Miles said she was forced out of her job as The Washington Post was getting ready to publish a story with screenshots of Facebook posts she wrote as a private citizen, more than a year before she began working as the deputy attorney general of the Government Operations and Transactions division, which oversaw work on issues related to election integrity.

"News Flash: Patriots have stormed the Capitol," Miles wrote. "No surprise. The deep state has awoken the sleeping giant. Patriots are not taking this lying down. We are awake, ready and will fight for our rights by any means necessary."

The lawsuit seeks $1 million in damages.

In her complaint, Miles said she was aggressively recruited to apply for a job as a deputy attorney general shortly after Miyares won the 2021 election. She said she had known Darrell Jordan, Miyares' chief of staff, for about four years and believed the office was aware of her views about the 2020 presidential election and the Jan. 6 riots because she and Jordan were Facebook "friends" and he was "privy" to her posts.

Miles said no one in the attorney general's office — including Miyares — asked her about her political views during interviews for the job.

About a week after Miles began her job in January, a friend told her the Post had asked her for comment on a story about Miles. She said she immediately told Jordan and other officials in Miyares' offiice.

On Feb. 10, she said she had a series of meetings, phone calls and text messages with the officials in which she presented them with screenshots of her Facebook posts and explained that she had later edited some of them as she gained "more information from the news, post-election lawsuits, legislative hearings, and election audits as information was unfolding."

In a text exchange with Jordan, she wrote, "I don't condone the Jan. 6 riot or any of the lawlessness," according to the lawsuit.

Ex-Virginia official sues after losing job over Jan. 6 posts

Miles said she was told the attorney general's office would give her "an opportunity to resign," but she did not do so.

Miles said she sent a message to several officials — including Miyares — and told them, "I have done nothing wrong."

The lawsuit says that Miyares' director of communications, Victoria LaCivita, issued a statement saying Miles had resigned. Miles said she was inundated by news outlets seeking comment, but she did not respond at first, believing that Miyares' office would correct their statement. But when no correction was issued, Miles said she reached out to the media to say she had been asked to resign because of statements she made about the election and the events of Jan. 6.

LaCivita, who is named as a defendant in the lawsuit, said in a statement Friday that the attorney general's office "commits to vigorously defend against Ms. Miles' claim for $1 million of taxpayer money and is confident that our legal position is strong."

According to the lawsuit, a statement issued by LaCivita said the attorney general's office and Miles had "parted ways" because she showed a "lack of transparency during her initial interviews for the position."

Miles said the statement impugned her reputation for truthfulness and integrity, qualities that are especially important as an attorney in a profession in which character and fitness are required to maintain a license to practice law.

"This is all about clearing my name," Miles said in a telephone interview Friday.

Miles said in the lawsuit that she has lost clients because of the suggestion that she was not transparent and has been questioned by at least two judges in open court about the matter.

Courthouse News first published a story about the lawsuit, which was filed Wednesday in Richmond Circuit Court..

**Load-Date:** August 19, 2022

---

End of Document

**News**Room

12/6/23 How Appealing (Blog) (Pg. Unavail. Online)
2023 WLNR 41344064

How Appealing (Blog)
Copyright (c) 2023 How Appealing

December 6, 2023

"Fourth Circuit judges quibble over LGBTQ-inclusive books for Maryland
elementary schoolers; Parents claim that forcing their kids to read books th...

Howard Bashman

Dec 06, 2023

"Fourth Circuit judges quibble over LGBTQ-inclusive books for Maryland elementary schoolers; Parents claim that forcing
their kids to read books that promote tolerance of LGBTQ people violates their religious rights"

"Fourth Circuit judges quibble over LGBTQ-inclusive books for Maryland elementary schoolers; Parents claim that forcing
their kids to read books that promote tolerance of LGBTQ people violates their religious rights":Joe Dodson of Courthouse News
Service has this report on a case argued today before a three-judge panel of the U.S. Court of Appeals for the Fourth Circuit.

The post "Fourth Circuit judges quibble over LGBTQ-inclusive books for Maryland elementary schoolers; Parents claim that
forcing their kids to read books that promote tolerance of LGBTQ people violates their religious rights" appeared first on How
Appealing.

The views expressed in any and all content distributed by Newstex and its re-distributors (collectively, the "Newstex
Authoritative Content") are solely those of the respective author(s) and not necessarily the views of Newstex or its re-distributors.
Stories from such authors are provided "AS IS," with no warranties, and confer no rights. The material and information
provided in Newstex Authoritative Content are for general information only and should not, in any respect, be relied on
as professional advice. Newstex Authoritative Content is not "read and approved" before it is posted. Accordingly, neither
Newstex nor its re-distributors make any claims, promises or guarantees about the accuracy, completeness, or adequacy of the
information contained therein or linked to from such content, nor do they take responsibility for any aspect of such content. The
Newstex Authoritative Content shall be construed as author-based content and commentary. Accordingly, no warranties or other
guarantees are offered as to the quality of the opinions, commentary or anything else appearing in such Newstex Authoritative
Content. Newstex and its re-distributors expressly reserve the right to delete stories at its and their sole discretion.

---- Index References ----

Company: Courthouse News Service

News Subject: (Children (1CH89); Conventions, Conferences & Trade Shows (1CO42); Health & Family (1HE30); Judicial
Cases & Rulings (1JU36); Legal (1LE33); Parents & Parenting (1PA25))

Industry: (Book Publishing (1BO18); Books (1BO26); Publishing (1PU26); Traditional Media (1TR30))

Region: (Americas (1AM92); Maryland (1MA47); North America (1NO39); U.S. Mid-Atlantic Region (1MI18); USA (1US73))

Language: EN

Other Indexing: (U.S. Court of Appeals for the Fourth Circuit; Courthouse News Service)

Keywords: (Uncategorized)

Word Count: 322

**End of Document**                    © 2024 Thomson Reuters. No claim to original U.S. Government Works.



WESTLAW   © 2024 Thomson Reuters. No claim to original U.S. Government Works.                    2

**News**Room

12/6/22 How Appealing (Blog) (Pg. Unavail. Online)
2022 WLNR 39378510

How Appealing (Blog)
Copyright (c) 2022 How Appealing

December 6, 2022

"Fourth Circuit rehears challenge to Maryland assault weapons ban; After the
Supreme Court recently struck down firearm restrictions in New York, g...

Howard Bashman

Dec 06, 2022

"Fourth Circuit rehears challenge to Maryland assault weapons ban; After the Supreme Court recently struck down firearm
restrictions in New York, gun rights supporters say Maryland's law is no longer constitutional"

"Fourth Circuit rehears challenge to Maryland assault weapons ban; After the Supreme Court recently struck down firearm
restrictions in New York, gun rights supporters say Maryland's law is no longer constitutional":Joe Dodson of Courthouse News
Service has this report on an oral argument (access the audio on YouTube via this link ) today before a three-judge panel of
the U.S. Court of Appeals for the Fourth Circuit .

The post "Fourth Circuit rehears challenge to Maryland assault weapons ban; After the Supreme Court recently struck down
firearm restrictions in New York, gun rights supporters say Maryland's law is no longer constitutional" appeared first on How
Appealing .

The views expressed in any and all content distributed by Newstex and its re-distributors (collectively, the "Newstex
Authoritative Content") are solely those of the respective author(s) and not necessarily the views of Newstex or its re-distributors.
Stories from such authors are provided "AS IS," with no warranties, and confer no rights. The material and information
provided in Newstex Authoritative Content are for general information only and should not, in any respect, be relied on
as professional advice. Newstex Authoritative Content is not "read and approved" before it is posted. Accordingly, neither
Newstex nor its re-distributors make any claims, promises or guarantees about the accuracy, completeness, or adequacy of the
information contained therein or linked to from such content, nor do they take responsibility for any aspect of such content. The
Newstex Authoritative Content shall be construed as author-based content and commentary. Accordingly, no warranties or other
guarantees are offered as to the quality of the opinions, commentary or anything else appearing in such Newstex Authoritative
Content. Newstex and its re-distributors expressly reserve the right to delete stories at its and their sole discretion.

---- Index References ----

Company: Courthouse News Service

News Subject: (Assault & Battery (1AS33); Crime (1CR87); Criminal Law (1CR79); Government (1GO80); Government Institutions (1GO90); Gun Rights & Regulations (1GU97); Judicial Cases & Rulings (1JU36); Legal (1LE33); National Judiciaries (1NA65); Social Issues (1SO05); U.S. Supreme Court (1US13); Violent Crime (1VI27))

Region: (Americas (1AM92); Maryland (1MA47); New York (1NE72); North America (1NO39); U.S. Mid-Atlantic Region (1MI18); USA (1US73))

Language: EN

Other Indexing: (U.S. Court of Appeals for the Fourth Circuit; Supreme Court; Courthouse News Service)

Keywords: (Uncategorized)

Word Count: 330

---

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.



WESTLAW    © 2024 Thomson Reuters. No claim to original U.S. Government Works.    2

# Lawsuit claims Richmond-area Del. Dawn Adams illegally accessed aide's email account and deleted files

Richmond Times Dispatch (Virginia)

July 13, 2019 Saturday

2 Edition

Copyright 2019 Richmond Newspapers, Inc. All Rights Reserved

**Section:** MAIN; Pg. 1A

**Length:** 493 words

**Byline:** GRAHAM MOOMAW Richmond TimesDispatch

## Body

A former aide to Del. Dawn Adams, D-Richmond, has filed a federal lawsuit accusing Adams of "hacking" into her personal email records to delete files related to work the aide performed for Adams' medical consulting business.

Maureen Hains, who worked as Adams' campaign manager in 2017 and was later hired as her legislative aide, filed the suit Thursday.

The suit, first reported by Courthouse News, seeks $550,000 in damages and accuses Adams of violating state and federal computer fraud and privacy laws.

Adams did not immediately respond to a request for comment Friday afternoon. She has not yet filed a response in a court.

Though the case has not been adjudicated, the lawsuit could present a significant complication for Adams ahead of a tough re-election fight this year.

The suit suggests Adams knew or had access to the common password Hains used for Facebook, Google and Wells Fargo accounts.

While Hains was hospitalized in April for an unspecified health issue, the suit says, Adams began "pressuring" her about her job status. A few days later, Hains claims, someone signed in to her Facebook and Gmail accounts from an IP address connected to Adams. On May 3, Hains received an email saying her Wells Fargo account had been suspended due to a "possible unauthorized attempt to sign on."

The suit says Adams asked Hains to perform a "substantial amount" of unpaid medical coding work for a health consulting company Adams founded in mid-2018, which Hains says may have violated patient privacy laws. "Almost all" of the emails related to that work were deleted from Hains' personal email account during the alleged intrusion, the suit claims, and a Google Drive folder containing "spreadsheets and billing sheets" was gone.

Adams accessed the accounts, the suit alleges, to "cover up" details of her aide's work related to her medical business and "destroy information that could lead to more criticism from Adams' political opponents."

The suit suggests Adams also attempted to have Hains' personal emails forwarded to other accounts. Hains could not be reached for comment Friday.

Adams aide Kelly Eichfeld deferred questions to Kathryn Gilley, a spokeswoman for the House Democratic Caucus. Gilley said she could not comment on a pending lawsuit.

Lawsuit claims Richmond-area Del. Dawn Adams illegally accessed aide's email account and deleted files

Adams, a nurse practitioner who worked for the state Department of Behavioral Health and Developmental Services before starting her consulting business, is serving in her first term. After taking office in 2018, she said she intended to keep her job at a state agency while serving in the legislature, an arrangement the Republican Party of Virginia called "unethical double-dipping."

Adams won an upset victory in 2017, topping Del. Manoli Loupassi in a Richmond-area district long held by Republicans. She's currently facing a challenge from Republican Garrison Coward, a former aide to U.S. Rep. Robert J. Wittman, R-1st.

Adams

BOB BROWN/times-dispatch

gmoomaw@timesdispatch.com(804) 649-6839

## Graphic

Adams BOB BROWN/times-dispatch

**Load-Date:** July 13, 2019

---

End of Document

# Lawyer files complaint against judge in statues case; Richmond lawyer files state complaint against former judge in Lee statue case

The Roanoke Times (Virginia)

July 25, 2020 Saturday

Metro Edition

Copyright 2020 Times-World, LLC All Rights Reserved

**Section:** SPORTS; Pg. 3C

**Length:** 839 words

**Byline:** Justin Mattingly | Richmond TimesDispatch

# Body

{{tncms-asset app="editorial" id="c117779c-bc58-5bdd-96a9-cbc778bc36bf"}}

A prominent Richmond lawyer has filed a complaint with the state commission that investigates charges of judicial misconduct against a judge who recused himself in the high-profile Confederate statue cases after issuing injunctions in the cases barring removal of statues.

Richmond Circuit Court Judge Bradley Cavedo granted two injunctions in a challenge to Virginia's plan to take down the city's Robert E. Lee statue and delivered an injunction in a case against Mayor Levar Stoney over the removal of city-owned Confederate statues.

Cavedo, who lives in the Monument Avenue Historic District, recused himself last week from the cases, saying he was unaware that he lived in the historic district.

Now his conduct is the subject of a complaint with Virginia's Judicial Inquiry and Review Commission, a panel Cavedo once led.

Attorney David Baugh, who filed the complaint, criticizes Cavedo, in part, for presiding over the statue cases despite living near the monuments.

Baugh, who returned to private law practice in 2012 after stints as Central Virginia's capital defender and as a federal prosecutor, among other roles, filed the complaint with the commission on July 17, according to a copy of the filing obtained by the Richmond Times-Dispatch.

Baugh, who is Black, previously represented a member of the Ku Klux Klan and an al-Qaida terrorist who, in 1998, bombed the U.S. embassy in Kenya, killing 213 people.

"Due to this judge's recent behavior, both on and off of the bench, there is a concern, the concern of all practitioners of the legal craft, for the perceptions of impropriety and the appearance of impropriety on the part of the judiciary by this judge," Baugh writes in the complaint.

He adds: "This proximity of his residence to the monuments raises concerns about his impartiality."

Cavedo said in an email that Baugh filed a complaint against him with the commission roughly four or five years ago, which the judge said the panel dismissed as frivolous.

Lawyer files complaint against judge in statues case; Richmond lawyer files state complaint against former
judge in Lee statue case

"I'm proud of my record as a judge and the approvals I have received from the court of appeals and the Supreme Court in numerous cases that have been appealed over my 18 years," Cavedo said.

"I have been elected unanimously by the legislature five times, three times as a circuit court judge and twice as a member of the Judicial Inquiry and Review Commission, where I served as chair."

The commission did not return a phone call about the complaint Thursday.

According to the commission's website, all filings with the seven-member panel, which is made up of three judges, two lawyers and two citizens who aren't lawyers, are supposed to be confidential "unless the Commission files a formal complaint against the judge in the Supreme Court of Virginia or, pursuant to statute, reports information to the General Assembly when the judge is being considered for re-election."

The legislature appoints members of the commission, as it does state judges. It reelected Cavedo to the bench a year after then-Gov. Mark Warner appointed him in 2002.

In his complaint with the state panel, Baugh calls for Cavedo to be removed from his judgeship. He cites, among other things, an editorial Cavedo wrote in 1977 while he was a student at the University of Richmond that criticized President Jimmy Carter's instant voter registration plan, saying it would "allow the parasites of this nation to become the dominating force in politics." Courthouse News first reported the editorial earlier this month.

"It is evident that Judge Cavedo continues to suffer from his bias and prejudices articulated while a student" at the University of Richmond, the complaint reads. "Regardless of Judge Cavedo's failure to recuse himself from the Confederate statue cases, his values and prejudices, as evidenced by his writing, historical and recent, construct a mindset which should never influence any judicial position."

Cavedo responded: "He complains about something I said 43 years ago in college. That college kid did not exist after 1977."

The commission can consider the complaint informally or conduct a formal hearing, according to its website. If the panel decides that there has been no ethics violation, the complaint is dismissed.

If the determination is that there may have been an ethics violation, it "may handle the matter informally by some form of counseling with the judge."

"If the Commission issues a formal charge against the judge, it may conduct a hearing and, if it finds the charge to be well-founded, may reprimand the judge privately, or place the judge on a period of supervision subject to terms and conditions," according to its website. "Charges that the Commission deems sufficiently serious to require the retirement, public censure or removal of the judge are filed by the Commission in the Supreme Court of Virginia."

The state's high court can dismiss the complaint or retire, censure or remove the judge.

jmattingly@timesdispatch.com(804) 649-6012Twitter: @jmattingly306


## Graphic


Workers install concrete barriers around the Robert E. Lee statue on Monument Avenue in Richmond on June 17. BOB BROWN | Richmond Times-Dispatch Workers install concrete barriers around the Robert E. Lee statue on Monument Avenue in Richmond on June 17. BOB BROWN | Richmond Times-Dispatch Northam orders Robert E. Lee statue in Richmond to be removed

Lawyer files complaint against judge in statues case; Richmond lawyer files state complaint against former judge in Lee statue case

**Load-Date:** July 25, 2020

---

End of Document

# COMPOSITE EXHIBIT 2

## Girdner Declaration

# Charlotte Report

April 02, 2024

The report below and its attendant dings and download links may not be transmitted outside the subscribing office location, or accessed from a non-subscribing office. A separate subscription is required for each office that receives the report or its dings and download links, unless your firm has signed up for firm-wide distribution. If you need help finding the underlying complaint Mecklenburg County, please call or email Sydney Haulenbeek at raleigh@courthousenews.com or 7573862886, Forsyth and Guilford Counties, please call or email Jo Anne Barrow at greensboro@courthousenews.com or 336-209-0169. The summaries below describe allegations only and should not be taken as fact.

### USDC Western District of North Carolina

#### Charlotte

| | | |
|---|---|---|
| The Core Training Inc. v. Be. Coaching and Consulting, LLC; Chad Lubben; Jane Floyd; Dayton Schrader; Benjamin Wilson; Phillip Puma; Jay Fletch; Derrick Yow; Michael Wood; Lisa Sinn; Eric Bjerke 4/2/2024 3:24 cv 357 (Charlotte) | Misappropriation of trade secrets, tortious interference with contractual relationships. Defendants who formerly worked for Plaintiff are violating their noncompete agreement in working for Defendant Be and using confidential information to poach Plaintiff's customers. CNS Plus Download | Russell Racine Cranfill Sumner |
| Marquita Jackson v. Equifax Information Services, LLC; Automotive Credit Corp. 4/2/2024 3:24 cv 358 Cogburn (Charlotte) | Fair credit reporting. Defendant Automotive is reporting that Plaintiff has a debt, although the debt was settled by Plaintiff's insurance company. Defendant also did not notify Plaintiff of the debt until they began reporting it as a charged-off account to Defendant Equifax. CNS Plus Download | Randolph Emory |
| Leonard Ray Watts; Apex Real Estate Inc. v. Edward Bobby Ginn; Wilmington Resort and Club LLC; Ginn Corp. 4/2/2024 3:24 cv 360 (Charlotte) | Contract. Defendant is refusing to pay Plaintiff for providing financing services. Defendant owes Plaintiff $24,700,000. CNS Plus Download | Leonard Ray Watts Burris MacMillan |

### USDC Middle District of North Carolina

| | | |
|---|---|---|
| Kenneth Armstrong v. Sun Life Assurance Company of Canada; NCL Corporation Ltd 4/1/2024 1:24 cv 294 | ERISA. Defendant is refusing to pay out life insurance benefits after the death of Plaintiff's daughter because they disagree with the police report, which said the accident was caused by a third party speeding. Defendant denied the request because they didn't find her death was caused by criminal behavior. CNS Plus Download | Benjamin Winikoff Daggett Shuler |

### Mecklenburg County Superior Court

If you have any questions about subscriptions or need a re-send, please contact our home office at (626) 577-6700.

| | | |
|---|---|---|
| Getebe Inc.<br>v.<br>PR III/WF Lakeside Apartments LP<br>4/2/2024 24CV015267-590 | Contract, prompt pay act violation. Defendant has refused to pay Plaintiff for their foundation work. Defendant owes Plaintiff over $431,000. CNS Plus Download | Adam DeNobriga<br>James DeNobriga |
| Night Owl National Contractors Inc.<br>v.<br>Aria North Hills Gardens LP<br>4/2/2024 24CV015233-590 | Contract. Defendant has refused to pay Plaintiff for staircase and balcony repairs and owes Plaintiff over $113,000. CNS Plus Download | Marshall Walker<br>Gray Layton |
| Vytex Corporation dba Vytex Windows<br>v.<br>Energy Masters Direct LLC; Calvin Cole; Laurie Cole<br>4/2/2024 24CV015236-590 | Contract. Defendants have not paid their outstanding invoices and owe Plaintiff over $53,000. CNS Plus Download | James Fretwell |
| David Woods<br>v.<br>Dustin Bass; Southeast Power Corporation<br>4/2/2024 24CV015177-590 | Contract. CNS Plus Download | Cory Williams<br>Cloud Williams |

**Buncombe County Superior Court**

| | | |
|---|---|---|
| Stephanie Bantle<br>v.<br>Airbnb Inc.; Stay Asheville Inc; Shawn Thomas Johnson<br>3/22/2024 24cvs01244 | Negligence. Defendant left a violent horse loose on the property of their Airbnb. When Plaintiff discovered the horse in the morning, the horse ripped her ear of, causing permanent scarring on her face, neck, and ear. Plaintiff will also need back surgery because of the force of being shaken by the horse and suffers from PTSD. CNS Plus Download | Chase Keibler |
| Meredith Clayton; Stewart Massey; Robin Massey<br>v.<br>Nest Realty WNC LLC dba Nest Realty Asheville; Richard Lindau; Jamie Elizabeth Christensen; Premier Sotheby's International Realty Affiliates LLC dba Premier Sotheby's International Realty Asheville<br>3/1/2024 24cvs01234 | Contract, negligence, fraud. Defendants relied on a third party to calculate the approximate square footage of a house they were attempting to sell to Plaintiffs, and insisted that the approximate square footage, which was 600 square feet larger than the actual measurements, was the correct number. Plaintiff would not have purchased the house if they knew the true size was so much smaller than Defendants represented. CNS Plus Download | H. Gregory Johnson<br>David Hartman |
| Matthew Baptiste Holloway | Negligence. Defendant hit Plaintiff with his car | Pro Se |

If you have any questions about subscriptions or need a re-send, please contact our home office at (626) 577-6700.

Case 5:23-cv-00280-FL-RJ     Document 80-5     Filed 05/16/25     Page 45 of 147
CNS_NC_001162

| | | |
|---|---|---|
| v.<br>Jose Lynn Espada Jr.;<br>Progressive Advantage Agency<br>Inc.<br>3/15/2024 24cvs01124 | while Plaintiff was crossing a crosswalk. CNS Plus Download | |
| Vitaform Inc dba Body After Baby<br>v.<br>Aeroflow Inc.; Motif Medical LLC<br>3/20/2024 24cvs01165 | Fraud, unfair and deceptive trade practices. Defendant reached out to Plaintiff, who was producing post-partum compression shapewear, in order to gain confidential information about their product. Defendant was already in the process of developing a competing product to Plaintiff's . Defendant assured Plaintiff they would keep their product information confidential and then used Plaintiff's research to inform their own product creation. CNS Plus Download | Jake Snider<br>Asheville Legal |
| Worx Staffing Group Inc.<br>v.<br>Oaks at Sweeten Creek Healthcare LLC<br>3/22/2024 24cvs01255 | Contract. Defendant has refused to pay Plaintiff for the temporary nurses Plaintiff supplied them. Defendant owes Plaintiff over $567,000. CNS Plus Download | Hayley Wells<br>Ward Smith |
| Carolina Small Business Development Fund<br>v.<br>Wail Enterprises LLC dba Hwy 55 Burgers Shakes and Fries; Linell Robinson Jr.<br>3/25/2024 24cvs01272 | Contract. Defendants are in default of their commercial loan and Defendant Robinson, who guaranteed the loan, has not paid it. Defendants owe over $171,000. CNS Plus Download | Mark Pinkston<br>Van Wrinkle Buck |
| Carolina Small Business Development Fund<br>v.<br>The K. Gray Agency LLC; Kevin Gray<br>3/25/2024 24cvs01277 | Contract. Defendants are in default of their commercial loan and Defendant Gray, who guaranteed the loan, has not paid it. Defendants owe over $79,000. CNS Plus Download | Mark Pinkston<br>Van Wrinkle Buck |
| Eudy's Cabinet Shop Inc. dba Eudy's Cabinet Mfg. Inc.<br>v.<br>Logical Resources LLC; Benjamin Cooper; Shannon Cooper<br>3/25/2024 24cvs01262 | Contract. Defendant has refused to pay Plaintiff for creating custom-built cabinetry. Defendant owes Plaintiff over $69,000. CNS Plus Download | Katelin Taylor<br>Villmer Caudill |
| County of Buncombe; Carolina Small Business Development Fund<br>v. | Contract. Defendant has defaulted on their loan and owes Plaintiff over $27,000. CNS Plus Download | Mark Pinkston<br>Van Wrinkle Buck |

If you have any questions about subscriptions or need a re-send, please contact our home office at (626) 577-6700.

CNS_NC_001163

Scrubs Cleaning Services LLC;
Nicole Stines
3/19/2024 24cvs01159

| | | |
|---|---|---|
| Carolina Small Business Development Fund<br>v.<br>The Brown Sugar Collab Corp;<br>Deanna Denise Allen<br>3/22/2024 24cvs01253 | Contract. Defendant is in default of their commercial loan and Defendant Allen, who guaranteed the loan, has not paid it. Defendants owe Plaintiff over $27,000. CNS Plus Download | Mark Pinkston<br>Van Wrinkle Buck |
| Carolina Small Business Development Fund<br>v.<br>Tiger Ventures Inc.; Shavanne Scott; Clifton Hellner<br>3/25/2024 24cvs01270 | Contract. Defendants are in default of their commercial loan and Defendants Scott and Hellner, who guaranteed the loan, have not paid it. Defendants owe Plaintiff more than $25,000. CNS Plus Download | Mark Pinkston<br>Van Wrinkle Buck |
| Department of Transportation<br>v.<br>Alliance Investments LLC<br>3/18/2024 24cvs01134 | Condemnation. Defendant has failed to come to an agreement with Plaintiff regarding the value of the land. CNS Plus Download | John Oates Jr.<br>Attorney General's Office |
| Department of Transportation<br>v.<br>Kathy Branch Katechis fka Kathy Rena Branch; Christopher James Katechis; State Employees' Credit Union<br>3/25/2024 24cvs01268 | Condemnation. Defendant has failed to come to an agreement with Plaintiff regarding the value of the land. CNS Plus Download | John Oates Jr.<br>Attorney General's Office |
| Howard Williams Jr.; Leslie Mock<br>v.<br>Robert Lund dba Moose Ridge Design and Construction<br>3/20/2024 24cvs01105 | Confession of judgment. CNS Plus Download | Pro Se |
| Michael Osborne<br>v.<br>Colton Wayne Dalton; Harry Wayne Dorlan; Allstate Property and Casualty Insurance Company, an Illinois corporation<br>3/25/2024 24cvs01283 | Car collision. CNS Plus Download | Eugene Ellison |

**Forsyth County Superior Court**

If you have any questions about subscriptions or need a re-send, please contact our home office at (626) 577-6700.

| | | |
|---|---|---|
| Natalie Layden; Emily Price v. Dark Knight Builders LLC; Gotham Builders LLC; Rugged Crafts LLC; Preston Deshaune Perry 3/25/2024 24cvs1733 | Contract, fraud. Defendants have refused to construct home for Plaintiffs after demanding $110,000 to start construction. Plaintiffs want a refund and the costs of hiring a replacement contractor. CNS Plus Download | R. Lee Robertson Jr. |
| Jeanne Monnett v. Forsyth Eye Health And Surgery PC; Salem Surgical Properties LLC 3/20/2024 24cvs1608 | Negligence, trip and fall. Defendants failed to warn Plaintiff patient of uneven concrete walkway where she tripped and fell, injuring herself. | Michele Cybulski |
| Atlantis Foods Holdings LLC v. D and B Hospitality LLC; Edison Davis; Cherie Bottoms 3/25/2024 24cvs1744 | Lease, contract. Defendants have refused to pay their lease since March 2021 and owe more than $66,000. | Christopher Lane |

**Iredell County Superior Court**

| | | |
|---|---|---|
| Tammy Teague v. Nikhiel Rau M.D.; Piedmont Healthcare PA 4/1/2024 24cvs000983 | Medical negligence. | Michael Rousseaux Elam Rousseaux |
| Hazel White v. Foot Locker Stores Inc.; Foot Locker Retail Inc.; Foot Locker Specialty Inc.; Tom Rectenwald Const Inc.; NAV Const Inc.; Valley Hills Mall LLC 4/1/2024 24cvs000985 | Negligence. | Catherine Byerley Ralston Benton |
| Carolina 1926 LLC; Carolina Cat v. Landcrafters Sitework and Development LLC; Nest Venture LLC; Winecoff Development Partners LLC; Shinnville Farms Development Partners LLC 3/28/2024 24cvs000974 | Contract, money owed. | James Sprouse |

**Lincoln County Superior Court**

If you have any questions about subscriptions or need a re-send, please contact our home office at (626) 577-6700.

Race City Steel Inc.
v.
Dellinger Precast Inc.; Precast
Supply Company Inc.; Eastern
Vault Company Inc,; Evercast;
Dellinger Precast; Precast
Supply
4/2/2024 24cvs000459

Collections.

Wesley Deaton

If you have any questions about subscriptions or need a re-send, please contact our home office at (626) 577-6700.

<span style="color:red">**Greater North Carolina Report**</span>

March 28, 2024

The report below and its attendant dings and download links may not be transmitted outside the subscribing office location, or accessed from a non-subscribing office. A separate subscription is required for each office that receives the report or its dings and download links, unless your firm has signed up for firm-wide distribution. If you need help finding the underlying complaint, please call or email Rich Ivey at rivey@courthousenews.com or (919) 630-7858. The summaries below describe allegations only and should not be taken as fact.

**Harnett County Superior Court**

| | | |
|---|---|---|
| TTP East Pointe LLC v. LylaSue Inc. dba Simple Twist Restaurant and Bar; Colleen Roby 3/28/2024 24CV000954-420 | Lease. Defendants owe more than $66,000 on a commercial lease. CNS Plus Download | Wiley Pope |

**Lee County Superior Court**

| | | |
|---|---|---|
| Omni Instrumentation & Electrical Services Inc. a New Jersey corp. v. IPS-Integrated Project Services LLC, a Delaware corp.; Pfizer (North Carolina) LLC, a Delaware corp. fka Abzena (North Carolina) LLC 3/28/2024 24CV000535-520 | Collections. Defendants owe more than $335,000 for work performed under a subcontract. CNS Plus Download | Eric Biesecker Maynard Nexsen |

**New Hanover County Superior Court**

| | | |
|---|---|---|
| Becker Morgan Group Inc. a Maryland corp. v. Argo Systems LLC, a Maryland corp. 3/20/2024 24cvs1152 | Collections. Defendant owes more than $68,000 for design services. CNS Plus Download | Benton Toups Cranfill Sumner |

**Rowan County Superior Court**

| | | |
|---|---|---|
| Green Zone Recycling LLC v. Better World Recycle LLC; Better World Recycling Inc.; Better World Inc.; Better World Trucking LLC; Thift & Beyond LLC; One Source Clothing & Shoes LLC; American Textile | Unfair business practices and unfair competition. Defendants placed their recycling bins at locations where plaintiff had an exclusive license to place its recycling bins, and they vandalized plaintiff's bins in order to render them unusable or ineffective at collecting donations. CNS Plus Download | Megan Stacy Gordon Rees |

If you have any questions about subscriptions or need a re-send, please contact our home office at (626) 577-6700.

Recycling Main Source Trading Inc.; Rosalba Fahardo; Nasro Ramounieh; Ahmad Ramounieh; Naseem Issam Ramounieh; Naseem Mohamud Ramounieh
3/19/2024 24cvs548

| | | |
|---|---|---|
| Tammie Foster as administratrix of the estate of Larry Parker v. Super Mercado Lupita's Inc.; Sajoma Supermarket Corp. 3/19/2024 24cvs547 | Trip and fall and wrongful death. Plaintiff's decedent tripped and fell down a dangerous drop in defendants' parking lot pavement, causing him traumatic and ultimately fatal injuries. CNS Plus Download | Amiee Nwabuike O'Malley Tunstall |

### Sampson County Superior Court

| | | |
|---|---|---|
| Patricia Sellers v. KBP Inspired LLC, a Delaware corp.; Arby's Restaurant Management Inc. an Ohio corp.; Arby's Restaurant Group Inc. a foreign corp. 3/11/2024 24cvs249 | Slip and fall. Plaintiff slipped and fell on defendants' wet floor. CNS Plus Download | Russ Brinson Speaks Law Firm |

### Wayne County Superior Court

| | | |
|---|---|---|
| Nicholas R. Geier v. Kenda Rubber Industrial Co. Ltd. a foreign corp.; Kenda Rubber (China) Co. Ltd. a foreign corp.; American Kenda Rubber Industrial Co. Ltd. an Ohio corp.; BRP Inc.; BRP US Inc. a foreign corp.; Bombardier Recreational Products Inc. a foreign corp.; Tyler Danneker; Performance East Inc.; Shelton's Harley-Davidson Inc.; Davis Triangle Inc. 3/12/2024 24cvs520 | Product liability. Defendants manufactured and sold a defective tire that separated from the rear rim of plaintiff's three-wheeled motorcycle, causing him to be thrown from the vehicle and suffer a traumatic brain injury, multiple fractures and cardiac arrest. CNS Plus Download | David Kirby; Donald Dunn Edwards Kirby; Riddle Brantley |

If you have any questions about subscriptions or need a re-send, please contact our home office at (626) 577-6700.

Case 5:23-cv-00280-FL-RJ    Document 80-5    Filed 05/16/25    Page 51 of 147
CNS_NC_007134

The report below and its attendant dings and download links may not be transmitted outside the subscribing office location, or accessed from a non-subscribing office. A separate subscription is required for each office that receives the report or its dings and download links, unless your firm has signed up for firm-wide distribution. If you need help finding the underlying complaint, please call or email Rich Ivey at rivey@courthousenews.com or 919-630-7858. The summaries below describe allegations only and should not be taken as fact.

## USDC Eastern District of North Carolina

### Wilmington, Raleigh

| | | |
|---|---|---|
| Steven Olderman<br>v.<br>United States of America<br>3/21/2024 7:24 cv 256 Boyle<br>(Wilmington) | Camp Lejeune Justice Act. Plaintiff seeks damages and other appropriate relief for harm brought by exposure to contaminated water at the Marine Corps training facility Camp Lejeune. CNS Plus Download | Janet Ward Black |
| Alan Middleton<br>v.<br>Watco Corp.<br>3/18/2024 5:24 cv 183 Myers<br>(Raleigh) | ERISA removal. | p: Attorney Unlisted<br>d: Denise Cline |

### Wake County Superior Court

| | | |
|---|---|---|
| Julio Simuel as administrator of the estates of Tiyquasha Simuel and K'yson Kawhi Finley<br>v.<br>North Carolina Administrative Office of the Courts<br>3/21/2024 24CV009561-910 | Constitution, negligence and wrongful death. Defendant wrongfully withdrew plaintiff's police protection and hotel reservation when she was subpoenaed to testify in a gang murder trial, allowing her and her unborn baby to be assassinated. CNS Plus Download | Harvey Kennedy |
| Direct Distributors Inc. dba Agmate<br>v.<br>TC Corriher Implement Co. Inc.<br>3/21/2024 24CV009461-910 | Collections. Defendant owes more than $113,000 for agricultural supplies and products. CNS Plus Download | Cameron Green |
| Knoxville Tox & Medical Inc. a Tennessee corp.<br>v.<br>Radeas LLC dba Radeas Laboratories<br>3/21/2024 24CV009534-910 | Collections. Defendant owes more than $95,000 for laboratory services. CNS Plus Download | Ian Richardson<br>Vann Attorneys |
| Waste Industries LLC dba GFL Environmental<br>v. | Collections. Defendant owes more than $16,000 for collection and disposal services. | Todd Jones<br>Anderson Jones |

If you have any questions about subscriptions or need a re-send, please contact our home office at (626) 577-6700.

BK Holdings LLC
3/21/2024 24CV009533-910

| | | |
|---|---|---|
| Waste Industries LLC dba GFL Environmental<br>v.<br>Angus Grill 7 LLC<br>3/21/2024 24CV009521-910 | Collections. Defendant owes more than $4,000 for collection and disposal services. | Todd Jones<br>Anderson Jones |
| Business Capital Providers Inc.<br>v.<br>G&D Produce Inc.; Eduardo Garibay<br>3/21/2024 24CV009538-910 | Collections and foreign judgment. Defendants owe on a Florida judgment. | Mignon Lunsford<br>Burr Forman |

### Alamance County Superior Court

| | | |
|---|---|---|
| Vega Construction Co. Inc.<br>v.<br>H.M. Ken Corp.; Arch Insurance Co.<br>3/14/2024 24cvs565 | Collections. Defendants owe more than $120,000 for masonry, dampproofing and waterproofing work performed under a subcontract. CNS Plus Download | Brian Schoolman<br>Safran Law Office |
| Diem Linh Huynh guardian ad litem for Dang Khoi Huynh<br>v.<br>Nash B. Rowell; Waste Industries LLC<br>3/12/2024 24cvs540 | Car collision and minor settlement. | Catherine Elbakidze<br>Law Offices of James Scott Farrin |

### Durham County Superior Court

| | | |
|---|---|---|
| Franziska Rokoske<br>v.<br>Alidade Regency 8000 LLC; Cushman & Wakefield U.S. Inc.; Jones Lang LaSalle Brokerage Inc. a Texas corp.; McLaurin Parking Co. LLC; The Car Park Group LLC<br>3/8/2024 24cvs1247 | Premises liability. Plaintiff was injured when she fell in a ravine while trying to urinate in the poorly lit woodline outside of defendants' parking lot. CNS Plus Download | David Sherlin<br>Epstein Sherlin |
| Monique Holsey-Hyman<br>v.<br>Jarrod B. Edens; Edens Investments Inc.; Sara M. Young; Kimberly M. Rehberg; Jillian N. Johnson; Mark A. Middleton; City of Durham | Slander and libel. Defendant city council members made false and defamatory statements and memos regarding plaintiff because they were upset with her council votes. CNS Plus Download | James Johnson<br>DeMent Askew |

If you have any questions about subscriptions or need a re-send, please contact our home office at (626) 577-6700.

CNS_NC_010249

**Johnston County Superior Court**

Arthur James Sr.; Laparsha
James
v.
Kirkwood Builders Inc.
3/21/2024 24CV001535-500

Construction defects and warranty. Defendant
refused to correct shoddy and incomplete work in a
home they sold to plaintiffs.

Doug McClanahan
Hilton Silvers

If you have any questions about subscriptions or need a re-send, please contact our home office at (626) 577-6700.

# EXHIBIT 3

# Girdner Declaration

540

```
 1                 IN THE UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF VIRGINIA
 2                         NORFOLK DIVISION


 3

 4  COURTHOUSE NEWS SERVICE,        )
                                    )
 5             Plaintiff,           )
                                    )
 6  v.                              )   Civil Action No.:
                                    )      2:18cv391
 7  GEORGE E. SCHAEFER, in his      )
    Official Capacity as Clerk of )
 8  the Circuit Court for Norfolk,)
    Virginia,                       )
 9                                  )
    JACQUELINE C. SMITH in her      )
10  Official Capacity as Clerk of )
    the Circuit Court for Prince    )
11  William County, Virginia,       )
                                    )
12             Defendants.          )

13

14                   TRANSCRIPT OF PROCEEDINGS

15                       (Bench Trial)
                           Volume 4
16                       Pages 540-599

17                     Norfolk, Virginia
                       February 5, 2020
18

19

20  BEFORE:   THE HONORABLE HENRY C. MORGAN
              United States District Judge
21

22

23

24

25
```

Paul L. McManus, RMR, FCRR Official Court Reporter

Exhibit 4 page 1 of 5
Decl. of Girdner

541

```
 1   Appearances:

 2          BRIAN CAVE LEIGHTON PAISNER LLP
                By: WILLIAM HIBSHER
 3                   HEATHER GOLDMAN
                     BRYAN HARRISON
 4          -- and --
            WILLCOX & SAVAGE
 5              By: CONRAD M. SHUMADINE, ESQUIRE
                     Counsel for Plaintiff
 6
            THOMPSON McMULLAN PC
 7              By: WILLIAM DANIEL PRINCE, IV
                     MICHAEL GORDON MATHESON
 8                   Counsel for Defendants

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Paul L. McManus, RMR, FCRR Official Court Reporter

Exhibit 4 page 2 of 5
Decl. of Girdner

542

```
1                     P R O C E E D I N G S

2

3            (Proceedings commenced at 10:04 a.m. as follows:)

4

5            COURTROOM DEPUTY CLERK:  Civil Action No. 2:18cv391,

6   Plaintiff Courthouse News Service v. George E. Schaefer, et al.

7            For the plaintiffs, Mr. Hibsher, Ms. Goldman, Mr.

8   Harrison and Mr. Shumadine, are you ready to proceed?

9            MR. SHUMADINE:  We're ready.

10            COURTROOM DEPUTY CLERK:  For defendants, Mr. Matheson

11   and Mr. Prince, are you ready to proceed?

12            MR. PRINCE:  Good morning.  We're ready.

13            THE COURT:  All right.  I'll hear first from counsel

14   for the plaintiff.  I believe the plaintiff indicated you wanted

15   to be notified when you reached 10 minutes remaining?

16            MS. GOLDMAN:  Correct, Your Honor.

17            THE COURT:  Josh, have you got that?

18            LAW CLERK:  Yes Judge.

19            MS. GOLDMAN:  Good morning, Your Honor.

20            THE COURT:  Good morning.

21            MS. GOLDMAN:  This case is about a fundamental

22   Constitutional right, the First Amendment, and the right of the

23   press and the public to contemporaneously access new civil

24   complaints, a right that was violated in this case by

25   defendants' policies and practices of insisting on complete
```

Paul L. McManus, RMR, FCRR Official Court Reporter

Exhibit page 3 of 5
Decl. of Girdner

```
1   there and made the necessary adjustments to be ready for trial

2   as soon as the court was ready is, I wish we had more people who

3   did it that way instead of wanting to postpone things, as we

4   take great pride in trying to move cases along.  But the more

5   help we get from the attorneys, the better we can do it.

6           MR. PRINCE:  That's life in the Eastern District of

7   Virginia.

8           THE COURT:  Both parties should be commented for that.

9           MR. PRINCE:  Thank Your Honor.

10          We've listened to Your Honor's comments throughout the

11  course of this trial and at the summary judgment hearing we had

12  a couple weeks ago.  You've made a couple things clear.  You

13  think that this is a First Amendment case.  You believe the

14  First Amendment right of access applies to newly filed civil

15  complaints.  As Your Honor knows, we disagree with that.  Our

16  position is the right of access under the First Amendment does

17  not apply to newly filed civil complaint.  There's a common law

18  right of access.  But I'm not going to belabor that point

19  because you've been clear that you believe that there is a First

20  Amendment right here.

21          THE COURT:  I haven't been persuaded otherwise, unless

22  you can do so.  I think that the point the plaintiff's making is

23  that it has its news value as soon as it happens.  We're all

24  going through that.  Anybody who's looked at the current

25  situation in Iowa illustrates what that means.  If you don't get
```

Paul L. McManus, RMR, FCRR Official Court Reporter

561

1  it when it's fresh, it's like stale bread or stale anything

2  else.  So I think the plaintiff's point on that is well-taken.

3         MR. PRINCE:  And I think that my clients would more or

4  less agree with that.  They are public servants.  They believe

5  in transparency.  They believe in open government.  They operate

6  their clerk's offices that way.  And it goes without saying,

7  they are, they recognize the importance of the First Amendment,

8  which is what's made this case very difficult for them.  Because

9  as public servants and the custodians of a large volume of

10 public records, they're the custodians of all civil and criminal

11 court records filed in the circuit courts in their

12 jurisdictions.

13        THE COURT:  Well, it's a very important job.  And I

14 think that the dispute here is really very narrow.  I think

15 we're talking about the difference between same-day and one

16 court day.  And that's the difference.

17        MR. PRINCE:  So Your Honor, you know, I don't want to

18 spend my time on the First Amendment issue.  We've made our

19 arguments in our papers --

20        THE COURT:  I'm not suggesting that you do.

21        MR. PRINCE:  -- but I do want to say this:  That

22 assuming without conceding that there is a First Amendment right

23 here --

24        THE COURT:  I understand.

25        MR. PRINCE:  -- the Fourth Circuit has been clear that

Exhibit 47 page 5 of 5
Decl. of Girdner

# EXHIBIT 4

# Girdner Declaration



NORTH CAROLINA
JUDICIAL BRANCH

Search...

Courts ⌄    Help Topics ⌄    Services ⌄    Forms    Court Dates    Contact

Going to Court →

**ECOURTS**  eCourts Now Available in 73 Counties*. Find info, training, resources, and upcoming counties on July 21.    **Learn more**

**COURT CLOSINGS**  *2 counties* are currently reporting closings and/or advisories    **View active closings**    ✕

Languages: Español | Français | Русский | Tiếng Việt | 简体中文信息 | 中國繁結信息 | عربی

Home / ECourts

# eCourts

North Carolina courts are transitioning from paper to digital. Learn about eCourts and access FAQs, trainings, and resources.

| eFiling (File & Serve) | Portal | Guide & File |

File court documents online to the clerk's office. Required for attorneys.

Access court information online, search court dates, and pay fines and fees.

Prepare court documents online to file or eFile for certain case types.

## Contents

eFiling

Portal

Guide & File

eCourts Counties and Timeline

About eCourts Initiatives

Use eCourts Services
Find more information and services available for eCourts counties.



**Counties Live with Enterprise Justice (Odyssey)**

<u>73 Counties</u>: Alamance, Anson, Beaufort, Bertie, Bladen, Brunswick, Buncombe, Cabarrus, Camden, Carteret, Chatham, Cherokee, Chowan, Clay, Columbus, Craven, Cumberland, Currituck, Dare, Duplin, Durham, Edgecombe, Franklin, Gates, Graham, Granville, Greene, Guilford, Halifax, Harnett, Haywood, Henderson, Hertford, Hoke, Hyde, Jackson, Johnston, Jones, Lee, Lenoir, Macon, Martin, Mecklenburg, Montgomery, Moore, Nash, New Hanover, Northampton, Onslow, Orange, Pamlico, Pasquotank, Pender, Perquimans, Person, Pitt, Polk, Randolph, Richmond, Robeson, Sampson, Scotland, Stanly, Swain, Transylvania, Tyrrell, Union, Vance, Wake, Warren, Washington, Wayne, and Wilson

**Next Counties Going Live**

**Track 9 Launches July 21, 2025 - 14 Counties:** Alleghany, Ashe, Avery, Caswell, Forsyth, Madison, Mitchell, Rockingham, Stokes, Surry, Watauga, Wilkes, Yadkin, and Yancey.

- **eCourts Training Resources and Track 9 Transition Information**
- **Training Available for Attorneys and Judicial Partners**
- **Tracks 9-11: Dates Announced for 27 Counties and N.C. Business Court to Expand Access to Justice**

## eFiling

eFiling (File & Serve) offers secure online access for attorneys and self-represented litigants to submit court documents online to the clerk's office in eCourts counties, paying filing fees, and receive filing status updates via email. Attorneys are required to use eFiling in eCourts counties, and users must register for an account to access File & Serve.

**GETTING STARTED**

- **On-Demand Training and Resources**
  - Overview guide, training video, advanced guides and case type specific information
  - How to register, technical support, and more resources
- **Register for Live Training for Attorneys and Judicial Partners**
  - Submitting Attendance for CLE / CPE



Captured by FireShot Pro: 15 May 2025, 17:41:56
https://getfireshot.com

Go to eFiling (File & Serve)

## Portal

Portal allows the general public and registered users to access court information online, including searching for court dates and records, and making payments for fines and fees.



**GETTING STARTED**

- On-Demand Training and Resources
  - Overview guide, training videos, FAQs, search tips, and advanced guides
  - How to register, elevated access guides, and more resources
- Register for Live Training for Attorneys and Judicial Partners
  - Submitting Attendance for CLE / CPE

Go to Portal

## Guide & File

Guide & File is a free online service available to help self-represented litigants and attorneys to prepare court documents online to file for certain case types. Answer online questions, working much like popular tax preparation software, to prepare the case filing and fees with the clerk's office. All counties can print forms and mail or file at the courthouse, and eCourts counties can eFile forms for certain case types.

**GETTING STARTED**

- On-Demand Training and Resources
  - Overview guide, FAQs, advanced guides and case type specific information
  - Case types available, technical support, and more resources

Go to Guide & File

## eCourts Counties and Timeline

There are currently 73 counties live with Enterprise Justice (Odyssey) -- Alamance, Anson, Beaufort, Bertie, Bladen, Brunswick, Buncombe, Cabarrus, Camden, Carteret, Chatham, Cherokee, Chowan, Clay, Columbus, Craven, Cumberland, Currituck, Dare, Duplin, Durham, Edgecombe, Franklin, Gates, Graham, Granville, Greene, Guilford, Halifax, Harnett, Haywood, Henderson, Hertford, Hoke, Hyde, Jackson, Johnston, Jones, Lee, Lenoir, Macon, Martin, Mecklenburg, Montgomery, Moore, Nash, New Hanover, Northampton, Onslow, Orange, Pamlico, Pasquotank, Pender, Perquimans, Person, Pitt, Polk, Randolph, Richmond, Robeson, Sampson, Scotland, Stanly, Swain, Transylvania, Tyrrell, Union, Vance, Wake, Warren, Washington, Wayne, and Wilson.

Enterprise Justice Rollout Plan Map



## About eCourts Initiatives

Learn more about eCourts initiatives that have launched statewide:
CRAVE (Courtroom Audio Visual Experience), eCourtNet, Enforcement Mobile (Brazos), eWarrants

**eDiscovery**
If your district / county is using eDiscovery:

- eDiscovery - Defense Counsel Guide  |  eDiscovery - Defense Counsel Training Video
- eDiscovery - Law Enforcement Guide
- eDiscovery - Prosecutor Guide

eCourts Services: Find more information and use eCourts Services.



Captured by FireShot Pro: 15 May 2025, 17:41:56
https://getfireshot.com

# EXHIBIT 5

# Girdner Declaration



NORTH CAROLINA
JUDICIAL BRANCH

Search...

Courts ⌄    Help Topics ⌄    Services ⌄    Forms    Court Dates    Contact

Going to Court →

**ECOURTS**    eCourts Now Available in 73 Counties*. Find info, training, resources, and upcoming counties on July 21.    Learn more

**COURT CLOSINGS**    *2 counties* are currently reporting closings and/or advisories    View active closings    ✕

Languages: Español | Français | Русский | Tiếng Việt | 简体中文信息 | 中國傳統信息 | العربية

Home  ›  Ecourts  ›  File & Serve Training And…

# File & Serve Training and Resources

Find eFiling training and support, guides, FAQs, videos, registration, advanced materials, and more.

eFiling (File & Serve) offers secure online access for attorneys and self-represented litigants to submit court documents online to the clerk's office in eCourts counties, pay filing fees, and receive filing status updates via email. Attorneys filing cases in eCourts counties are required to use File & Serve, and users must register for an account.



- Overview
- Advanced
- Registration

- Standards and Codes
- Support

## Overview

- File & Serve Overview Guide
- File & Serve Training Video (YouTube)
- Register for Training Available for Attorneys and Judicial Partners
  - Submitting Attendance for CLE / CPE

| | |
|---|---|
| Basic eFiling Information | + |
| Filer Information | + |
| Filing Without An Attorney | + |
| Understanding Fees | + |

## Advanced

- Additional Information Guide for File & Serve Filers
- File & Serve Training Video (YouTube)
- Case Types Available in Each County Court Location for File & Serve
- Service Options in File & Serve and Proposed Order Submissions
  - Service Options in File & Serve Guide *NEW*
  - Proposed Order Submission in eCourts Counties
- DVPO
  - DVPO File & Serve Job Aid
  - DVPO: DV Agency Advocates Quick Reference Guide

- **IVC Petitions**
  - IVC Petition Filer Training Video (YouTube)
  - IVC Petition User Guide
- **Juvenile Filings**
  - eFiling Process Guide for Juvenile Abuse/Neglect/Dependency Petitions
  - eFiling Process Guide for Juvenile Delinquency/Undisciplined Cases
- **Probation Officers**
  - Filer Process Guide for Probation Officers
  - Filer Video Guide for Probation Officers
- Standards and eFiling codes
- FAQs for Attorneys
- Tyler Technologies eFiling Cloud Knowledge Base
  - Tyler Training Videos
  - Tyler User Guide List
  - Tyler How-To for PDF Conversion
  - Learn more by topic
  - How to file a new case - read more | watch the video
  - How to file into an existing case - read more | watch the video

# Registration

**Do I have to register to use eFiling?**
Yes, all users must register prior to using eFiling.

- **Firm Account: Firm Administrator**
  The firm administrator will set up the firm account and invite the individual users (attorneys, paralegals, legal assistants, etc.) to set up their own accounts. **From the landing page,** the firm administrator can register for their firm account by creating their individual user account credentials and then adding the firm information. After registering, the firm administrator will receive an email to activate their account.

- **Firm Account: Individual Users**
  Firm Account Users include:
  - All legal professionals including:
    - Solo practitioners
    - Attorneys, paralegals, and staff at firms with multiple filers

  *Individual users in a firm will be invited to create an account within a firm by the firm administrator.* Once the firm administrator has added them to the firm account, the user will receive an email to set up their credentials.

  Note: Attorneys may be required to enter an attorney number. If you do not have an attorney number from this state, register as an individual.

- **Individual Account Users**
  Individual Users of File & Serve include:
  - Filers without lawyers (pro-se filers or self-represented litigants)
  - Process servers
  - Landlords and tenants (renters)
  - Pro hac vice or out-of-state attorneys
  - Other non-parties (for example, employers filing garnishment information)

  These users can register individually for their account here and scrolling down to 'Register for an Individual Account.' From there they will set up their account credentials and information. They must fill out all required fields. After submitting, they will receive an email with a link to activate their account.

  Note: Users must enter credit card information when setting up a File & Serve account that is needed to eFile a document.

# Standards and Codes

- Case Types Available in Each County Court Location for File & Serve
- Document Naming Standards for File & Serve Filers
- eFiling Codes for Filers
  - eFiling Codes for Filers District Court: Civil, Criminal, Family, Juvenile-Civil, Juvenile-Criminal, Juvenile-Family, Probate.xlsx
  - eFiling Codes for Filers Superior Court: Civil, Criminal, Family, Juvenile-Criminal, Juvenile-Family, Probate.xlsx
  - eFiling Codes for Filers Clerk of Superior Court (CSC): Civil, Family, Probate.xlsx
- eCourts Name Indexing Standards
- eCourts County Codes for Enterprise Justice
- New "Address of Record with the Court" - August 1, 2023
- New Filing Code for Criminal Filings in File & Serve Effective June 1, 2023
- General Rules of Practice for the Superior and District Courts
  - Supreme Court Approves Amendments to Rule 5 and Rule 5.1 of the General Rules of Practice for Superior and District Courts - February 1, 2023
  - Supreme Court Adopts Electronic-Filing Rules for the Implementation of eCourts - effective May 10, 2021

**Hardware and Software Required**

- eFiling (File & Serve) uses similar system requirements as Portal
- Browser Requirements - Chrome™, Mozilla® Firefox®, Microsoft® Edge®, or Safari®
  - It is recommended to NOT use Safari to set up a payment account. Users can file in Safari only after they have a payment account set up from another browser.
  - Note: Using the recommended browsers on MacOS may result in unexpected errors and issues.
- Operating Systems - Microsoft® Windows®, Linux®, Chrome OS™ Android™, iOS, and OS X®
- Recommended Hardware:
  - Intel® Core™ i3 or AMD A6 processors with at least a 2.0 GHz clock speed
  - 4 GB of RAM
  - 1920 x 1080 resolution of both desktop computers and mobile devices
- High-speed Internet connection
- Document Format - Adobe® PDF

## Support

For additional support, questions, or issues: **visit the eFiling Support and Help Center**.

Support is provided for both attorneys and pro se litigants. Please **visit the support site** to search for answers to your questions, or contact the Tyler Technologies eFiling support team (call, email, chat).



*justice for all*

**Additional Information**

News
Commissions
About
Judicial Directory

Programs
Documents
Careers
Data and Statistics

**Community Support**

General Public
Legal Community
Judicial Community
Media

**Help and Support**

Hours and Locations
Online Services
Help Topics
Contact

★ ★ ★

Captured by FireShot Pro: 15 May 2025, 17:43:34
https://getfireshot.com

Closings · Help Accessibility Legal Notices, Disclaimers and Terms of Use · Sitemap

Connect with us:

Languages: Español Français Русский Tiếng Việt 简体中文信息 中繁體統信息 العربية

Captured by FireShot Pro: 15 May 2025, 17:43:34
https://getfireshot.com

# EXHIBIT 6
# Girdner Declaration



NORTH CAROLINA
JUDICIAL BRANCH

Search...

Courts ⌄    Help Topics ⌄    Services ⌄    Forms    Court Dates    Contact

Going to Court →

**ECOURTS**    eCourts Now Available in 73 Counties*. Find info, training, resources, and upcoming counties on July 21.    Learn more

**COURT CLOSINGS**    2 counties are currently reporting closings and/or advisories    View active closings    ✕

Languages: Español | Français | Русский | Tiếng Việt | 简体中文信息 | 中體體繁信息 | العربية

Home › Ecourts › Portal Training And Reso...

# Portal Training and Resources

Find Portal training and support, guides, FAQs, videos, registration, advanced materials, and more.

Portal allows the general public and registered users to access court information online in eCourts counties, including searching for court dates and records, and making payments for fines and fees.



- Overview
- Advanced
- Registration and Elevated Access
- Payments
- Standards and Codes
- Support

## Overview

- **Portal Overview Guide**
- **Portal FAQs**
- **How-To Videos Playlist (YouTube)** - Intro and Overview, Elevated Access, Smart Search, Search Hearings, Make Payments, Judgment Search, Transcript Search
- **Register for Training Available for Attorneys and Judicial Partners**
  - Submitting Attendance for CLE / CPE
- **New Portal Functionality: Calculated Interest in SmartSearch**

Basic Search Tips    +

## Advanced

- **Portal Advanced User Guide**
- **Elevated Access FAQs**
- FAQs for Attorneys

## Registration and Elevated Access

Registration for Portal is not required for anonymous users to search and view publicly available court information. The public may register if they plan to visit often and would like the ability to save cases to the 'My Cases' tab. See more details below for registration and Elevated Access. Only those users who have a verified business need and authority granted by statute will be approved for elevated access to access restricted case types or non-public information.

Captured by FireShot Pro: 15 May 2025, 17:52:09
https://getfireshot.com

- Registration is completed through the "Register/Sign In" link located in the top right corner of the Portal screen.
- Attorneys who are not assigned to restricted case types, and **do not** wish to request elevated access, may register in Portal.
- Attorneys should reference the Portal Elevated Access Roles document below for more information about attorney elevated access, and links to access File & Serve and the AOC-A-264 Portal Elevated Access Request/Agreement (Counsel).
- Registration provides access to the "My Cases" Portlet and allows the user to save cases of interest for quick access.
- Registration does NOT provide additional access to information or restricted case types; registered users have the same access to information as an anonymous/public user.

For more information, please see the guides and FAQs on this page.

**Elevated Access**

- [Portal Elevated Access Roles](#)
- [Portal Domestic Violence Agency Elevated Access FAQs](#)
- [Portal Government Agency Elevated Access FAQs](#)
- [Judicial Branch Expands Elevated Access for Private Counsel in eCourts](#)

- Requests must be submitted through File & Serve, using the AOC-A-264 form.
- Granted for all attorneys and allows access to restricted information on all cases which you are entitled to by statute and are an Enterprise Justice ACTIVE Party / Participant assigned to the case.
  - Non-attorney staff are not eligible for elevated access; the requestor must be assigned a bar number.
- Registration is NOT required and should NOT be completed. The 'My Cases' feature in Portal is available once Elevated Access is approved.
  - A Portal password email link is sent if an Attorney registers in Portal prior to requesting and being approved for Elevated Access. No additional notification is sent.
- Portal uses the email address as the User ID. Portal permits one user to be associated with an email address.
- Only ONE request is necessary; once AOC verifies the attorney is listed in Enterprise Justice, Elevated Access is granted with the Attorney Party ID and the attorney will be able to view ALL cases for which they are listed as an ACTIVE attorney in Enterprise Justice.
  - Attorneys do NOT need to submit a request for each case or restricted case type.
  - Attorneys will NOT be able to view restricted information until they are listed as an Enterprise Justice ACTIVE attorney on the case.
  - Contact the applicable county Clerk of Court to be properly added as an Enterprise Justice ACTIVE attorney to an applicable case.

# Payments

**What payments can be made in eCourts Portal?**

- Criminal court fees and fines can be paid online without visiting the courthouse by using Portal's **MAKE PAYMENTS** portlet.
- [New Portal Functionality: Calculated Interest in SmartSearch](#)

**The following payment types ARE accepted online:**

- Cost and Fees
- Restitution
- Criminal Attorney Fees
- Probation and Parole Fees

**The following CANNOT be paid online:**

- Alimony
- Bond Forfeitures
- Cash Bonds
- Child Support Payments
- Civil Judgments
- Condemnations

- Rent Bonds
- Trust Funds
- Upset Bids

See Portal FAQs for more information.

## Standards and Codes

- Historic Party Correction Index
  - Track 1 Pilot Counties Correction Index (xlsx)
  - Track 2 Mecklenburg Correction Index (xlsx)
  - Track 3 Correction Index (xlsx)
  - Track 4 Correction Index (xlsx)
  - Track 5 Correction Index (xlsx)
  - Track 6 Correction Index (xlsx)
  - Track 7 Correction Index (xlsx)
  - Track 8 Correction Index (xlsx)
- Transcript Key
  - Track 1 Pilot Counties Transcript Key (xlsx)
  - Track 2 Mecklenburg Transcript Key (xlsx)
  - Track 3 Transcript Key (xlsx)
  - Track 4 Transcript Key (xlsx)
  - Track 5 Transcript Key (xlsx)
  - Track 6 Transcript Key (xlsx)
  - Track 7 Transcript Key (xlsx)
  - Track 8 Transcript Key (xlsx)
- eCourts Name Indexing Standards
- eCourts County Codes for Enterprise Justice
- Portal Fact Sheet

**Hardware and Software Required**

- Portal uses similar system requirements as eFiling / File & Serve
- Browser Requirements - Chrome™, Microsoft® Edge®
  - Note: Using the recommended browsers on MacOS may result in unexpected errors and issues.
- Operating Systems - Microsoft® Windows®, Linux®, Chrome OS™ Android™, iOS, and OS X®
- Recommended Hardware:
  - Intel® Core™ i3 or AMD A6 processors with at least a 2.0 GHz clock speed
  - 4 GB of RAM
  - 1920 x 1080 resolution of both desktop computers and mobile devices
- High-speed Internet connection
- Document Format - Adobe® PDF

## Support

For additional support, contact eCourts@nccourts.org for questions or issues.



*justice for all*

**Additional Information**

News

Commissions

About

Judicial Directory

Programs

Documents

Careers

Data and Statistics

**Community Support**

General Public

Legal Community

Judicial Community

Media

**Help and Support**

Hours and Locations

Online Services

Help Topics

Contact

★ ★ ★

Closings · Help · Accessibility · Legal Notices, Disclaimers and Terms of Use · Sitemap

Connect with us:

Languages: Español Français Русский Tiếng Việt 簡体中文信息 中繁體縣信息 العربية

Captured by FireShot Pro: 15 May 2025, 17:52:09
https://getfireshot.com

# EXHIBIT 7
# Girdner Declaration



Norris A. Adams, II
Robert S. Blair, Jr. †
Jonathan E. Buchan, Jr.
Edward G. Connette
Heather W. Culp
John T. Daniel

* Also admitted in MD
† NC Board Certified Specialist in Family Law

Richard A. Elkins
Lauren V. Lewis †
Stephen H. Morris
Natalie D. Potter*
Caitlin H. Walton

Retired
Kenneth F. Essex
Channing O. Richards

jbuchan@essexrichards.com
Direct dial: 704-285-7107

January 23, 2019

Honorable Marion R. Warren
Director
North Carolina Administrative Office of the Courts
P.O. Box 2448
Raleigh, NC 27602

> Re:  **Administrative Office of the Courts Electronic Filing Project – Advisory Committee**

Dear Judge Warren:

I represent a group of news media organizations in North Carolina who have a longstanding commitment to public access to courts and court records and who are particularly interested in the AOC's exciting efforts to implement a statewide electronic filing system.

This group currently includes, among others, Courthouse News Service, *The Charlotte Observer*, *The News & Observer*, *The Fayetteville Observer*, *The Wilmington Star*, the *Durham Sun Herald*, WRAL, WBTV and WTVD ("News Media Organizations").

Our state, of course, has a long history of guaranteeing the public a presumptive right of access to court proceedings and court records, reflecting the "open courts" principles rooted in the First Amendment and in Article I, Section 18 of the North Carolina Constitution.

I have had some conversation with Brad Fowler in your office about the status of the vendor selection process and the upcoming convening of the Electronic Filing Advisory Committee ("EFAC"), which I understand will be the group that interfaces with the selected vendor regarding the details of the implementation of the statewide e-filing system.

I understand that the EFAC includes judicial appointees representing the Superior Court and District Court judges, the Clerks of Court, the District Attorneys, the Public Defenders, the North Carolina Bar Association, and perhaps others.

I would welcome the opportunity to discuss with you the News Media Organizations' interest in having a committee representative whose ears and voice could add to the EFAC's discussion, especially in thinking through options for ensuring adequate public access to the electronic filing

Case 5:23-cv-00280-FL-RJ     Document 80-5     Filed 05/16/25     Page 76 of 147     CNS_NC_000716

system that is ultimately adopted. I believe such a representative would be an informed and thoughtful presence on the committee.

I understand that the EFAC will likely begin meeting in February, and I would appreciate having a brief meeting with you in Raleigh at your convenience to discuss this.

Thanks for our consideration of this suggestion.

Sincerely,

Jonathan E. Buchan

JEB/hmb

# EXHIBIT 8

# Girdner Declaration



Norris A. Adams, II
Robert S. Blair, Jr. †
Jonathan E. Buchan, Jr.
Edward G. Connette
Heather W. Culp
John T. Daniel
Richard A. Elkins
Anne E. Essaye

* Also admitted in MD
† NC Board Certified Specialist in Family Law

Kristen E. Finlon
Lauren V. Lewis †
John T. Maheras
Stephen H. Morris
Natalie D. Potter*
Caitlin H. Walton
John C. Woodman

Retired
Kenneth F. Essex
Channing O. Richards

jbuchan@essexrichards.com
Direct dial: 704-285-7107

September 26, 2019

Mr. McKinley Wooten, Jr.                                    **Via Regular U.S. Mail and**
Interim Director                              **Email to: mckinley.wooten@nccourts.org**
N.C. Administrative Office of the Courts
P.O. Box 2449
Raleigh, N.C. 27602

Mr. Brad Fowler                                             **Via Regular U.S. Mail and**
Chief Business Officer                        **Email to: Brad.D.Fowler@nccourts.org**
N.C. Administrative Office of the Courts
P.O. Box 2449
Raleigh, N.C. 27602

    Re:    **N.C. eCourts Advisory Committee/Tyler Technologies, Inc.'s Press Review Queue**

Dear Messrs. Wooten and Fowler:

    As you know, I represent a group of news media organizations who are interested in timely and effective access to court records in the e-filing environment. This group currently includes, among others, Courthouse News Service, *The Charlotte Observer*, *The News & Observer*, *The Fayetteville Observer*, *The Wilmington Star*, the *Durham Sun Herald*, WRAL, WBTV, WTVD, and the North Carolina Press Association ("News Media Organizations"). I was pleased to be able to attend the very informative August 20, 2019 Inaugural Meeting of the eCourts Advisory Committee and appreciated the detailed presentations by the AOC staff and by the Tyler Technologies, Inc. ("Tyler") representatives.

    On behalf of the News Media Organizations, I am writing to respectfully request that North Carolina follow the lead of several other courts which have adopted the Press Review Queue feature of Tyler's Odyssey e-filing software. The Press Review Queue feature allows the media to view new

Case 5:23-cv-00280-FL-RJ    Document 80-5    Filed 05/16/25    Page 79 of 147    CNS_NC_000718

complaints and other civil filings as they are received by a court – thereby corresponding to the filed date[1] – and provides consistent, timely access to the court's new cases and to its ongoing litigation.

A Tyler Press Review Queue providing access to complaints as they are filed is already in place in several state courts in Georgia, California, and Nevada. Similar access – contemporaneous with the receipt of filings – has been implemented statewide in New York, Connecticut, Utah, and Alabama in courts not using the Tyler system. Hawaii has promised to join this group when it adopts e-filing. The Los Angeles County Superior Court, the country's busiest trial court, also provides a press review queue. This growing number of state courts that provide press access to new civil actions contemporaneously with their filing are, in turn, following the lead of the vast majority of federal district courts, including all three of North Carolina's district courts, which provide access through PACER at the time of receipt, rather than later, after processing.

Contemporaneous press access to newly-filed civil complaints and other civil case records has always been important, and is even more important in this digital age. Conversely, delayed access – which almost always occurs when e-filed documents are allowed to pile up for a day or more in a clerk's computer queue before access is provided – means news about new civil court proceedings often goes unreported by the media, for the simple reason that news about yesterday's new civil actions is overtaken by news that is happening today. Delays in access also allow plaintiffs and other filing parties to manipulate media coverage about newly filed litigation. This, in turn, often leads to inaccurate reporting, with news reports based on press releases (rather than a complaint itself) or on copies of selected court records provided by parties to a party's preferred news media.

Courts have consistently found that there is a constitution-based right of access to complaints in civil actions. *See Doe v. Doe*, 823 S.E.2d 583, 586 (N.C. App. 2018) ([t]he public, including Newspaper, has a presumptive right of access to court files under the North Carolina and United States Constitutions as well as North Carolina's Public Records Act"). Courts have found that this right "arises when a complaint is received by a court, rather than after it is 'processed.'" *Courthouse News Serv. v. Planet*, 2016 WL 4157210, *13 (C.D. Cal. May 26, 2016). Moreover, the Fourth Circuit Court of Appeals has rejected the argument that "minimal delay[s]" in access to court records do not matter – because that notion "unduly minimizes, if it does not entirely overlook, the value of 'openness' itself, a value which is threatened whenever immediate access to ongoing proceedings is denied, whatever provision is made for later disclosure." *In re Charlotte Observer*, 882 F.2d 850, 856 (4th Cir. 1989).

---

[1] *See, e.g., Peebles v. Moore*, 302 N.C. 351, 355 (1981) ("For many years the rule in this jurisdiction has been that a paper writing is deemed to be filed when it is delivered for that purpose to the proper officer and received by him."); Second Supplemental Rules of Practice and Procedure for the North Carolina eFiling Pilot Project, amended August 27, 2013 (hereinafter "eFiling Rules"), Rule 5.7 – Effectiveness of Filing (document is "filed" when it is transmitted to the e-filing system and the e-Filer receives an automatically generated notice showing electronic receipt); Rule 5.11 ("the filing is deemed to have occurred at the date and time recorded on the receipt").

In support of this request for the adoption of Tyler's Press Review Queue option, I offer three additional points regarding Press Review Queue access:

First, because the Press Review Queue feature is built into Tyler's software, which North Carolina has selected as its e-filing vendor, it is a straightforward matter for North Carolina to provide a Press Review Queue. It need only instruct Tyler to enable the Press Review Queue feature, just as individual Tyler courts in Georgia, California and Nevada have done.

Second, Tyler's Press Review Queue would not display confidential filings. North Carolina's current eFiling Rules provide that documents which are the subject of a motion to seal are filed in paper form.[2] But even in those jurisdictions where confidential documents are e-filed, e-filing systems are set up with a series of prompts to identify confidential documents at the point of submission for filing, and those confidential filings are segregated from public ones within the e-filing and case management systems. Press review queues, in turn, provide access only to the public filings. And because the Tyler's Press Review Queue access is provided via password-protected accounts linked to individual users, North Carolina can address any violations of the terms of use in the unlikely event such were to occur.

Third, the Press Review Queue is efficient. Budget constraints often mean clerks' offices are understaffed. Therefore, illnesses, vacations and other scheduling issues may prevent clerks from processing new civil actions the same day or even a day or two after they are received. But the Press Review Queue provides consistent, timely access that is not dependent on work schedules or hours; clerks thus need not "speed up" or "work harder" to provide timely access.

The News Media Organizations and I thank you for giving this request consideration. We are happy to discuss any questions or concerns you may have, and would also be pleased to address the eCourts Advisory Committee regarding this request at the earliest opportunity.

Sincerely,

Jonathan E. Buchan

JEB/hmb

Cc:    Hon. Cheri Beasley, Chief Justice, North Carolina Supreme Court (via U.S. Mail)

---

[2] See eFiling Rules, Rule 6.1 – Filing of Sealed Documents; *See also* eFiling Rules, Rule 6.3 – Private Information ("It is the sole responsibility of the filer to omit or redact non-public and unneeded sensitive information within a document. The clerk of the superior court will not review any document to determine whether it includes personal information."); G.S. 132-1.10(h) (immunizing clerks from liability for inadvertent release of personal information).

# COMPOSITE EXHIBIT 9

# Girdner Declaration

**COURTHOUSE NEWS SERVICE**
30 N. Raymond, Third Floor, Pasadena CA 91101 Phone 626 577 6700

April 6, 2023

Ryan Boyce
Director
North Carolina Administrative Office of the Courts
PO Box 2448
Raleigh, NC 27602-2448

Dear Mr. Boyce,

As the Editor of Courthouse News Service, I am writing about access to new civil complaints efiled in North Carolina superior courts.

In addition to publishing general news on our website, courthousenews.com, our news service publishes daily reports on new civil complaints and appellate rulings. Those reports include coverage of new civil actions filed in North Carolina.

The daily reports are, like all news, most interesting and most valuable when the complaints are fresh, in other words, on the day they are filed. I am respectfully requesting that we and other members of the media be given access to those new civil complaints when they are received across the virtual counter.

Currently access is delayed due to the interposition of processing – also called docketing – between the time of filing and the time of access. So I am asking for access before, instead of after, processing.

North Carolina has contracted on a statewide basis with Tyler Technologies for the company's efiling software. Tyler operates a statewide efiling manager, or EFM, into which all new complaints flow when they are

submitted. As Tyler officials have testified, "The EFM is the repository for where the documents and data live."

Where a clerk denies public access while manually processing new complaints, on-receipt access by necessity requires allowing the media, and through them the public, to review and report on the new public cases when they arrive in the EFM.

In the alternative, on-receipt access can be accomplished by auto-accepting new complaints into the public docket and going about processing tasks afterwards. That is how the federal courts, including those in North Carolina provide public access at the time a new complaint is received.

We know that Tyler offers court clients a number of options for providing access at the time a complaint is received. One is a media or public review queue that gives access to public civil complaints when they arrive in the EFM. Two is the automatic assignment of a permanent case number and automatic placement in the public docket, with clerk review taking place afterwards. (This is the how the federal courts including those in North Carolina provide public access at the time of receipt.) Three is by giving its court clients an API that allows the administrators themselves to set up access on receipt.

Tyler's statewide contract is with the North Carolina Administrative Office of the Courts and we believe your office controls the North Carolina efiling system through the contract with Tyler. In 2019 we corresponded with the Administrative Office's eCourts Advisory Committee to request a media queue that would allow the media to see new civil complaints as they are filed. That request was in essence tabled in 2020 and never revisited.

Now that efiling is at last underway in North Carolina, I am writing to renew our request for access at the time a new complaint is received.

I have often compared news to bread, fresh on the day it's made, stale the next. So we in the press would ask that we able to review the new civil complaints, a traditional source of news, when they are received by the court system, when they are fresh.

In the broader and longer view, my request is to follow the fundamental principle of open courts in America. The principle is embodied in the tradition of access to new civil actions as they were filed. The tradition was well expressed by Eighth Circuit Judge Bobby Shepherd who said from the bench last April: "There was a time when -- and some in this room may remember it -- when you took a pleading to the courthouse and the clerk stamped it physically and it went into different bins and it was available immediately."

If you would, please let me know within 30 days if the North Carolina Administrative Office of the Courts is willing to provide on-receipt access to the new civil actions, access which we respectfully believe is required under the First Amendment of the U.S. Constitution.

Thank you in advance for your consideration of this request.

Bill Girdner
Editor
Courthouse News

## COURTHOUSE NEWS SERVICE
30 N. Raymond, Third Floor, Pasadena CA 91101 Phone 626 577 6700

April 7, 2023

Blair Williams
Clerk of Wake County Superior Court
PO Box 351
Raleigh, NC 27602

Dear Mr. Williams,

As the Editor of Courthouse News Service, I am writing about access to new civil complaints efiled in Wake County Superior Court.

In addition to publishing general news on our website, courthousenews.com, our news service publishes daily reports on new civil complaints and appellate rulings. Those reports include coverage of new civil actions filed in North Carolina.

The daily reports are, like all news, most interesting and most valuable when the complaints are fresh, in other words, on the day they are filed. I am respectfully requesting that we and other members of the media be given access to those new civil complaints when they are received across the virtual counter.

Currently access is delayed due to the interposition of processing – also called docketing – between the time of filing and the time of access. So I am asking for access before, instead of after, processing.

North Carolina has contracted on a statewide basis with Tyler Technologies for the company's efiling software. Tyler operates a statewide efiling manager, or EFM, into which all new complaints flow when they are submitted. As Tyler officials have testified, "The EFM is the repository for where the documents and data live."

Where a clerk denies public access while manually processing new complaints, on-receipt access by necessity requires allowing the media, and through them the public, to review and report on the new public cases when they arrive in the EFM.

In the alternative, on-receipt access can be accomplished by auto-accepting new complaints into the public docket and going about processing tasks afterwards. That is how the federal courts, including those in North Carolina provide public access at the time a new complaint is received.

We know that Tyler offers court clients a number of options for providing access at the time a complaint is received. One is a media or public review queue that gives access to public civil complaints when they arrive in the EFM. Two is the automatic assignment of a permanent case number and automatic placement in the public docket, with clerk review taking place afterwards. (This is the how the federal courts including those in North Carolina provide public access at the time of receipt.) Three is by giving its court clients an API that allows the administrators themselves to set up access on receipt.

Tyler's statewide contract is with the North Carolina Administrative Office of the Courts and that agency controls the North Carolina efiling system through the contract with Tyler. We unsuccessfully asked the administrative office three years ago to provide a media queue for on-receipt access. We believe the administrator has the power to provide the access but, given the refusal to grant our request, we are asking for your help in our campaign to gain on-receipt access.

I have often compared news to bread, fresh on the day it's made, stale the next. So we in the press would ask that we able to review the new civil complaints, a traditional source of news, when they are received by the court system, when they are fresh.

In the broader and longer view, my request is to follow the fundamental principle of open courts in America. The principle is embodied in the tradition of access to new civil actions as they were filed. The tradition was expressed by Eighth Circuit Judge Bobby Shepherd who said from the bench last April:

"There was a time when -- and some in this room may remember it -- when you took a pleading to the courthouse and the clerk stamped it physically and it went into different bins and it was available immediately."

If you would, please let me know within 30 days if you or the North Carolina Administrative Office of the Courts are willing to provide on-receipt access to the new civil actions, access which we respectfully believe is required under the First Amendment of the U.S. Constitution.

Thank you in advance for your consideration of this request.

Bill Girdner
Editor
Courthouse News

COURTHOUSE NEWS SERVICE
30 N. Raymond, Third Floor, Pasadena CA 91101 Phone 626 577 6700

April 7, 2023

Renee Whittenton
Superior Court Clerk
Harnett County Superior Court
301 W. Cornelius Harnett Blvd. Suite 100
Lillington, NC 27546

Dear Ms. Whittenton,

As the Editor of Courthouse News Service, I am writing about access to new civil complaints efiled in Harnett County Superior Court.

In addition to publishing general news on our website, courthousenews.com, our news service publishes daily reports on new civil complaints and appellate rulings. Those reports include coverage of new civil actions filed in North Carolina.

The daily reports are, like all news, most interesting and most valuable when the complaints are fresh, in other words, on the day they are filed. I am respectfully requesting that we and other members of the media be given access to those new civil complaints when they are received across the virtual counter.

Currently access is delayed due to the interposition of processing – also called docketing – between the time of filing and the time of access. So I am asking for access before, instead of after, processing.

North Carolina has contracted on a statewide basis with Tyler Technologies for the company's efiling software. Tyler operates a statewide efiling manager, or EFM, into which all new complaints flow when they are submitted. As Tyler officials have testified, "The EFM is the repository for where the documents and data live."

Where a clerk denies public access while manually processing new complaints, on-receipt access by necessity requires allowing the media, and through them the public, to review and report on the new public cases when they arrive in the EFM.

In the alternative, on-receipt access can be accomplished by auto-accepting new complaints into the public docket and going about processing tasks afterwards. That is how the federal courts, including those in North Carolina provide public access at the time a new complaint is received.

We know that Tyler offers court clients a number of options for providing access at the time a complaint is received. One is a media or public review queue that gives access to public civil complaints when they arrive in the EFM. Two is the automatic assignment of a permanent case number and automatic placement in the public docket, with clerk review taking place afterwards. (This is the how the federal courts including those in North Carolina provide public access at the time of receipt.) Three is by giving its court clients an API that allows the administrators themselves to set up access on receipt.

Tyler's statewide contract is with the North Carolina Administrative Office of the Courts and that agency controls the North Carolina efiling system through the contract with Tyler. We unsuccessfully asked the administrative office three years ago to provide a media queue for on-receipt access. We believe the administrator has the power to provide the access but, given the refusal to grant our request, we are asking for your help in our campaign to gain on-receipt access.

I have often compared news to bread, fresh on the day it's made, stale the next. So we in the press would ask that we able to review the new civil complaints, a traditional source of news, when they are received by the court system, when they are fresh.

In the broader and longer view, my request is to follow the fundamental principle of open courts in America. The principle is embodied in the tradition of access to new civil actions as they were filed. The tradition was expressed

by Eighth Circuit Judge Bobby Shepherd who said from the bench last April:
"There was a time when -- and some in this room may remember it -- when you took a pleading to the courthouse and the clerk stamped it physically and it went into different bins and it was available immediately."

If you would, please let me know within 30 days if you or the North Carolina Administrative Office of the Courts are willing to provide on-receipt access to the new civil actions, access which we respectfully believe is required under the First Amendment of the U.S. Constitution.

Thank you in advance for your consideration of this request.

Bill Girdner
Editor
Courthouse News

## COURTHOUSE NEWS SERVICE
30 N. Raymond, Third Floor, Pasadena CA 91101 Phone 626 577 6700

April 7, 2023

Superior Court Clerk Michelle Ball
Johnston County Superior Court
PO Box 297
Smithfield, NC 27577

Dear Ms. Ball,

As the Editor of Courthouse News Service, I am writing about access to new civil complaints efiled in Johnston County Superior Court.

In addition to publishing general news on our website, courthousenews.com, our news service publishes daily reports on new civil complaints and appellate rulings. Those reports include coverage of new civil actions filed in North Carolina.

The daily reports are, like all news, most interesting and most valuable when the complaints are fresh, in other words, on the day they are filed. I am respectfully requesting that we and other members of the media be given access to those new civil complaints when they are received across the virtual counter.

Currently access is delayed due to the interposition of processing – also called docketing – between the time of filing and the time of access. So I am asking for access before, instead of after, processing.

North Carolina has contracted on a statewide basis with Tyler Technologies for the company's efiling software. Tyler operates a statewide efiling manager, or EFM, into which all new complaints flow when they are submitted. As Tyler officials have testified, "The EFM is the repository for where the documents and data live."

Where a clerk denies public access while manually processing new complaints, on-receipt access by necessity requires allowing the media, and through them the public, to review and report on the new public cases when they arrive in the EFM.

In the alternative, on-receipt access can be accomplished by auto-accepting new complaints into the public docket and going about processing tasks afterwards. That is how the federal courts, including those in North Carolina provide public access at the time a new complaint is received.

We know that Tyler offers court clients a number of options for providing access at the time a complaint is received. One is a media or public review queue that gives access to public civil complaints when they arrive in the EFM. Two is the automatic assignment of a permanent case number and automatic placement in the public docket, with clerk review taking place afterwards. (This is the how the federal courts including those in North Carolina provide public access at the time of receipt.) Three is by giving its court clients an API that allows the administrators themselves to set up access on receipt.

Tyler's statewide contract is with the North Carolina Administrative Office of the Courts and that agency controls the North Carolina efiling system through the contract with Tyler. We unsuccessfully asked the administrative office three years ago to provide a media queue for on-receipt access. We believe the administrator has the power to provide the access but, given the refusal to grant our request, we are asking for your help in our campaign to gain on-receipt access.

I have often compared news to bread, fresh on the day it's made, stale the next. So we in the press would ask that we able to review the new civil complaints, a traditional source of news, when they are received by the court system, when they are fresh.

In the broader and longer view, my request is to follow the fundamental principle of open courts in America. The principle is embodied in the tradition of access to new civil actions as they were filed. The tradition was expressed

by Eighth Circuit Judge Bobby Shepherd who said from the bench last April: "There was a time when -- and some in this room may remember it -- when you took a pleading to the courthouse and the clerk stamped it physically and it went into different bins and it was available immediately."

If you would, please let me know within 30 days if you or the North Carolina Administrative Office of the Courts are willing to provide on-receipt access to the new civil actions, access which we respectfully believe is required under the First Amendment of the U.S. Constitution.

Thank you in advance for your consideration of this request.

Bill Girdner
Editor
Courthouse News

# EXHIBIT 10

# Girdner Declaration



ADMINISTRATIVE OFFICE OF THE COURTS

**ANDREW BROWN**
GENERAL COUNSEL

PO BOX 2448, RALEIGH, NC 27602
O 919-890-1300
F 919-890-1914
ANDREW.D.BROWN2@NCCOURTS.ORG

April 28, 2023

Mr. Bill Girdner, Editor
Courthouse News
30 N. Raymond, Third Floor
Pasadena, CA 91101

**Re:  April 2023 Letters to N.C. eCourts Leadership**

Dear Mr. Girdner,

This letter responds to your April 2023 letters to North Carolina Clerks of Superior Court Michelle Ball, Susie Thomas, Renee Whittenton, and Blair Williams (the "Clerks"), and North Carolina Administrative Office of the Courts (AOC) Director Ryan Boyce.  Please forward this letter to your counsel and advise if you prefer that I communicate directly with them instead.

Your letters request "on-receipt" access to new civil complaints filed in North Carolina counties using the new electronic filing system.  The Clerks and Director Boyce are committed to providing public access to court records in a manner that is responsible and compliant with law.

As you likely know, the Judicial Branch launched eCourts less than three months ago in four pilot counties.  The rollout is proceeding well; over 50,000 individual filings have been accepted via electronic filing and approximately 10,000 searches are performed each day on Portal.  That said those counties remain in a pilot status.  The Branch is working closely with Tyler Technologies to remedy important technological concerns and remains deeply engaged in training and assisting judicial officials, court personnel, and the public in adapting to this fundamental change in how North Carolina's courts operate.

The progress expected on these efforts in the coming weeks and months is directly relevant to the issues raised in your letter.  Accordingly, the Clerks and AOC respectfully request an additional 60 days to respond to your letter. You may anticipate a response by July 6, 2023.

Sincerely,

Andrew D. Brown
General Counsel

---

★ ★ ★

---

# EXHIBIT 11

# Girdner Declaration

# COURTHOUSE NEWS SERVICE

30 N. Raymond, Third Floor, Pasadena CA 91103, (626) 577-6700, home@courthousenews.com

May 8, 2023

Andrew Brown
General Counsel
Administrative Office of the Courts
PO Box 2448
Raleigh, NC 27602

Dear Mr. Brown,

Thank you for your letter of April 28 regarding our request to remove the restriction on access to new civil complaints, a long-time source of news, imposed by the Administrative Office of the Courts and the four Clerks currently participating in North Carolina's e-filing system.

Respectfully, you may not know the history of this request. Courthouse News began corresponding with the AOC Director McKinley Wooten four years ago in early 2019. In September of that year, after Tyler Technologies was chosen as efiling vendor, we requested access through what Tyler calls the Press Review Tool.

To explain, Tyler offers court customers three alternatives for providing access at the time of receipt which is when the First Amendment right of access attaches. The alternatives are: Press Review Tool, Auto-Accept Review and a free API that allows the court customer to itself program a review queue.

All three of these alternatives provide access to public complaints when they are received into the statewide efile manager or EFM. The current policy effectively seals the new complaints inside the EFM database until they are reviewed and administratively processed by individual clerks.

Our request was initially met with favor by judges on the eCourts Advisory Committee but strongly opposed by clerks. As you most likely know, elected local clerks make up a powerful political constituency. During a hearing turning on the same issues in Texas, U.S. District Judge Lee Yeakel said. "[D]istrict clerks are a powerful political force in Texas." He went on to say that even the governor might

not want to cross them.

The judge's comments are consistent with my experience and thus it was no surprise that the clerks prevailed in defeating our request at the May 21, 2020 meeting of the eCourts Advisory Committee. The notion of access at the time of receipt was set aside and, from what we know, never heard of again within the halls of the NCAOC.

So it is against that backdrop that I read your letter which discusses in general terms the implementation of efiling in North Carolina but points to none of the specific and practicable alternatives Tyler offers to an administrative office that wants to provide access at the time of receipt. Because of the lack of any specific proposal, and the length of time our request has been pending, I must respectfully decline your request to simply wait further.

Please allow me to introduce our counsel for this matter, Carol LoCicero with Thomas & LoCicero, who will give you a phone call. Ms. LoCicero represented Courthouse News in Florida litigation that resulted in what I would describe as the worst state court access in America metamorphosing into an open and transparent state court system on par with, if not ahead of, the federal courts and state courts in California, New York and Texas, among many others.

I do thank you for your correspondence and remain open to any proposal you wish to bring forward that would remove the current restriction on access. I will close with a quote from Eighth Circuit Judge Ralph Erickson who aptly summarized, during oral argument last year, the history of First Amendment access in courts across America.

"What we're saying is that, oh, for about 230 years, you can walk into a Missouri courthouse, into the clerk's office, and say, 'Hey, can I see what's been filed today?'"

Thank you,
Bill Girdner
Editor, Courthouse News
Cc:   Carol LoCicero

# EXHIBIT 12

# Girdner Declaration

| COURT | BC | STATE | LEVEL | STATUS | SOFTWARE | URL | Available Online | Free or Paid Online | Registration Required | Registration Site/Form |
|---|---|---|---|---|---|---|---|---|---|---|
| Autauga | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| Baldwin | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| Barbour | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| Bibb | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| Blount | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| Bullock | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| Butler | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| Calhoun | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| Chambers | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| Cherokee | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| Chilton | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| Choctaw | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |

CNS_NC_012525

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | Clarke | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 15 | Clay | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 16 | Cleburne | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 17 | Coffee | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 18 | Colbert | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 19 | Conecuh | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 20 | Coosa | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 21 | Covington | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 22 | Crenshaw | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 23 | Cullman | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 24 | Dale | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 25 | Dallas | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |

CNS_NC_012526

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | DeKalb | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 27 | Elmore | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 28 | Escambia | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 29 | Etowah | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 30 | Fayette | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 31 | Franklin | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 32 | Geneva | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 33 | Greene | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 34 | Hale | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 35 | Henry | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 36 | Houston | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 37 | Jackson | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |

CNS_NC_012527

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | Jefferson | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 39 | Lamar | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 40 | Lauderdale | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 41 | Lawrence | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 42 | Lee | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 43 | Limestone | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 44 | Lowndes | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 45 | Macon | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 46 | Madison | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 47 | Marengo | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 48 | Marion | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 49 | Marshall | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |

CNS_NC_012528

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | Mobile | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 51 | Monroe | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 52 | Montgomery | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 53 | Morgan | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 54 | Perry | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 55 | Pickens | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 56 | Pike | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 57 | Randolph | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 58 | Russell | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 59 | Saint Clair | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 60 | Shelby | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 61 | Sumter | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |

CNS_NC_012529

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 62 | Talladega | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 63 | Tallapoosa | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 64 | Tuscaloosa | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 65 | Walker | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 66 | Washington | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 67 | Wilcox | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 68 | Winston | Madison | AL | Statewide | auto accept | OLIS | https://v2.alacourt.com | yes | paid, $75/month for the first 500 pages + 20 cents/page after that | yes | https://v2.alacourt.com/AlacourtInfo/frmServiceAgreement.aspx |
| 69 | Apache | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 70 | Cochise | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 71 | Coconino | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 72 | Gila | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 73 | Graham | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 74 | Greenlee | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | La Paz | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 76 | Maricopa | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 77 | Mohave | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 78 | Navajo | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 79 | Pima | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 80 | Pinal | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 81 | Santa Cruz | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 82 | Yavapai | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 83 | Yuma | Jamie | AZ | Statewide | press review queue | Granicus | https://azcourts.sharepoint.com/sites/TPN | yes | paid, $8,000/year | yes | (must be invited by AZ courts) |
| 84 | Alameda | Chris | CA | County | press review queue | Journal Technologies | https://eportal-media.alameda.courts.ca.g | yes | free | yes | (must be invited by AZ courts) |
| 85 | Butte | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| 86 | Contra Costa | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| 87 | Fresno | Chris | CA | County | public review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| 88 | Imperial | Chris | CA | County | press review queue | Journal Technologies | https://portal2-imperial-prod.journaltech.c | yes | free | no | |
| 89 | Kern | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| 90 | Kings | Chris | CA | County | public review queue | Journal Technologies | https://prod-doc-kingscounty-ca.ecourt.co | yes | free | no | |
| 91 | Los Angeles | Chris | CA | County | press review queue | Journal Technologies | https://media.lacourt.org/#/home | yes | paid, $3,500/year | yes | |
| 92 | Mendocino | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| 93 | Merced | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | https://www.merced.courts.ca.gov/press-review-tool-portal-request-form |
| 94 | Monterey | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| 95 | Napa | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| 96 | Orange | Chris | CA | County | press review queue | CCMS | https://map.occourts.org | yes | paid, $500/year | yes | |

CNS_NC_012531

| A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|
| Placer | Chris | CA | County | public review queue | Journal Technologies | https://doc-placer-court-prod.ecourt.com/ | yes | free | no | |
| Riverside | Chris | CA | County | public review queue | Journal Technologies | https://mediaportal-riv.journaltech.com/p | yes | free | no | |
| Sacramento | Chris | CA | County | public review queue | Journal Technologies | https://prod-doc-sacramento-ca.journalted | yes | free | no | |
| San Benito | Chris | CA | County | public review queue | Journal Technologies | https://prod-doc-sanbenitocounty-ca.ecou | yes | free | no | |
| San Diego | Chris | CA | County | press review queue | CCMS | https://map.sdcourt.ca.gov/Account/Login | yes | paid, $500/year | yes | |
| San Francisco | Chris | CA | County | press review queue | FSXSFO (home grown) | FSX: https://secure.fileandservexpress.com | yes, no, courthouse only | paid, n/a, courthouse only | yes, n/a, courthouse only | |
| San Joaquin | Chris | CA | County | press review queue | San Joaquin (home grown) | https://services.sjcourts.org/ | yes | free | yes | https://services.sjcourts.org/login/?action=register |
| San Luis Obispo | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | https://www.slo.courts.ca.gov/press-review-queue |
| San Mateo | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| Santa Barbara | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| Santa Clara | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| Santa Cruz | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| Sonoma | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| Stanislaus | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| Sutter | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | https://www.sutter.courts.ca.gov/general-information/press-and-media |
| Tehama | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | https://www.sutter.courts.ca.gov/general-information/press-and-media |
| Tulare | Chris | CA | County | press review queue | Journal Technologies | https://prod-doc-tularecounty-ca.ecourt.c | yes | free | no | |
| Ventura | Chris | CA | County | press review queue | Journal Technologies | https://prod-doc-ventura-ca.ecourt.com/p | yes | free | no | |
| Yolo | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | https://www.yolo.courts.ca.gov/general-information/media-information/press-revi |
| Yuba | Chris | CA | County | press review queue | Tyler | https://california-efm.tylertech.cloud/secu | yes | free | yes | |
| Bridgeport | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.as | yes | free | no | |
| Danbury | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.as | yes | free | no | |
| Hartford | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.as | yes | free | no | |
| Litchfield | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.as | yes | free | no | |
| Meriden | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.as | yes | free | no | |
| Middletown | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.as | yes | free | no | |

CNS_NC_012532

| A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|
| Milford | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.asp yes | | free | no | |
| New Britain | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.asp yes | | free | no | |
| New Haven | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.asp yes | | free | no | |
| New London | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.asp yes | | free | no | |
| Putnam | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.asp yes | | free | no | |
| Rockville | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.asp yes | | free | no | |
| Stamford | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.asp yes | | free | no | |
| Waterbury | Adam | CT | Statewide | auto accept | Connecticut IT (home grown) | http://civilinquiry.jud.ct.gov/GetDocket.asp yes | | free | no | |
| Alachua | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori yes | | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Baker | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori yes | | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Bay | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori yes | | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Bradford | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori yes | | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Brevard | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori yes | | free | yes | https://www.myflcourtaccess.com/default.aspx |

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 136 | Broward | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 137 | Calhoun | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 138 | Charlotte | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 139 | Citrus | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 140 | Clay | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 141 | Collier | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 142 | Columbia | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 143 | DeSoto | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 144 | Dixie | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 145 | Duval | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 146 | Escambia | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 147 | Flagler | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | Franklin | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 149 | Gadsden | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 150 | Gilchrist | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 151 | Glades | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 152 | Gulf | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 153 | Hamilton | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 154 | Hardee | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 155 | Hendry | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 156 | Hernando | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 157 | Highlands | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 158 | Hillsborough | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 159 | Holmes | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |

CNS_NC_012535

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 | Indian River | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 161 | Jackson | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 162 | Jefferson | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 163 | Lafayette | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 164 | Lake | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 165 | Lee | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 166 | Leon | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 167 | Levy | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 168 | Liberty | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 169 | Madison | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 170 | Manatee | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| 171 | Marion | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |

CNS_NC_012536

| A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|
| Martin | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Miami-Dade | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Monroe | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Nassau | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Okaloosa | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Okeechobee | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Orange | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Osceola | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Palm Beach | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Pasco | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Pinellas | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Polk | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 184 | Putnam | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 185 | Saint Johns | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 186 | Saint Lucie | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 187 | Santa Rosa | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 188 | Sarasota | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 189 | Seminole | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 190 | Sumter | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 191 | Suwannee | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 192 | Taylor | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 193 | Union | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 194 | Volusia | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |
| 195 | Wakulla | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | | yes | https://www.myflcourtaccess.com/default.aspx |

CNS_NC_012538

| A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|
| Walton | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Washington | Ryan | FL | Statewide | press review queue | Granicus | https://www.myflcourtaccess.com/authori | yes | free | yes | https://www.myflcourtaccess.com/default.aspx |
| Cobb State | Ryan | GA | County | press review queue | Peach Court | At court | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| Cobb Superior | Ryan | GA | County | press review queue | Peach Court | At court | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| DeKalb State | Ryan | GA | County | press review queue | Tyler | https://georgia.tylertech.cloud/secure/pre | yes | free | yes | https://efilega.tylertech.cloud/OfsEfsp/ui/landing |
| DeKalb Superior | Ryan | GA | County | press review queue | Tyler | https://georgia.tylertech.cloud/secure/pre | yes | free | yes | https://efilega.tylertech.cloud/OfsEfsp/ui/landing |
| Fulton State | Ryan | GA | County | press review queue | TylerFSX | Tyler: https://georgia.tylertech.cloud/secur | yes no, courthouse only | free n/a, courthouse only | yesn/a, courthouse only | https://efilega.tylertech.cloud/OfsEfsp/ui/landing |
| Fulton Superior | Ryan | GA | County | press review queue | TylerPeach Court | Tyler: https://georgia.tylertech.cloud/secur | yes no, courthouse only | free n/a, courthouse only | yesn/a, courthouse only | https://efilega.tylertech.cloud/OfsEfsp/ui/landing |
| Gwinnett State | Ryan | GA | County | press review queue | Tyler | https://georgia.tylertech.cloud/secure/pre | yes | free | yes | https://efilega.tylertech.cloud/OfsEfsp/ui/landing |
| Gwinnett Superior | Ryan | GA | County | press review queue | Tyler | https://georgia.tylertech.cloud/secure/pre | yes | free | yes | https://efilega.tylertech.cloud/OfsEfsp/ui/landing |
| Hawaii-Hilo | Chris | HI | Statewide | auto accept | Hawaii IT (home grown) | https://jimspss1.courts.state.hi.us/JEFS/log | yes | paid, $500/year | yes | |
| Hawaii-Kona | Chris | HI | Statewide | auto accept | Hawaii IT (home grown) | https://jimspss1.courts.state.hi.us/JEFS/log | yes | paid, $500/year | yes | |
| Kauai | Chris | HI | Statewide | auto accept | Hawaii IT (home grown) | https://jimspss1.courts.state.hi.us/JEFS/log | yes | paid, $500/year | yes | |
| Maui | Chris | HI | Statewide | auto accept | Hawaii IT (home grown) | https://jimspss1.courts.state.hi.us/JEFS/log | yes | paid, $500/year | yes | |
| Oahu | Chris | HI | Statewide | auto accept | Hawaii IT (home grown) | https://jimspss1.courts.state.hi.us/JEFS/log | yes | paid, $500/year | yes | |
| Adair | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 212 | Adams | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 213 | Allamakee | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 214 | Appanoose | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 215 | Audubon | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 216 | Benton | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 217 | Black Hawk | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 218 | Boone | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 219 | Bremer | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 220 | Buchanan | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 221 | Buena Vista | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 222 | Butler | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 223 | Calhoun | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 224 | Carroll | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 225 | Cass | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 226 | Cedar | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 227 | Cerro Gordo | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 228 | Cherokee | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 229 | Chickasaw | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 230 | Clarke | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 231 | Clay | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 232 | Clayton | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 233 | Clinton | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 234 | Crawford | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 235 | Dallas | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 236 | Davis | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 237 | Decatur | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 238 | Delaware | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 239 | Des Moines | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 240 | Dickinson | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 241 | Dubuque | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 242 | Emmet | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 243 | Fayette | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 244 | Floyd | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 245 | Franklin | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 246 | Fremont | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 247 | Greene | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 248 | Grundy | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 249 | Guthrie | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 250 | Hamilton | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 251 | Hancock | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 252 | Hardin | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 253 | Harrison | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 254 | Henry | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 255 | Howard | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 256 | Humboldt | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 257 | Ida | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 258 | Iowa | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 259 | Jackson | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 260 | Jasper | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 261 | Jefferson | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 262 | Johnson | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 263 | Jones | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 264 | Keokuk | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 265 | Kossuth | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 266 | Lee | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 267 | Linn | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 268 | Louisa | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 269 | Lucas | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 270 | Lyon | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 271 | Madison | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 272 | Mahaska | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 273 | Marion | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 274 | Marshall | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 275 | Mills | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 276 | Mitchell | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 277 | Monona | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 278 | Monroe | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 279 | Montgomery | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 280 | Muscatine | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 281 | O'Brien | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 282 | Osceola | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 283 | Page | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 284 | Palo Alto | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 285 | Plymouth | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 286 | Pocahontas | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAW | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |

CNS_NC_012540

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 287 | Polk | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 288 | Pottawattamie | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 289 | Poweshiek | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 290 | Ringgold | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 291 | Sac | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 292 | Scott | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 293 | Shelby | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 294 | Sioux | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 295 | Story | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 296 | Tama | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 297 | Taylor | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 298 | Union | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 299 | Van Buren | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 300 | Wapello | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 301 | Warren | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 302 | Washington | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 303 | Wayne | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 304 | Webster | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 305 | Winnebago | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 306 | Winneshiek | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 307 | Woodbury | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 308 | Worth | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 309 | Wright | Adam | IA | Statewide | press review queue | Iowa IT (home grown) | https://www.iowacourts.state.ia.us/ESAWebApp | yes | paid, $25/month | yes | https://www.iowacourts.state.ia.us/ESAWebApp/Registration |
| 310 | Allen | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 311 | Anderson | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 312 | Atchison | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 313 | Barber | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 314 | Barton | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 315 | Bourbon | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 316 | Brown | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 317 | Butler | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 318 | Chase | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 319 | Chautauqua | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 320 | Cherokee | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 321 | Cheyenne | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 322 | Clark | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 323 | Clay | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 324 | Cloud | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 325 | Coffey | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 326 | Comanche | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 327 | Cowley | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 328 | Crawford | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 329 | Decatur | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 330 | Dickinson | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 331 | Doniphan | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 332 | Douglas | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 333 | Edwards | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 334 | Elk | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 335 | Ellis | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 336 | Ellsworth | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 337 | Finney | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 338 | Ford | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 339 | Franklin | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 340 | Geary | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 341 | Gove | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 342 | Graham | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 343 | Grant | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 344 | Gray | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 345 | Greeley | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 346 | Greenwood | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 347 | Hamilton | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 348 | Harper | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 349 | Harvey | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 350 | Haskell | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 351 | Hodgeman | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 352 | Jackson | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 353 | Jefferson | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 354 | Jewell | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 355 | Johnson | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 356 | Kearny | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 357 | Kingman | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 358 | Kiowa | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 359 | Labette | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 360 | Lane | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 361 | Leavenworth | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |

CNS_NC_012541

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 362 | Lincoln | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 363 | Linn | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 364 | Logan | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 365 | Lyon | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 366 | Marion | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 367 | Marshall | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 368 | McPherson | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 369 | Meade | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 370 | Miami | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 371 | Mitchell | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 372 | Montgomery | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 373 | Morris | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 374 | Morton | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 375 | Nemaha | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 376 | Neosho | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 377 | Ness | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 378 | Norton | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 379 | Osage | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 380 | Osborne | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 381 | Ottawa | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 382 | Pawnee | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 383 | Phillips | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 384 | Pottawatomie | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 385 | Pratt | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 386 | Rawlins | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 387 | Reno | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 388 | Republic | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 389 | Rice | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 390 | Riley | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 391 | Rooks | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 392 | Rush | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 393 | Russell | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 394 | Saline | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 395 | Scott | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 396 | Sedgwick | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 397 | Seward | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 398 | Shawnee | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 399 | Sheridan | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 400 | Sherman | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 401 | Smith | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 402 | Stafford | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 403 | Stanton | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 404 | Stevens | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 405 | Sumner | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 406 | Thomas | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 407 | Trego | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 408 | Wabaunsee | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 409 | Wallace | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 410 | Washington | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 411 | Wichita | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 412 | Wilson | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 413 | Woodson | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 414 | Wyandotte | Chris | KS | Statewide | press review queue | Tybera EFM/Tyler CMS | https://kansasnewcivilfilings.kscourts.gov | yes | free | no | |
| 415 | Allegany | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 416 | Anne Arundel | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 417 | Baltimore City | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 418 | Baltimore County | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 419 | Calvert | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 420 | Caroline | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 421 | Carroll | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 422 | Cecil | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 423 | Charles | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 424 | Dorchester | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 425 | Frederick | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |

CNS_NC_012542

CNS_NC_012543

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 426 | Garrett | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 427 | Harford | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 428 | Howard | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 429 | Kent | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 430 | Montgomery | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 431 | Prince Georges | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 432 | Queen Annes | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 433 | Somerset | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 434 | St. Marys | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 435 | Talbot | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 436 | Washington | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 437 | Wicomico | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 438 | Worcester | Ryan | MD | Statewide | press review queue | Tyler | At supreme court law library, open until 73 | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 439 | Aitkin | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 440 | Anoka | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 441 | Becker | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 442 | Beltrami | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 443 | Benton | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 444 | Big Stone | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 445 | Blue Earth | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 446 | Brown | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 447 | Carlton | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 448 | Carver | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 449 | Cass | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 450 | Chippewa | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 451 | Chisago | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 452 | Clay | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 453 | Clearwater | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 454 | Cook | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 455 | Cottonwood | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 456 | Crow Wing | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 457 | Dakota | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 458 | Dodge | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 459 | Douglas | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 460 | Faribault | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 461 | Fillmore | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 462 | Freeborn | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 463 | Goodhue | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 464 | Grant | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 465 | Hennepin | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 466 | Houston | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 467 | Hubbard | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 468 | Isanti | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 469 | Itasca | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 470 | Jackson | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 471 | Kanabec | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 472 | Kandiyohi | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 473 | Kittson | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 474 | Koochiching | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 475 | Lac qui Parle | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 476 | Lake | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 477 | Lake of The Woods | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 478 | Le Sueur | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 479 | Lincoln | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 480 | Lyon | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 481 | Mahnomen | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 482 | Marshall | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 483 | Martin | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 484 | Mcleod | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 485 | Meeker | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 486 | Mille-Lacs | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 487 | Morrison | Adam | MN | Statewide | press review queue ( | Minnestoa IT (home grown) | not available yet | yes | free | not available yet | |
| 488 | Mower | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 489 | Murray | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 490 | Nicollet | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 491 | Nobles | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 492 | Norman | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 493 | Olmsted | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 494 | Ottertail | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 495 | Pennington | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 496 | Pine | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 497 | Pipestone | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 498 | Polk | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 499 | Pope | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 500 | Ramsey | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 501 | Red Lake | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 502 | Redwood | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 503 | Renville | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 504 | Rice | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 505 | Rock | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 506 | Roseau | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 507 | Scott | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 508 | Sherburne | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 509 | Sibley | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 510 | St Louis | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 511 | Stearns | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 512 | Steele | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 513 | Stevens | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 514 | Swift | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 515 | Todd | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 516 | Traverse | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 517 | Wabasha | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 518 | Wadena | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 519 | Waseca | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 520 | Washington | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 521 | Watonwan | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 522 | Wilkin | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 523 | Winona | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 524 | Wright | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 525 | Yellow Medicine | Adam | MN | Statewide | press review queue ( | Minnesota IT (home grown) | not available yet | yes | free | not available yet | |
| 526 | Adair | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 527 | Andrew | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 528 | Atchison | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 529 | Audrain | Adam | MO | Statewide | auto accept (5/16/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 530 | Barry | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 531 | Barton | Adam | MO | Statewide | auto accept (6/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 532 | Bates | Adam | MO | Statewide | auto accept (6/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 533 | Benton | Adam | MO | Statewide | auto accept (6/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 534 | Bollinger | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 535 | Boone | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 536 | Buchanan | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 537 | Butler | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 538 | Caldwell | Adam | MO | Statewide | auto accept (6/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 539 | Callaway | Adam | MO | Statewide | auto accept (5/16/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 540 | Camden | Adam | MO | Statewide | auto accept (6/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 541 | Cape Girardeau | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 542 | Carroll | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 543 | Carter | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 544 | Cass | Adam | MO | Statewide | auto accept (5/16/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 545 | Cedar | Adam | MO | Statewide | auto accept (6/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 546 | Chariton | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 547 | Christian | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 548 | Clark | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 549 | Clay | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 550 | Clinton | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 551 | Cole | Adam | MO | Statewide | auto accept (5/16/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 552 | Cooper | Adam | MO | Statewide | auto accept (5/16/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 553 | Crawford | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 554 | Dade | Adam | MO | Statewide | auto accept (6/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 555 | Dallas | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 556 | Daviess | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 557 | DeKalb | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 558 | Dent | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 559 | Douglas | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 560 | Dunklin | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 561 | Franklin | Adam | MO | Statewide | auto accept (5/16/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 562 | Gasconade | Adam | MO | Statewide | auto accept (5/16/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 563 | Gentry | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 564 | Greene | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 565 | Grundy | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 566 | Harrison | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 567 | Henry | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 568 | Hickory | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 569 | Holt | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 570 | Howard | Adam | MO | Statewide | auto accept (5/16/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 571 | Howell | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 572 | Iron | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 573 | Jackson | Adam | MO | Statewide | auto accept (5/16/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 574 | Jasper | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 575 | Jefferson | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 576 | Johnson | Adam | MO | Statewide | auto accept (5/16/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 577 | Knox | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 578 | Laclede | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 579 | Lafayette | Adam | MO | Statewide | auto accept (5/16/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 580 | Lawrence | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 581 | Lewis | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 582 | Lincoln | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 583 | Linn | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 584 | Livingston | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 585 | Macon | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 586 | Madison | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 587 | Maries | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 588 | Marion | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 589 | McDonald | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 590 | Mercer | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 591 | Miller | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 592 | Mississippi | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 593 | Moniteau | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 594 | Monroe | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 595 | Montgomery | Adam | MO | Statewide | auto accept (5/16/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 596 | Morgan | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 597 | New Madrid | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 598 | Newton | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 599 | Nodaway | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 600 | Oregon | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 601 | Osage | Adam | MO | Statewide | auto accept (5/16/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 602 | Ozark | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 603 | Pemiscot | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 604 | Perry | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 605 | Pettis | Adam | MO | Statewide | auto accept (5/16/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 606 | Phelps | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 607 | Pike | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 608 | Platte | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 609 | Polk | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 610 | Pulaski | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 611 | Putnam | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 612 | Ralls | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 613 | Randolph | Adam | MO | Statewide | auto accept (5/16/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 614 | Ray | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 615 | Reynolds | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 616 | Ripley | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 617 | Saline | Adam | MO | Statewide | auto accept (5/16/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 618 | Schuyler | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 619 | Scotland | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 620 | Scott | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 621 | Shannon | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 622 | Shelby | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 623 | St. Charles | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 624 | St. Clair | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 625 | St. Francois | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 626 | St. Louis City | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 627 | St. Louis County | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 628 | Ste. Genevieve | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 629 | Stoddard | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 630 | Stone | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 631 | Sullivan | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 632 | Taney | Adam | MO | Statewide | auto accept (7/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 633 | Texas | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 634 | Vernon | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 635 | Warren | Adam | MO | Statewide | auto accept (5/16/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| 636 | Washington | Adam | MO | Statewide | auto accept (6/18/25 | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |

CNS_NC_012546

| A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|
| Wayne | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| Webster | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| Worth | Adam | MO | Statewide | auto accept | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| Wright | Adam | MO | Statewide | auto accept (7/18/25) | Missouri IT (home grown) | https://www.courts.mo.gov/cnet/welcome | yes | free | no | |
| Bernalillo | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Catron | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Chaves | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Cibola | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Colfax | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Curry | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| De Baca | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Doña Ana | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Eddy | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Grant | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Guadalupe | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Harding | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Hidalgo | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Lea | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Lincoln | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Los Alamos | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Luna | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| McKinley | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Mora | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Otero | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Quay | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Rio Arriba | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Roosevelt | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| San Juan | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| San Miguel | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Sandoval | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Santa Fe | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Sierra | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Socorro | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Taos | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Torrance | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Union | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Valencia | Jamie | NM | Statewide | press review queue | New Mexico IT (home grown) | https://civilfile.nmcourts.gov:8443/login | yes | free | yes | https://civilfile.nmcourts.gov:8443/register |
| Clark | Chris | NV | County | auto accept | Tyler | https://www.clarkcountycourts.us/Portal/ | yes | free | | yes |
| Albany | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Bronx | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Broome | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Cattaraugus | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Cayuga | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Chautauqua | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Chemung | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Chenango | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Clinton | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Columbia | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Cortland | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Delaware | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Dutchess | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Erie | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Essex | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Franklin | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Fulton | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Genesee | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Greene | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Hamilton | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Herkimer | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Jefferson | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Kings | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Lewis | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Livingston | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Madison | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Monroe | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Montgomery | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Nassau | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| New York | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Niagara | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Oneida | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| Onondaga | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 708 | Ontario | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 709 | Orange | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 710 | Orleans | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 711 | Oswego | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 712 | Otsego | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 713 | Putnam | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 714 | Queens | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 715 | Rensselaer | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 716 | Richmond | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 717 | Rockland | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 718 | Saint Lawrence | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 719 | Saratoga | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 720 | Schenectady | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 721 | Schoharie | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 722 | Schuyler | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 723 | Seneca | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 724 | Steuben | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 725 | Suffolk | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 726 | Sullivan | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 727 | Tioga | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 728 | Tompkins | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 729 | Ulster | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 730 | Warren | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 731 | Washington | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 732 | Wayne | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 733 | Westchester | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 734 | Wyoming | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 735 | Yates | Adam | NY | Statewide | public review queue | New York IT (home grown) | https://iapps.courts.state.ny.us/nyscef/Cas | yes | free | no | |
| 736 | Butler | Adam | OH | County | auto accept | CourtView | https://clerkservices.bcohio.gov/eservices | yes | free | no | |
| 737 | Cuyahoga | Adam | OH | County | public review queue | Proware | https://cpdocket.cp.cuyahogacounty.us/Se | yes | free | no | |
| 738 | Franklin | Adam | OH | County | public review queue | Franklin County IT/Mapsys | https://clerknewfiling.franklincountyohio.g | yes | free | no | |
| 739 | Lake | Adam | OH | County | press box | none | none | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 740 | Lucas | Adam | OH | County | public review queue | Lucas County IT/Mapsys | | | | | |
| 741 | Montgomery | Adam | OH | County | public review queue | Montgomery County IT | https://pro.mcohio.org | yes | free | no | |
| 742 | Summit | Adam | OH | County | public review queue | Summit County IT (home grow | https://newcivilfilings.summitoh.net | yes | free | no | |
| 743 | Trumbull | Adam | OH | County | public review queue | CourtView | | | | | |
| 744 | Baker | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 745 | Benton | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 746 | Clackamas | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 747 | Clatsop | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 748 | Columbia | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 749 | Coos | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 750 | Crook | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 751 | Curry | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 752 | Deschutes | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 753 | Douglas | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 754 | Gilliam | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 755 | Grant | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 756 | Harney | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 757 | Hood River | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 758 | Jackson | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |

CNS_NC_012547

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 759 | Jefferson | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 760 | Josephine | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 761 | Klamath | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 762 | Lake | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 763 | Lane | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 764 | Lincoln | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 765 | Linn | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 766 | Malheur | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 767 | Marion | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 768 | Morrow | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 769 | Multnomah | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 770 | Polk | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 771 | Sherman | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 772 | Tillamook | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 773 | Umatilla | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 774 | Union | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 775 | Wallowa | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 776 | Wasco | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 777 | Washington | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 778 | Wheeler | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 779 | Yamhill | Chris | OR | Statewide | press review queue (f | Tyler | At Multnomah courthouse kiosk only, cour | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 780 | Aurora | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 781 | Beadle | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 782 | Bennett | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 783 | Bon Homme | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 784 | Brookings | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 785 | Brown | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 786 | Brule | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 787 | Buffalo | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 788 | Butte | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 789 | Campbell | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 790 | Charles Mix | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 791 | Clark | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 792 | Clay | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 793 | Codington | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 794 | Corson | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 795 | Custer | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 796 | Davison | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 797 | Day | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 798 | Deuel | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 799 | Dewey | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 800 | Douglas | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 801 | Edmunds | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 802 | Fall River | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 803 | Faulk | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 804 | Grant | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 805 | Gregory | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 806 | Haakon | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 807 | Hamlin | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 808 | Hand | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 809 | Hanson | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 810 | Harding | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 811 | Hughes | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |
| 812 | Hutchinson | Chris | SD | Statewide | press review queue (s | South Dakota IT (home grow | not available yet | yes | free | yes | |

CNS_NC_012548

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 813 | Hyde | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 814 | Jackson | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 815 | Jerauld | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 816 | Jones | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 817 | Kingsbury | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 818 | Lake | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 819 | Lawrence | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 820 | Lincoln | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 821 | Lyman | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 822 | Marshall | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 823 | McCook | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 824 | McPherson | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 825 | Meade | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 826 | Mellette | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 827 | Miner | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 828 | Minnehaha | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 829 | Moody | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 830 | Oglala Lakota | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 831 | Pennington | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 832 | Perkins | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 833 | Potter | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 834 | Roberts | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 835 | Sanborn | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 836 | Spink | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 837 | Stanley | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 838 | Sully | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 839 | Todd | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 840 | Tripp | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 841 | Turner | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 842 | Union | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 843 | Walworth | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 844 | Yankton | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 845 | Ziebach | Chris | SD | Statewide | press review queue ( | South Dakota IT (home grown | not available yet | yes | free | yes | |
| 846 | Brazoria | Madison | TX | County | press review queue | Tyler | https://texas.tylertech.cloud/secure/Press | yes | free | yes | https://efiletx.tylertech.cloud/OfsEfsp/ui/landing |
| 847 | Brazos | Madison | TX | County | press review queue ( | Tyler | https://texas.tylertech.cloud/secure/Press | yes | free | yes | https://efiletx.tylertech.cloud/OfsEfsp/ui/landing |
| 848 | Dallas | Madison | TX | County | press review queue | Tyler | https://texas.tylertech.cloud/secure/Press | yes | free | yes | https://efiletx.tylertech.cloud/OfsEfsp/ui/landing |
| 849 | El Paso | Madison | TX | County | press review queue ( | Tyler | https://texas.tylertech.cloud/secure/Press | yes | $500/year | yes | https://efiletx.tylertech.cloud/OfsEfsp/ui/landing |
| 850 | Johnson | Madison | TX | County | press review queue | Tyler | https://texas.tylertech.cloud/secure/Press | yes | free | yes | https://efiletx.tylertech.cloud/OfsEfsp/ui/landing |
| 851 | Midland | Madison | TX | County | press review queue | Tyler | https://texas.tylertech.cloud/secure/Press | yes | free | yes | https://efiletx.tylertech.cloud/OfsEfsp/ui/landing |
| 852 | Nacogdoches | Madison | TX | County | press review queue ( | Tyler | https://texas.tylertech.cloud/secure/Press | yes | free | yes | https://efiletx.tylertech.cloud/OfsEfsp/ui/landing |
| 853 | Nueces | Madison | TX | County | press review queue | Tyler | https://texas.tylertech.cloud/secure/Press | yes | free | yes | https://efiletx.tylertech.cloud/OfsEfsp/ui/landing |
| 854 | Potter | Madison | TX | County | press review queue | Tyler | https://texas.tylertech.cloud/secure/Press | yes | free | yes | https://efiletx.tylertech.cloud/OfsEfsp/ui/landing |
| 855 | Travis | Madison | TX | County | press review queue | Tyler | https://texas.tylertech.cloud/secure/Press | yes | free | yes | https://efiletx.tylertech.cloud/OfsEfsp/ui/landing |
| 856 | Beaver | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 857 | Box Elder | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 858 | Cache | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 859 | Carbon | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 860 | Daggett | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 861 | Davis | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 862 | Duchesne | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 863 | Emery | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 864 | Garfield | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 865 | Grand | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 866 | Iron | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 867 | Juab | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 868 | Kane | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |

CNS_NC_012550

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 869 | Millard | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 870 | Morgan | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 871 | Piute | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 872 | Rich | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 873 | Salt Lake | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 874 | San Juan | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 875 | Sanpete | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 876 | Sevier | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 877 | Summit | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 878 | Tooele | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEB | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |

CNS_NC_012551

| | A | B | C | D | E | F | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 879 | Uintah | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEE | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 880 | Utah | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEE | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 881 | Wasatch | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEE | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 882 | Washington | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEE | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 883 | Wayne | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEE | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 884 | Weber | Chris | UT | Statewide | auto accept | Utah IT (home grown) | https://pubapps.utcourts.gov/XchangeWEE | yes | paid, $30/month + 15 cents/search + 50 cents/document | yes | https://pubapps.utcourts.gov/XchangeWEB/RegistrationServlet |
| 885 | Addison | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 886 | Bennington | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 887 | Caledonia | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 888 | Chittenden | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 889 | Essex | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 890 | Franklin | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 891 | Grand Isle | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 892 | Lamoille | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 893 | Orange | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 894 | Orleans | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 895 | Rutland | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 896 | Washington | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 897 | Windham | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |
| 898 | Windsor | Adam | VT | Statewide | press review queue | Tyler | https://publicportal.courts.vt.gov/Portal/H | no, courthouse only | n/a, courthouse only | n/a, courthouse only | |

# EXHIBIT 13

# Girdner Declaration

## <u>Summary of State Courts' Methods of Providing On-Receipt Access<br>To New, E-Filed Civil Complaints</u>

The following is a summation of the various ways different states have used an auto-accept or press review queue solution to provide access to newly e-filed, non-confidential civil complaints upon their receipt and before clerk processing/acceptance:

**Alabama**

1.      Alabama has configured its statewide e-filing system (AlaFile) to auto-accept new civil filings, which it makes available for free on courthouse and law library terminals and remotely through a paid, subscription-based system called AlaCourt. The AlaCourt system, developed by vendor OnLine Information Systems ("OLIS"), provides statewide access to e-filed non-confidential civil complaints as soon as they are received by the court., The Alabama system of public access is similar to PACER in that new complaints are automatically accepted when they are submitted, and become immediately available for viewing, *without* registration or payment on courthouse terminals, and *with* registration and payment for remote access.

**Arizona**

2.      The Arizona courts provide statewide pre-acceptance access through a press review queue provided by e-filing vendor Granicus. This Arizona press review queue is called the Public News Media File Share Portal ("News Media Portal"). It requires registration, a user name and password to enter, either remotely online or at local courthouses through the eFile AZ website (https://efile.azcourts.gov/). The News Media Portal gives subscribers on-receipt access to new civil complaints filed anywhere in Arizona. Subscribers are required to pay a flat fee of $8,000 per year. CNS has not experienced, nor is it aware of, any problems caused by the Arizona courts providing pre-acceptance access to new e-filed civil complaints.

1

**California**

3.     The California courts are not unified, which in this context means each county has its own Superior Court with the individual authority to choose whether to adopt e-filing and then choose which e-filing system it prefers, whether developed by a vendor or internally. Each county also the ability to decide how it provides public access, including the conditions placed on a press queue. Not all California Superior Courts are mandatory e-filing courts. But among those that are mandatory, all except one (Nevada County Superior) with which I am in correspondence, provide on-receipt access to new e-filed civil complaints through a press queue. A rough calculation of the population covered by courts using press queue courts shows that 90% of the California residents live in counties where the courts provide access on receipt through a press queue. A few small, rural courts still rely in whole or in part on paper filing.

4.     E-filing vendor Tyler Technologies (the same vendor that North Carolina uses) offers its client courts a "Press Review Tool" that provides pre-acceptance access to new e-filed complaints once a filer submits the document to the court through the Odyssey File & Serve e-filing system. Courts using Tyler's Press Review Tool include every mandatory e-filing court in California that uses Tyler's File & Serve e-filing system, which consist of the Superior Courts for the counties of Butte, Contra Costa, Fresno, Glenn, Kern, Kings, Mendocino, Merced, Monterey, Napa, San Bernardino, San Luis Obispo, San Mateo, Santa Barbara, Santa Clara, Santa Cruz, San Joaquin, Sonoma, Stanislaus, Sutter, Tehama, Yolo and Yuba. The Superior Court for Kings County used a Tyler press queue until last year, when it switched to a different e-filing vendor, Journal Technologies, which also provides a press queue.

5.     The California counties of Butte, Kings, Merced, Stanislaus, Sutter, Yuba and Yolo all provided on-receipt access to new e-filed civil complaints pursuant to settlement agreements

2

with CNS reached in litigation pending in the U.S. District Court for the Eastern District of California. Each court was able to configure and implement their Press Review Tool in 6 months or less.

6. In prior litigation in the U.S. District Court for the Northern District of California, which concluded in 2021, the California counties of San Mateo, Santa Cruz and Sonoma also agreed to provide pre-acceptance to new e-filed civil complaints through their Tyler press queues. The terms of the settlement agreements afforded those courts six months to configure and implement the Press Review Tool.

7. The California counties of Fresno, Kern, Monterey, Napa, San Luis Obispo, Santa Barbara and San Joaquin all agree to provide pre-acceptance access through the Tyler Press Review Tool without the need for litigation. The Superior Courts of Fresno and Kern were the first courts to implement Tyler press queues, in 2017 and 2018, respectively.

8. In order to access these Tyler Press Review Tools, CNS uses a unique username and password supplied by the court to access a web-based portal, from which it can access and view new e-filed civil complaints as they are received by the courts, regardless of whether they have been "accepted" or processed by court clerks. The Press Review Tools are available remotely.

9. The "Press Review Tool" name is a misnomer because access through these queues is not limited to only the press. For instance, the Superior Courts of Merced, Sutter and Yolo offer online applications through which anyone can apply for access to those courts' Press Review Tools.

10. CNS has not experienced, nor is it aware of, any problems caused by any of the Tyler Technologies courts, identified above or below, providing pre-acceptance access to new e-filed civil complaints.

11.     Through a different e-filing software vendor, Journal Technologies, the following California county superior courts provide access to new civil complaints on receipt and before processing in: Alameda, Imperial, Los Angeles, Placer, Riverside, Sacramento, San Benito, Solano, Tulare and Ventura. Through homegrown e-filing software, some of the biggest county superior courts in California provide access to new civil complaints on receipt and before processing in: Orange, San Diego, San Francisco and San Joaquin.

**Connecticut**

12.     Connecticut's state courts also developed and maintain a statewide, homegrown auto-accept e-filing and access system that provides public access to new court filings as soon as they are received by the court. New civil complaints are made available by the Connecticut State Courts through a "Case Look-up" site that is available to the public online (https://civilinquiry.jud.ct.gov/), which is depicted here:



**Florida**

13.     The vendor Granicus supplies e-filing and public access systems used by the Florida state courts to provide on-receipt access.

14.     The Florida state courts provide pre-acceptance access to new e-filed civil complaints through version of a press review queue called the Florida Courts e-Filing Portal

("Portal"), available online at: https://www.myflcourtaccess.com/authority/. This statewide review queue is available at no charge to registered users who create a Portal account with their name, address, username, password and other requested information. The registration process is open to a broad portion of the public:



15.     The Florida courts implemented the Portal in response to litigation initiated by CNS in the U.S. District Court for the Northern District of Florida, Case No. 4:22-cv-00106-MW. After the district court granted CNS' motion for a preliminary injunction earlier, the parties participated in a mediation that resulted in a settlement. As part of that settlement, the Florida courts agreed to provide access to new e-filed civil complaints prior to clerk review or "acceptance," and within five minutes of receipt. The Florida courts launched the Portal within 75 days of execution of the settlement agreement. CNS has not experienced, nor is it aware of, any problems caused by the Florida courts providing pre-acceptance access to new e-filed civil complaints.

**Georgia**

16.     In Georgia, court clerks in the Atlanta area have established controlled press queues, requiring entry of a username and password, that give access at the time new pleadings

are received. The press queues are through two vendors, Peach Court or Tyler, depending on which software provider controls the court's e-file manager, which functions as the brains of an e-filing system. The Atlanta-area courts that provide press queues include state and superior courts for the counties of DeKalb, Fulton, Cobb and Gwinnett. Fulton County Superior is highly unusual in that it allows two software providers of e-filing services, Tyler and Peach Court, to each install their own e-file manager. But both vendors provide on-receipt access through press queues.

17.     These Georgia courts have provided access to new e-filed civil complaints for years, the first in 2016, and agreed to do so voluntarily, without the need for litigation. CNS has not experienced, nor is it aware of, any problems caused by OCSC providing pre-acceptance access to new e-filed civil complaints.

**Hawaii**

I traveled to Hawaii in 2015 and personally visited five island courthouses, located in Honolulu, Kealakekua, Wailuku, Lihui and Hilo. At the time, the Hawaiian courts were based on paper and each court provided access to the new paper complaints when they crossed the counter. Without any input or request from CNS, the Hawaiian courts moved to a homegrown auto-accept e-filing system in 2019 with public access through "eCourt Kokua" website, which requires registration and a $500 yearly fee. I have visited the courthouses in person and visited the eCourt Kokua website: (https://www.courts.state.hi.us/legal_references/records/search_court_records) and verified the system currently provides on-receipt access to new civil complaints, as the Hawaiian courts did in the days of paper.

**Iowa**

18.     In response to a lawsuit filed by CNS, the Iowa State Court Administrator agreed to develop a system whereby the public could remotely access newly e-filed complaints prior to

6

clerk processing. The Iowa Courts system would place a link on online for the news media to view remotely the new complaints that are already available at a courthouse kiosk upon their receipt and prior to processing by court staff. That system for on-receipt access is now up and running.

**Kansas**

19.     After an exchange of letters between myself and Kansas court officials, in April 2025, the Kansas court system voluntarily launched a new webpage that gives visitors access to new civil case filings before clerk processing and acceptance. The court system issued this press release in which it explains that it will be providing on-receipt access to newly e-filed civil court filings:     https://kscourts.gov/Newsroom/News-Releases/News/2025-News-Releases/April/New-webpage-gives-access-to-new-civil-case-filings. That system is now up and running.

**Maryland**

20.     The Maryland court system agreed to implement a procedure to provide contemporaneous, pre-review access to documents that were electronically submitted for filing until 4:30 pm via an on-site terminal at the Supreme Court Library available until 7:30 p.m. This agreement was the result of a 2022 lawsuit CNS filed against 22 of the 24 elected court clerks in Maryland, challenging their policy of restricting access to new complaints under clerical processing was complete. The agreement has now been implemented and on-receipt access is being provided.

**Minnesota**

21.     On April 11, 2025, Minnesota state courts reached a settlement with CNS after it filed suit for contemporaneous access to newly e-filed, non-confidential complaints. The Minnesota court system also uses Tyler's eFile and Service software, and the state agreed to

implement an online portal that would provide on-receipt access to new, non-confidential civil complaints prior to clerk processing and acceptance.

**Missouri**

22. On or about May 5, 2023, the Missouri State Court Automation Committee approved a motion to create and implement a statewide auto-accept system, pursuant to which manual clerk review of new filings will be eliminated and replaced with an automated process that will not require review and acceptance by local clerk staff of new e-filed civil petitions. *See* D.E. 81, *CNS v. Gilmer*, No. 21-cv-00286-HEA (E.D. Mo. Dec. 5, 2023) (D.E. 81, 81-1). The Missouri courts' decision to move to an auto-accept system came about while litigation was pending between CNS and the defendants in the above-referenced case. The auto-accept system is currently implemented in more than half the Missouri county courts with another set of courts due to be implemented on the date of this filing, with the remaining courts to be moved to auto-accept filing by July 2025.

**Nevada**

23. The state court in Las Vegas, Nevada, Clark County Superior Court, uses Tyler Technologies' Odyssey e-filing and case management system. In 2019, the Nevada courts adopted an auto-accept policy for new filings and configured its e-filing and access system accordingly. Prior to adopting the statewide auto-accept policy, the Eighth Judicial District Court in Las Vegas provided access to new e-filed civil complaints through a press review queue, and prior to the press review queue, the court provided upon-receipt access to new paper complaints through a box on the counter. Now, that court automates processing and "acceptance" of new filings just like most federal courts, with new filings made available to the public shortly after receipt.

**New Mexico**

On or about December 13, 2023, the New Mexico State courts, which currently use Tyler Technologies as their e-filing vendor on a statewide basis, committed to implementing a statewide press review queue as part of a settlement that concluded litigation between CNS and the New Mexico state courts. Like this and other CNS litigation, the New Mexico litigation challenged the New Mexico courts' practice of restricting access to new e-filed civil complaints until after "acceptance" by local court clerks. *See* Consent Judgment (D.E. 126), *CNS v. New Mexico Admin. Office of the Courts, et. al.*, No CIV21-0710 JB/LF (D. N.M. Dec. 16, 2024). That commitment has been fulfilled, and New Mexico's state courts now provide on-receipt access statewide.

**New York**

24.    The New York state courts provide pre-acceptance access to new e-filed civil complaints through the New York State Courts Electronic Filing ("NYSCEF") website: https://iapps.courts.state.ny.us/nyscef. From this website, anyone can search for cases and documents, either using a registered account or as a guest:



Searching as a guest, users can search for cases e-filed on a selected date:



and the results will include any documents filed on that date, including complaints that have not

yet been processed or "accepted" by the court. These cases are listed with the notation "Not

Assigned" in place of a case number, as shown on the following page:



25. A "Not Assigned" link leads to a case information screen that shows the case status

is "pending" and includes a link to the complaint, which can be viewed and downloaded without

any charge:



26.    Complaints that have not yet been processed include a header that reads:

"CAUTION: THIS DOCUMENT HAS NOT YET BEEN REVIEWED BY THE COUNTY

CLERK," and a footer that reads:

> This is a copy of a pleading filed electronically pursuant to New York State
> court rules … which, at the time of its printout from the court system's
> electronic website, had not yet been reviewed and approved by the County
> Clerk.  Because court rules… authorize the County Clerk to reject filings for
> various reasons, readers should be aware that documents bearing this legend
> may not have been accepted for filing by the County Clerk.

Below is an excerpt from a complaint filed in New York Supreme on December 9, 2022, that was

viewable on December 9 with the pre-review language on the header (top graphic) and footer

(bottom graphic) and with the index number listed as "unassigned":



27.     Once a new complaint is processed by the clerk's office, the disclaimers are removed and replaced with a date and time stamp, and the assigned case number is displayed in the header:



28.     All 27 New York counties have implemented electronic filing now, and they post e-filed complaints to the New York State Courts Electronic Filing website (https://iapps.courts.state.ny.us/nyscef/HomePage) immediately upon receipt, prior to a case number assignment or any manual review by the clerk's office, in the manner described above.

29.     The New York state courts' implementation of pre-acceptance access resulted from litigation commenced by CNS. On December 16, 2016, the Southern District of New York granted CNS's motion for a preliminary injunction enjoining the Clerk from denying access to newly filed civil complaints until after clerical processing and requiring him to provide timely access to those documents upon receipt. The New York Clerk complied with the injunction by making complaints filed in the Manhattan court available through the New York State Courts Electronic Filing ("NYSCEF") web site immediately after the complaints are e-filed and before any clerk review or administrative processing, as discussed above. This new functionality was up and running within six weeks of the injunction being issued and has worked very well.  Since then, all other New York State Court Clerks that have adopted e-filing have begun using the same system of access.

30.     In the nearly seven years that CNS has been covering the New York courts using the NYSCEF system, CNS has not experienced, nor is it aware of, any problems caused by the New York courts providing pre-acceptance access to new e-filed civil complaints.

**Ohio**

31.     In Ohio, the clerks in Columbus and Cleveland in Ohio have established press queues that provide the public with online access to new e-filed civil complaints as they are received by the courts, and before they have been processed.

32.     Using vendor Tybera, the Franklin County clerk in Columbus makes new civil complaints available to the public through a "New Unapproved Civil Filings" page on the court's website (https://clerknewfiling.franklincountyohio.gov/). The Cuyahoga County Clerk similarly makes new civil complaints available to the public through a page on its own website https://cpdocket.cp.cuyahogacounty.us/Search.aspx), using a different vendor called Proware.

33.    Both courts require users to click and agree to terms of use in order to see the newly-received complaints. The Cuyahoga County terms state:



The Franklin County terms state:



Additional Ohio county courts that now provide on-receipt access to new civil complaints in: Butler, Lake, Montgomery and Summit. Two additional county courts are currently in the process of implementing on-receipt access in: Lucas and Trumbull.

**Oregon**

The Oregon courts agreed to provide statewide, on-receipt access to new civil complaints before processing through a terminal in the Multnomah Circuit Court in Portland to remain accessible one hour past the court closing hour of 5:00. The time for implementation of the agreement is fall of 2025.

**South Dakota**

34.     The South Dakota state courts also use Tyler's eFile and Serve software, and in response to a lawsuit filed by CNS in March 2024, agreed to implement an online portal that would provide on-receipt access to new, non-confidential civil complaints prior to clerk processing and acceptance.

**Texas**

35.     The Texas state courts also use Tyler's File & Serve for their statewide e-filing system. The current contract between the Texas Office of Court Administration (OCA) and Tyler is available on the Texas Judicial Branch website: https://www.txcourts.gov/jcit/electronic-filing/. In June 2022, the Travis District Court in Texas (Austin) agreed to provide on-receipt access to new e-filed petitions by implementing the Press Review Tool as a means of resolving litigation commenced by CNS against the Travis County District Court Clerk in the United States District Court for the Southern District of Texas. On October 2022, after approximately four months of configuration and testing, the Travis District Court began providing pre-acceptance access to new petitions through the Press Review Tool.

36.     In the almost year-and-a-half that CNS has been covering the Travis County District Courts through the press queue, CNS has not experienced, nor is it aware of, any problems caused by the New York courts providing pre-acceptance access to new e-filed civil complaints.

37.     In addition, in response to ongoing litigation, additional Texas county courts have implemented on-receipt access through the Tyler Press Review Tool in: Dallas, Brazos, El Paso, Johnson, Nacogdoches, Midland, Brazoria, Nueces, Potter, Taylor and Bexar. Hidalgo and Ellis District Courts are expected soon.

**Utah**

38.     Utah's state courts have also configured their e-filing and case management systems to auto-accept filings, which are available online through the Utah Courts Xchange Public Case Search system as soon as courts receive them. The Utah courts publish a public "Electronic Filing Guide" that confirms "all documents are accepted and filed by the court when they are received," stating on page 2:

> There are two parts to the eFiling system, the Filers Interface and the Clerk Review Interface. The Filers Interface is where the filer accesses a system to initiate a case, upload new documents or file documents on an existing case, and receive information about existing cases to which they are a party.
>
> All documents are accepted and filed by the court when they are received. The Clerk Review Interface is where court personnel can review the submitted documents. Court personnel can also modify any information the filer may have entered if the information is incorrect, or contact the filer to resolve any filing errors. The electronic filing system broadcasts notifications to all participants on a case whenever a party submits a document either electronically or on paper.

(https://legacy.utcourts.gov/efiling/docs/Electronic_Filing_Guide.pdf)

**Vermont**

39.     The state courts in Vermont began auto-accepting new complaints at the end of 2021, *within three weeks* of the District of Vermont's decision in *Courthouse News Service v. Gabel*, 2021 WL 5416650 (D. Vt. Nov. 19, 2021), in which Judge Christina Reiss enjoined the clerks "from delaying public access to electronically filed civil complaints until the Vermont Superior Courts' pre-access review process is complete." The day before the auto-accept system

launched in Vermont, the Judiciary website posted a notice to all members of the Vermont bar that stated:

> Beginning on Friday, December 10, 2021, initial civil complaints that are submitted using the Odyssey File and Serve code "initial filing" will be automatically entered in the Judiciary's electronic case management system without prior staff review and acceptance. Previously, all electronic filings, including initial complaints and associated documents in such cases, were reviewed by staff before being entered into the electronic case management system.

*See* https://www.vermontjudiciary.org/media/14149. A year later, Vermont shifted from an auto-accept system to using Tyler's Press Review Tool to provide on-receipt access.