IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

COURTHOUSE NEWS SERVICE,

                        Plaintiff,

v.

RYAN BOYCE, in his official capacity as
Director of the North Carolina Administrative
Office of the Courts; MICHELLE BALL, in
her official capacity as Clerk of Superior
Court of Johnston County; RENEE
WHITTENTON, in her official capacity as
Clerk of Superior Court of Harnett County;
and CLAUDIA CROOM, in her official
capacity as Clerk of Superior Court of Wake
County,

                        Defendants.

Case No.: 5:23-cv00280-FL

**DECLARATION OF RICH IVEY IN SUPPORT OF
COURTHOUSE NEWS SERVICE'S MOTION FOR
SUMMARY JUDGMENT**

I, Rich Ivey, declare and state, under penalty of perjury, as follows:

1.       I am a reporter for Courthouse News Service ("CNS"), a nationwide news service
and the plaintiff in this case. I cover several North Carolina courts. I have worked continuously
for CNS since February 2009. I make this declaration in support of CNS' Motion for Summary
Judgment. I have personal knowledge of the following facts, except where otherwise stated, and
would and could testify to them if called as a witness.

2.       I was hired by CNS in February 2009 to help with coverage of North Carolina
Superior Courts, North Carolina Federal Courts and online news writing. I currently cover
newly-filed, non-confidential complaints filed in almost 40 North Carolina Superior Courts,
including those filed in Wake, Johnston and Harnett counties. I also cover new, non-confidential
complaints filed in the United States District Court for the Eastern District of North Carolina.

1

Since October 2014, when not on vacation or otherwise unable to work, I have covered between 30 and 70 counties and the U.S. District Court for the Eastern District of North Carolina every court day. Since my hiring as a CNS reporter in February 2009, I have also regularly written articles for the CNS website.

3. When I began my work for CNS, the North Carolina courts I covered were exclusively paper-filing courts. In February 2023, Wake, Lee, Harnett, and Johnston counties began mandatory e-filing. Since then, additional counties in North Carolina have been transitioning to mandatory e-filing. It is my understanding that all North Carolina counties will have transitioned to mandatory e-filing by October 2025. As a result of my coverage of North Carolina courts, I am thoroughly familiar with public access to new general civil litigation complaints, and barriers to that access, in the counties I cover, including Wake, Lee and Harnett counties.

4. Every day on which courts are open (every "court day"), unless I am on vacation or otherwise unable to work, I prepare a report on new Superior Court civil complaints in the counties I cover for the *CNS Triangle Area* and *CNS Greater North Carolina* reports. I am the primary reporter writing the *CNS Triangle Area* report. The *CNS Greater North Carolina* report includes 82 counties; I cover 33 of them. For mandatory e-filing counties, I review new civil complaints using the North Carolina Judicial Branch eCourts Portal [https://portal-nc.tylertech.cloud/Portal/]. However, I am only able to see complaints after court staff have processed them. Post-processing access has caused various degrees of delays in Wake, Lee, and Harnett (as well as other counties, including Mecklenburg) since mandatory e-filing began.

5. I search for new Superior Court complaints in Wake, Harnett and Johnston Counties daily using the "Smart Search" feature of the North Carolina Judicial Branch eCourts

2

Portal. Counties are searched individually through the "wildcard" method, and then each Superior Court file is inspected to see if it is applicable to the *CNS Triangle Area* and *CNS Greater North Carolina* reports--typically if the defendant includes a business or is otherwise newsworthy. Then, I download a .pdf of the complaint and enter its file number, date, parties, attorneys and a short summary into Courthouse News Service's DataLocker program. This process continues throughout the day, including after courts close at 5 PM, and often until 6:15 PM. Once the information from these three courts is logged, it is compiled with the other counties on eCourts, complaints physically gathered and scanned in non-eCourts counties, Federal Court information taken from the U.S. Government's PACER website and basic docket information gathered from the statewide AOC (or VCAP) system to create and publish the *CNS Triangle Area* and *CNS Greater North Carolina* reports. Barring vacation, illness or holiday court closures, this process is repeated every Monday through Friday.

6.　　My co-workers and I have tracked delays in the mandatory e-file North Carolina Superior Courts since the State began its process of transitioning filings online in February 2023. I have provided that information to CNS's Adam Angione.

7.　　Examples of newsworthy new complaints delayed by Defendants' no-access-before-processing policy include:

a.　*Stein v. Moore*, No. 24CV039723-910 (Wake County) – incoming North Carolina Governor-elect (and then-current Attorney General) Josh Stein and outgoing Governor Roy Cooper filed a lawsuit to overturn recent changes to Board of Elections appointments. The Complaint was filed on December 12, 2024. Both myself and another CNS reporter, Sydney Haulenbeek, were online tracking at the time it was filed and would have seen it if it was made available in Portal. Further, we became aware of the lawsuit less than an hour after it

3

was filed because of an email from the Attorney General's Office announcing the legal action. However, we were unable to view the Complaint and verify its filing or objectively report on its contents. The Complaint was not made publicly available until December 13, 2024. It does not contain any redactions or confidential information. Copies of the first page of the Complaint reflecting the date stamp of December 12, 2024 and of the docket sheet showing an incorrect filing date and "created" date of December 13, 2024 are attached as **Composite Exhibit 1**.

b. *Estate of Hailey Kaye Brookes v. Glass*, No. 23CV008736-910 (Wake County) – an eleven-year-old child was struck and killed by an allegedly improperly maintained vehicle driven by an individual with a history of recent traffic citations in the Raleigh Christmas Parade. Hailey's parents sued the driver, the company whose float he was pulling, and multiple entities involved in organizing the parade. The time stamp on the Complaint indicates that it was filed on April 14, 2023. However, the Complaint did not become publicly available until April 17, 2023. The Complaint does not contain any redactions or confidential information. Copies of the first page of the Complaint reflecting the date stamp of April 14, 2023 and of the docket sheet showing an incorrect filing date and "created" date of April 17, 2023 are attached as **Composite Exhibit 2**.

c. *Estate of Shanquella Robinson v. U.S. Dep't of State, Fed. Bureau of Investigation, et. al.*, No. 24CV050336-590 (Mecklenburg County) – the estate of a woman who was killed while on vacation in Mexico in 2022 sued 6 individuals (known as the "Cabo Six") who were involved in the attack on her as well as the FBI for its failure to disclose documents pertaining to the incident. The Complaint file stamp indicates it was filed on October 28, 2024. However, the Complaint did not become publicly available until October

29, 2024. The Complaint does not contain any redactions or confidential information. Copies of the first page of the Complaint reflecting the date stamp of October 28, 2024 and of the docket sheet showing a "created date" and "assigned date" of October 29, 2024 are attached as **Composite Exhibit 3**.

d. *Wallin v. Rex Healthcare, Inc., d/b/a NC Health*, No. 24CV039915-910 (Wake County) – an employee sued Rex Healthcare, which is part of the University of North Carolina Health Care System, over the denial of her religious exemption request and subsequent termination for failure to comply with the hospital's COVID-19 vaccination policy. The time stamp on the Complaint indicates that it was filed on December 15, 2024. However, the Complaint did not become publicly available until December 16, 2024. The Complaint does not contain any redactions or confidential information. Copies of the first page of the Complaint reflecting the date stamp of December 15, 2024 and of the docket sheet showing an incorrect filing date and "created date" of December 16, 2024 are attached as **Composite Exhibit 4**.

e. *Old School Productions, LLC v. PBS North Carolina*, No. 23CV006379-910 (Wake County) – the producer of a local politics show *Front Row*, which allegedly was not renewed for "slipping farther and farther to the Right," sued PBS North Carolina under the state's public records law seeking documents involving the show. The time stamp on the Complaint indicates that it was filed on March 20, 2023. However, the Complaint did not become publicly available until March 21, 2023. The Complaint does not contain any redactions or confidential information. Copies of the first page of the Complaint reflecting the date stamp of March 20, 2023 and of the docket sheet showing a "created date" and "assigned date" of March 21, 2023 are attached as **Composite Exhibit 5**.

f. *Roy Baldwin v. Pepsi Bottling Ventures LLC*, 23CV005042-910 (Wake County) – a Raleigh resident filed a class action on behalf of current and former employees against Pepsi Bottling Ventures over a data breach. The time stamp on the Complaint indicates that it was filed on March 7, 2023. However, the Complaint did not become publicly available until March 8, 2023. The Complaint does not contain any redactions or confidential information. Copies of the first page of the Complaint reflecting the date stamp of March 7, 2023 and of the docket sheet showing an "assigned date" of March 8, 2023 are attached as **Composite Exhibit 6**.

g. *Dean M. Spear v. Dragonfly Alliance LLC*, 23CV010964-910 (Wake County) – fraud action was filed against a Wyoming business called Dragonfly Alliance for inducing plaintiff to invest \$200,000.00 in a scheme involving a new "plasma technology" process to extract gold quickly so plaintiff could obtain 400 ounces of gold bars at extremely low cost. The time stamp on the Complaint indicates that it was filed on May 5, 2023. However, the Complaint did not become publicly available until May 8, 2023. The Complaint does not contain any redactions or confidential information. Copies of the first page of the Complaint reflecting the date stamp of May 5, 2023 and of the docket sheet showing a "created date" and "assigned date" of May 8, 2023 are attached as **Composite Exhibit 7**.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this $\underline{16}$ day of May, 2025.

RICH IVEY
RICH IVEY

# COMPOSITE EXHIBIT 1
## Ivey Declaration

STATE OF NORTH CAROLINA

COUNTY OF WAKE

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
24CV ___24CV039723-910___

| | |
|---|---|
| JOSHUA H. STEIN, in his official capacity as GOVERNOR-ELECT OF THE STATE OF NORTH CAROLINA and ROY A. COOPER, III, in his official capacity as GOVERNOR OF THE STATE OF NORTH CAROLINA,<br><br>               Plaintiffs,<br><br>     v.<br><br>TIMOTHY K. MOORE, in his official capacity as SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES; PHILIP E. BERGER, in his official capacity as PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE; and FREDDY L. JOHNSON, in his official capacity as COMMANDER OF THE STATE HIGHWAY PATROL,<br><br>               Defendants. | **COMPLAINT** |

Plaintiffs Joshua H. Stein, in his official capacity as Governor-Elect of the State of North Carolina and Roy A. Cooper, III, in his official capacity as Governor of the State of North Carolina, seeking (a) a declaratory judgment under N.C. Gen. Stat. §§ 1-253, *et seq.*, and North Carolina Rule of Civil Procedure 57 and (b) preliminary and permanent injunctions under North Carolina Rule of Civil Procedure 65, hereby allege and say:

## INTRODUCTION

1.      One of the chief responsibilities of the Governor of North Carolina is to lead efforts to keep North Carolinians safe. In doing so, the Governor is directly accountable to the people of the State.  Individuals who are ultimately accountable to the Governor and who act under his or her supervision and control play a leading role in responding to states of emergency (including

# Wake Superior Court

# Case Summary

## Case No. 24CV039723-910

| | | | |
|---|---|---|---|
| GOVERNOR OF THE STATE OF NORTH CAROLINA VS PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE | § § § § | Location: Judicial Officer: Filed on: | **Wake Superior Court** **Panel, Three Judge** **12/13/2024** |

---

# Case Information

Case Type: General Civil Action

Case Status: **12/13/2024   Pending**

File Date   12/13/2024
**Cause of Action**
CV - Declaratory Judgment
  **Description/Remedy**
  Action

File Date   12/31/2024
**Cause of Action**
CV - Declaratory Judgment
  **Description/Remedy**
  Action
  Amended

File Date   12/13/2024
**Cause of Action**
CV - Injunction
  **Description/Remedy**
  Action

File Date   12/31/2024
**Cause of Action**
CV - Injunction
  **Description/Remedy**
  Action
  Amended

---

# Assignment Information

## Current Case Assignment

| | |
|---|---|
| Case Number | 24CV039723-910 |
| Court | Wake Superior Court |
| Date Assigned | 12/13/2024 |
| Judicial Officer | Panel, Three Judge |

# Party Information

| **Plaintiff** | *Cooper, Roy A. (Inactive)* | **Smith, Daniel Francis Ermentrout** |
|---|---|---|
| | *Removed:   03/14/2025* | *Retained* |
| | *Removed Per Court Order* | **Phillips, Jimmie W. Jr.** |
| | | *Retained* |
| | | **HAWKINS, AMANDA SAN MEI** |
| | | *Retained* |
| | | **David, Eric M.** |
| | | *Retained* |
| | **GOVERNOR OF THE STATE OF NORTH CAROLINA** | **Smith, Daniel Francis Ermentrout** |
| | | *Retained* |
| | *Alias* STEIN, JOSHUA H | **HAWKINS, AMANDA SAN MEI** |
| | | *Retained* |
| | | **Phillips, Jimmie W. Jr.** |
| | | *Retained* |
| | | **David, Eric M.** |
| | | *Retained* |
| | *Stein, Joshua H (Inactive)* | **Smith, Daniel Francis Ermentrout** |
| | | *Retained* |
| | *Removed:   03/14/2025* | **WOOD, WESLEY SWAIN** |
| | *Removed Per Court Order* | *Retained* |
| | | **Phillips, Jimmie W. Jr.** |
| | | *Retained* |
| | | **HAWKINS, AMANDA SAN MEI** |
| | | *Retained* |

|  |  |  |
|---|---|---|
|  |  | **David, Eric M.**<br>*Retained* |
| **Defendant** | **Johnson, Freddy L.**<br>COMMANDER OF THE STATE HIGHWAY PATROL | **BOYLE, WILLIAM ELLIS**<br>*Retained* |
|  | *Moore, Timothy K. (Inactive)*<br><br>*Removed:* 03/14/2025<br>*Removed Per Court Order* | **SHELTON, TROY**<br>*Retained*<br><br>**SCHAUER, CRAIG DANIEL**<br>*Retained* |
|  | **Berger, Philip E.**<br>PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE | **SCHAUER, CRAIG DANIEL**<br>*Retained*<br><br>**SHELTON, TROY**<br>*Retained* |
|  | **SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES**<br><br>*Alias* HALL, DESTIN C |  |

---

## Causes of Action

12/13/2024   **Cause of Action** CV - Declaratory Judgment
Action Type   Action

12/13/2024   **Cause of Action** CV - Injunction
Action Type   Action

12/31/2024   **Cause of Action** CV - Declaratory Judgment (Amended)
Action Type   Action

12/31/2024   **Cause of Action** CV - Injunction (Amended)
Action Type   Action

---

## Case Events

---

05/01/2025                                            Index # 21
              Scheduling Order      (Judicial Officer: HOUSTON, MATTHEW T)
                  *SCHEDULING ORDER AND NOTICE OF HEARING*
                  Created:   05/01/2025 11:38 AM

04/24/2025

Motion
  *Motion for Temporary Restraining Order and Renewed Motion for Preliminary Injunction*
  Filed By:   Attorney Smith, Daniel Francis Ermentrout;
                Plaintiff GOVERNOR OF THE STATE OF NORTH CAROLINA
  Against:    Defendant COMMANDER OF THE STATE HIGHWAY PATROL;
                Defendant PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE
  Created:   04/25/2025 8:36 AM
Index # 19

04/24/2025                                            Index # 18
              Order      (Judicial Officer: Panel, Three Judge)
                  *Appointment of Three-Judge Panel*
                  Created:   04/24/2025 12:58 PM

03/14/2025

Order      (Judicial Officer: RIDGEWAY, PAUL C)
  *CONSENT ORDER TO SUBSTITUTE PARTY*
  Filed By:   Plaintiff Cooper, Roy A.;
                Plaintiff Stein, Joshua H
  Against:    Defendant COMMANDER OF THE STATE HIGHWAY PATROL;
                Defendant Moore, Timothy K.;
                Defendant PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE
  Created:   03/14/2025 4:01 PM
Index # 16

03/03/2025

Motion
  *Motion to Dismiss BY ALL DEFENDANTS*
  Filed By:   Defendant COMMANDER OF THE STATE HIGHWAY PATROL;
                Defendant Moore, Timothy K.;
                Defendant PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE
  Against:    Plaintiff Cooper, Roy A.;
                Plaintiff Stein, Joshua H
  Created:   03/04/2025 8:42 AM
Index # 15

03/03/2025

Motion
*TO DISMISS FIRST AMENDED COMPLAINT*
Filed By:   Attorney BOYLE, WILLIAM ELLIS;
           Defendant COMMANDER OF THE STATE HIGHWAY PATROL
Against:   Plaintiff Cooper, Roy A.;
          Plaintiff Stein, Joshua H
Created:   03/04/2025 8:20 AM

Index # 14

02/28/2025                                                        Index # 13

Certificate of Service
*Certificate of Service*
Created:   02/28/2025 3:21 PM

02/27/2025   Three Judge Panel Appointed
           Created:   02/28/2025 8:48 AM

02/27/2025

Order     (Judicial Officer: RIDGEWAY, PAUL C)
*ORDER TRANSFERRING TO THREE JUDGE PANEL*
Filed By:   Plaintiff Cooper, Roy A.
Against:   Defendant COMMANDER OF THE STATE HIGHWAY PATROL;
          Defendant Moore, Timothy K.;
          Defendant PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE
Created:   02/28/2025 8:38 AM

Index # 12

02/26/2025                                                        Index # 11

Other/Miscellaneous
*Notice of Address Change and Firm Affiliation FOR PLAINTIFF*
Created:   02/26/2025 10:08 AM

01/28/2025                                                        Index # 10

Motion to Extend Time
*Unopposed Motion to Extend Time to Respond to Am. Complaint*
Created:   01/28/2025 4:35 PM

01/21/2025

Other/Miscellaneous
*Notice of Address Change and Firm Affiliation-W Swain Wood and Morninstar Law Group*
Created:   01/22/2025 11:35 AM

Index # 9

12/31/2024



Amended Pleading
*First Amended Complaint*
Filed By:   Plaintiff Cooper, Roy A.;
            Plaintiff Stein, Joshua H
Against:   Defendant COMMANDER OF THE STATE HIGHWAY PATROL;
           Defendant Moore, Timothy K.;
           Defendant PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE
Created:   12/31/2024 2:03 PM
Index # 6

12/31/2024                                          Index # 7
            Affidavit of Service
                Filed By:   Attorney Smith, Daniel Francis Ermentrout;
                            Plaintiff Cooper, Roy A.;
                            Plaintiff Stein, Joshua H
                Created:   12/31/2024 2:03 PM

12/31/2024
            Motion
            *Motion for Preliminary Injunction and Request for Three-Judge Panel*
                Filed By:   Attorney Smith, Daniel Francis Ermentrout;
                            Plaintiff Cooper, Roy A.;
                            Plaintiff Stein, Joshua H
                Created:   12/31/2024 2:03 PM
Index # 8

12/31/2024                                                              Index # 2
            Complaint
            *Complaint*
            Created:   12/13/2024 8:41 AM

12/13/2024                                                              Index # 3
            Civil Summons
            *Berger and Moore Summons*
            Created:   12/13/2024 8:42 AM

12/13/2024                                                              Index # 4
            Civil Summons
            *Johnson Summons*
            Created:   12/13/2024 8:42 AM

12/13/2024                                                              Index # 5
            Cover Sheet
            *Cover Sheet*
            Created:   12/13/2024 8:42 AM

12/13/2024    Complaint                                              Index # 1
                     Created:    12/13/2024 8:40 AM

---

## Dispositions

---

12/31/2024    **Moot**
                     CV - Declaratory Judgment :
                     CV - Injunction :
                     Created:    12/31/2024 3:30 PM

---

## Hearings

---

04/30/2025    **Status Conference**    (12:30 PM)    (Judicial Officer: ALBRIGHT, R STUART)
                     **MINUTES - 04/30/2025**
                     Hearing Held;  Tentative dates, May 27, 2025 for dispositive motions and briefs.
                     June 9, 2025 for revised briefs. June 16, 2025 10:00 a.m. for hearing. Order to be
                     finalized and entered by the Court.
                     *Parties Present:*    *Attorney*    *Phillips, Jimmie W. Jr.*
                                                  *Attorney*    *BOYLE, WILLIAM ELLIS*
                                                  *Attorney*    *David, Eric M.*
                                                  *Attorney*    *SCHAUER, CRAIG DANIEL*
                                                  *Attorney*    *HAWKINS, AMANDA SAN MEI*

                              *Hearing Held*
                     Created:    04/30/2025 4:09 PM

02/10/2025    **Motion Hearing**    (10:00 AM)    (Judicial Officer: RIDGEWAY, PAUL C)
                     *\*Approved by KZM to set before any judge\* In Person Plaintiff's Motion
                     requesting Transfer to Three- Judge Panel (30 minutes)*
                     Resource: Location 910-010A Wake Co. Courthouse, Courtroom 10A
                     **MINUTES - 02/10/2025**
                     Hearing Held;  ATTY ERIC FLETCHER ALSO PRESENT FOR PLTS AND ATTY
                     MARTIN WARF IS ALSO PRESENT FOR THE DEFS. MOTION IS ALLOWED
                     AND PLT ATTYS TO SUBMIT ORDER TO THE COURT.
                     *Parties Present:*    *Attorney*    *David, Eric M.*
                                                  *Attorney*    *SCHAUER, CRAIG DANIEL*

                              *Hearing Held*
                     Created:    01/13/2025 9:19 AM

---

## Service Events

---

12/13/2024    **Civil Summons** Requested by: Stein, Joshua H ;  Cooper, Roy A.
Moore, Timothy K.
Issued
Anticipated Method: Sheriff - Personal
Created:   12/13/2024 8:42 AM

12/13/2024    **Civil Summons** Requested by: Stein, Joshua H ;  Cooper, Roy A.
Moore, Timothy K.
Issued
Anticipated Method: Sheriff - Personal
Created:   12/13/2024 8:42 AM

---

## Financial Information

---

| | | | |
|---|---|---|---|
| **Plaintiff**     Stein, Joshua H | | | |
| Total Financial Assessment | | | 200.00 |
| Total Payments and Credits | | | 200.00 |
| **Balance Due as of 05/15/2025** | | | **0.00** |
| 12/13/2024 | Transaction Assessment | | 200.00 |
| 12/13/2024 | eFile Payment | Receipt # 910-00281668 | (200.00) |

# COMPOSITE EXHIBIT 2

# Ivey Declaration

STATE OF NORTH CAROLINA

COUNTY OF WAKE

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
23 CVS _____

THE ESTATE OF HAILEY KAYE
BROOKS, by and through its Co-
Administrators JAMES BOYCE
BROOKS, III and APRIL FRAZIER
BROOKS,

*Plaintiff,*

*v.*

LANDEN CHRISTOPHER GLASS,
CC & CO. DANCE COMPLEX, INC.,
GREATER RALEIGH MERCHANTS
ASSOCIATION, INC. d/b/a SHOP
LOCAL RALEIGH, and D AND L
FLOATS, LLC,

*Defendants.*

**COMPLAINT**

 

 

**NOW COMES** Plaintiff, the Estate of Hailey Kaye Brooks, by and through its

Co-Administrators James Boyce Brooks, III ("Trey Brooks") and April Frazier Brooks

("April Brooks"), by and through undersigned counsel, complaining of Defendant

Landen Christopher Glass, CC & Co. Dance Complex, Inc., Greater Raleigh

Merchants Association, Inc. d/b/a Shop Local Raleigh, and D and L Floats, LLC, and

alleging as follows:

## Wake Superior Court

# Case Summary

### Case No. 23CV008736-910

| | | | |
|---|---|---|---|
| **Estate of Hailey Kaye Brooks VS Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh** | § § | Location: | **Wake Superior Court** |
| | | Filed on: | **04/17/2023** |

---

## Case Information

Case Type:  General Civil Action

Case Status:  **04/17/2023   Pending**

File Date   04/14/2023
**Filed Against** CC & Co. Dance Complex, Inc.
**Cause of Action**
CV - Money Owed
**Description/Remedy**
Action

File Date   04/14/2023
**Cause of Action**
CV - Money Owed
**Description/Remedy**
Action

File Date   04/14/2023
**Cause of Action**
CV - Money Owed
**Description/Remedy**
Action

File Date   04/14/2023
**Cause of Action**
CV - Money Owed
**Description/Remedy**
Action
Claims against Landen Christopher Glass

File Date   10/30/2024
**Cause of Action**

CV - Money Owed
**Description/Remedy**
Action
Amended


File Date   04/14/2023
**Filed Against** CC & Co. Dance Complex, Inc.
**Cause of Action**
CV - Motor Vehicle Negligence
**Description/Remedy**
Action


File Date   04/14/2023
**Cause of Action**
CV - Motor Vehicle Negligence
**Description/Remedy**
Action


File Date   04/14/2023
**Cause of Action**
CV - Motor Vehicle Negligence
**Description/Remedy**
Action
Claims against Landen Christopher Glass


File Date   10/30/2024
**Cause of Action**
CV - Motor Vehicle Negligence
**Description/Remedy**
Action
Amended


File Date   04/14/2023
**Filed Against** CC & Co. Dance Complex, Inc.
**Cause of Action**
CV - Negligence - Other
**Description/Remedy**
Action


File Date   04/14/2023
**Cause of Action**
CV - Negligence - Other
**Description/Remedy**
Action


File Date   04/14/2023

**Cause of Action**
CV - Negligence - Other
> **Description/Remedy**
> Action
> Claims against Landen Christopher Glass

File Date   04/14/2023
**Filed Against** D and L Floats, LLC
**Cause of Action**
CV - Negligence - Other
> **Description/Remedy**
> Action
> VD-D AND L

File Date   10/30/2024
**Cause of Action**
CV - Negligence - Other
> **Description/Remedy**
> Action
> Amended

File Date   04/14/2023
**Filed Against** CC & Co. Dance Complex, Inc.
**Cause of Action**
CV - Other Filing
> **Description/Remedy**
> Action
> WRONGFUL DEATH

File Date   04/14/2023
**Filed Against** CC & Co. Dance Complex, Inc.
**Cause of Action**
CV - Other Filing
> **Description/Remedy**
> Action
> VICARIOUS LIABILITY

File Date   04/14/2023
**Cause of Action**
CV - Other Filing
> **Description/Remedy**
> Action
> WRONGFUL DEATH

File Date   04/14/2023
**Cause of Action**

CV - Other Filing
   **Description/Remedy**
   Action
   VICARIOUS LIABILITY

File Date   04/14/2023
**Cause of Action**
CV - Other Filing
   **Description/Remedy**
   Action
   Claims against Landen Christopher Glass

File Date   04/14/2023
**Cause of Action**
CV - Other Filing
   **Description/Remedy**
   Action
   Claims against Landen Christopher Glass

File Date   04/14/2023
**Filed Against** D and L Floats, LLC
**Cause of Action**
CV - Other Filing
   **Description/Remedy**
   Action
   VD- WRONGFUL DEATH

File Date   10/30/2024
**Cause of Action**
CV - Other Filing
   **Description/Remedy**
   Action
   Amended - Wrongful Death

File Date   04/14/2023
**Filed Against** CC & Co. Dance Complex, Inc.
**Cause of Action**
CV - Punitive Damages
   **Description/Remedy**
   Action

File Date   04/14/2023
**Cause of Action**
CV - Punitive Damages
   **Description/Remedy**
   Action

File Date   04/14/2023
**Cause of Action**
CV - Punitive Damages
   **Description/Remedy**
   Action
   Claims against Landen Christopher Glass

File Date   04/14/2023
**Filed Against** D and L Floats, LLC
**Cause of Action**
CV - Punitive Damages
   **Description/Remedy**
   Action
   VD

File Date   10/30/2024
**Cause of Action**
CV - Punitive Damages
   **Description/Remedy**
   Action
   Amended

---

# Assignment Information

**Current Case Assignment**
Case Number    23CV008736-910
Court          Wake Superior Court
Date Assigned  04/17/2023

---

# Party Information

**Plaintiff**    **Estate of Hailey Kaye Brooks**          **PLYLER, WILLIAM W.**
                                                           *Retained*

                 1520 Glenwood Avenue
                 Raleigh, NC 27608                         **MONROE, JEFFREY**
                                                           **ROBERT**
                                                           *Retained*
                                                           **MILLER, JASON**
                                                           **ANDREW**
                                                           *Retained*

**Defendant**    **Archer, Kirk II**                       **Grose, Mollie Ann**
                                                           *Retained*

| | |
|---|---|
| | **SEYMOUR, ANDREW JOSEPH** ***Retained*** |
| *CC & Co. Dance Complex, Inc. (Inactive)*<br>*Removed: 09/05/2024*<br>*Removed Per Voluntary Dismissal* | **KEISTER, JEFFREY DONOVAN** ***Retained***<br>**PYTLIK, STEPHEN KYLE** ***Retained*** |
| *D and L Floats, LLC (Inactive)*<br>*Removed: 10/01/2024*<br>*Removed Per Voluntary Dismissal* | **DEBOARD, CAMILLA FRANCES** ***Retained***<br>**BRAY, ALICIA LYNN** ***Retained***<br>**HARRIS, DAVID A** ***Retained*** |
| *Glass, Landen Christopher (Inactive)*<br>*Removed: 09/27/2024*<br>*Removed Per Voluntary Dismissal* | **ROTENSTREICH, KENNETH B.** ***Retained*** |
| **Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh** | **POLLOCK, WILLIAM W.** ***Retained***<br>**SIVON, AMIE CAROL** ***Retained*** |
| **Schoenfeld, Whitney** | **Grose, Mollie Ann** ***Retained***<br>**SEYMOUR, ANDREW JOSEPH** ***Retained*** |
| **The City of Raleigh** | **Grose, Mollie Ann** ***Retained***<br>**SEYMOUR, ANDREW JOSEPH** ***Retained*** |

## Causes of Action

04/14/2023     **Cause of Action** CV - Negligence - Other
               Filed Against    CC & Co. Dance Complex, Inc.
               Action Type    Action

04/14/2023     **Cause of Action** CV - Motor Vehicle Negligence
               Filed Against    CC & Co. Dance Complex, Inc.
               Action Type    Action

04/14/2023     **Cause of Action** CV - Money Owed
               Filed Against    CC & Co. Dance Complex, Inc.
               Action Type    Action

04/14/2023     **Cause of Action** CV - Other Filing (WRONGFUL DEATH)
               Filed Against    CC & Co. Dance Complex, Inc.
               Action Type    Action

04/14/2023     **Cause of Action** CV - Punitive Damages
               Filed Against    CC & Co. Dance Complex, Inc.
               Action Type    Action

04/14/2023     **Cause of Action** CV - Other Filing (VICARIOUS LIABILITY)
               Filed Against    CC & Co. Dance Complex, Inc.
               Action Type    Action

04/14/2023     **Cause of Action** CV - Negligence - Other
               Action Type    Action

04/14/2023     **Cause of Action** CV - Money Owed
               Action Type    Action

04/14/2023     **Cause of Action** CV - Motor Vehicle Negligence
               Action Type    Action

04/14/2023     **Cause of Action** CV - Punitive Damages
               Action Type    Action

04/14/2023     **Cause of Action** CV - Money Owed
               Action Type    Action

04/14/2023     **Cause of Action** CV - Other Filing (WRONGFUL DEATH)
               Action Type    Action

04/14/2023     **Cause of Action** CV - Other Filing (VICARIOUS LIABILITY)
               Action Type    Action

04/14/2023     **Cause of Action** CV - Negligence - Other (Claims against Landen Christopher Glass)
               Action Type    Action

04/14/2023    **Cause of Action** CV - Money Owed (Claims against Landen Christopher Glass)
              Action Type    Action

04/14/2023    **Cause of Action** CV - Motor Vehicle Negligence
              (Claims against Landen Christopher Glass)
              Action Type    Action

04/14/2023    **Cause of Action** CV - Other Filing (Claims against Landen Christopher Glass)
              Action Type    Action

04/14/2023    **Cause of Action** CV - Other Filing (Claims against Landen Christopher Glass)
              Action Type    Action

04/14/2023    **Cause of Action** CV - Punitive Damages (Claims against Landen Christopher Glass)
              Action Type    Action

04/14/2023    **Cause of Action** CV - Negligence - Other (VD-D AND L)
              Filed Against    D and L Floats, LLC
              Action Type    Action

04/14/2023    **Cause of Action** CV - Punitive Damages (VD)
              Filed Against    D and L Floats, LLC
              Action Type    Action

04/14/2023    **Cause of Action** CV - Other Filing (VD- WRONGFUL DEATH)
              Filed Against    D and L Floats, LLC
              Action Type    Action

10/30/2024    **Cause of Action** CV - Motor Vehicle Negligence (Amended)
              Action Type    Action

10/30/2024    **Cause of Action** CV - Negligence - Other (Amended)
              Action Type    Action

10/30/2024    **Cause of Action** CV - Other Filing (Amended - Wrongful Death)
              Action Type    Action

10/30/2024    **Cause of Action** CV - Money Owed (Amended)
              Action Type    Action

10/30/2024    **Cause of Action** CV - Punitive Damages (Amended)
              Action Type    Action

---

# Case Events

---

05/23/2023                                            Index # 16

    Order
       *MEOT TO ANSWER DISCOVERY*
       Filed By:   Defendant CC & Co. Dance Complex, Inc.
       Created:   05/23/2023 1:15 PM

05/18/2023



Motion
    *MEOT to P's INT-RPD*
    Filed By:   Defendant Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh
    Against:   Plaintiff Estate of Hailey Kaye Brooks
    Created:   05/19/2023 8:12 AM
Index # 14

05/18/2023

Order
    *MEOT TO ANSWER 1ST INTERROG, RPD'S*
    Filed By:   Defendant Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh
    Created:   05/19/2023 8:12 AM
Index # 15

05/18/2023                                                              Index # 13

    Return of Service - Served
       *Return of Service - Defendant D and L Floats, LLC*
       Against:   Defendant D and L Floats, LLC
       Created:   05/18/2023 1:58 PM

05/16/2023                                                              Index # 12

    Extension Of Time
       *MEOT TO ANSWER COMPLAINT*
       Filed By:   Defendant CC & Co. Dance Complex, Inc.
       Created:   05/16/2023 9:35 AM

05/09/2023                                                              Index # 10

    Affidavit of Service
       Filed By:   Plaintiff Estate of Hailey Kaye Brooks
       Against:   Defendant Glass, Landen Christopher
       Created:   05/09/2023 10:14 AM

05/09/2023                                                              Index # 11

    Return of Service - Served
       *Return of Service - L. Glass*
       Against:   Defendant Glass, Landen Christopher
       Created:   05/09/2023 10:14 AM

05/08/2023                                                              Index # 9

    Other/Miscellaneous
      *Acceptance of Service--C & C Dance Complex*
      Filed By:    Defendant CC & Co. Dance Complex, Inc.
      Created:    05/08/2023 10:11 PM

05/05/2023


Extension Of Time
    *Greater Raleigh Merchant Assoc.'s Motion for Extension of Time to answer Complaint*
    Filed By:    Defendant Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh
    Created:    05/05/2023 1:52 PM
Index # 7

05/05/2023


Order
    *MEO TO ANSWER COMPLAINT*
    Filed By:    Defendant Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh
    Created:    05/05/2023 1:52 PM
Index # 8

05/03/2023

Other/Miscellaneous
    *Acceptance of Service/ FILED BY ATTY WILLIAM W POLLOCK*
    Filed By:    Defendant Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh
    Created:    05/03/2023 4:31 PM
Index # 6

04/17/2023
Jury Trial Demanded
    Filed By:    Attorney MILLER, JASON ANDREW;
            Plaintiff Estate of Hailey Kaye Brooks
    Against:    Defendant CC & Co. Dance Complex, Inc.;
           Defendant D and L Floats, LLC;
           Defendant Glass, Landen Christopher;
           Defendant Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh
    Created:    04/17/2023 3:39 PM

04/17/2023



Complaint
    Filed By:    Plaintiff Estate of Hailey Kaye Brooks
    Against:    Defendant CC & Co. Dance Complex, Inc.;
                Defendant D and L Floats, LLC;
                Defendant Glass, Landen Christopher;
                Defendant Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh
    Created:    04/17/2023 11:06 AM
Index # 2

04/17/2023                                                 Index # 3
         Cover Sheet
            Created:    04/17/2023 11:06 AM

04/17/2023                                                 Index # 4
         Civil Summons
            Filed By:    Plaintiff Estate of Hailey Kaye Brooks
            Against:    Defendant CC & Co. Dance Complex, Inc.;
                        Defendant Glass, Landen Christopher
            Created:    04/17/2023 11:06 AM

04/17/2023



Civil Summons
    Filed By:    Plaintiff Estate of Hailey Kaye Brooks
    Against:    Defendant D and L Floats, LLC;
                Defendant Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh
    Created:    04/17/2023 11:06 AM
Index # 5

04/17/2023    Complaint                                     Index # 1
         Created:    04/17/2023 11:04 AM

*101-117 of 117*

---

# Dispositions

https://portal-nc.tylertech.cloud/app/RegisterOfActions/#/3905F0F7B1519561C8E46798BFA4E79703C833631963D758A8CFEB2C70F03F1E256F…    11/17

| | |
|---|---|
| 10/30/2024 | **Moot** |
| | CV - Negligence - Other : |
| | CV - Money Owed : |
| | CV - Motor Vehicle Negligence : |
| | CV - Punitive Damages : |
| | CV - Money Owed : |
| | CV - Other Filing : WRONGFUL DEATH |
| | CV - Other Filing : VICARIOUS LIABILITY |
| | Created:   10/31/2024 10:09 AM |
| | |
| 10/01/2024 | **Voluntary Dismissal** |
| | CV - Negligence - Other : VD-D AND L |
| | CV - Punitive Damages : VD |
| | CV - Other Filing : VD- WRONGFUL DEATH |
| | Created:   10/02/2024 8:42 AM |
| | |
| 09/27/2024 | **Voluntary Dismissal** |
| | CV - Negligence - Other : Claims against Landen Christopher Glass |
| | CV - Money Owed : Claims against Landen Christopher Glass |
| | CV - Motor Vehicle Negligence : Claims against Landen Christopher Glass |
| | CV - Other Filing : Claims against Landen Christopher Glass |
| | CV - Other Filing : Claims against Landen Christopher Glass |
| | CV - Punitive Damages : Claims against Landen Christopher Glass |
| | Created:   09/27/2024 4:37 PM |
| | |
| 09/06/2024 | **Voluntary Dismissal** |
| | CV - Negligence - Other : |
| | CV - Motor Vehicle Negligence : |
| | CV - Money Owed : |
| | CV - Other Filing : WRONGFUL DEATH |
| | CV - Punitive Damages : |
| | CV - Other Filing : VICARIOUS LIABILITY |
| | Civil Judgment |
| | Child Support/Alimony |
| | Index Date: 09/06/2024 Time: 8:02 AM |
| | By: Estate of Hailey Kaye Brooks |
| | Against: CC & Co. Dance Complex, Inc. |
| | County: Wake Superior Court |
| | Current Status: Voluntary Dismissed with Prejudice |
| | Current Status Date: 09/06/2024 |
| | Created:   09/06/2024 8:03 AM |

## Hearings

08/11/2025    **Jury Trial**   (10:00 AM)
             *Jury - 5 days (continued from 11/4/2024)*
             Resource: Location 910-010C Wake Co. Courthouse, Courtroom 10C
             11/04/2024 Continued to 08/11/2025 - Continued per a Motion from More than
             One Party - Estate of Hailey Kaye Brooks; Greater Raleigh Merchants Association,
             Inc. d/b/a Shop Local Raleigh
             Created:   03/14/2024 4:32 PM

03/26/2025    **Motion Hearing**   (2:30 PM)   (Judicial Officer: TESSENER, HOYT G)
             *Webex Hearing Defendant City's Motion for Protective Order Staying Discovery*
             *(45 minutes) *Jury Trial 8/11/25\**
             Resource: Location 910-0558 Wake Co. Civil Superior WebEx Ctrm #1
             **MINUTES - 03/26/2025**
             Hearing Held;  Defendant City of Raleigh's Motion for Protective Order Staying
             Discovery - Denied, Attorney Jeffrey Monroe to draft the order.
             *Parties Present:*   Attorney   *SIVON, AMIE CAROL*
                                  Attorney   *MONROE, JEFFREY ROBERT*
                                  Attorney   *SEYMOUR, ANDREW JOSEPH*
                                  Attorney   Grose, Mollie Ann

                     *Hearing Held*
             Created:   03/20/2025 9:32 AM

10/21/2024    **Motion Hearing**   (2:30 PM)   (Judicial Officer: HOUSTON, MATTHEW T)
             *Webex Hearing Plaintiff's Motion for Leave to Amend (5 minutes)*
             Resource: Location 910-0558 Wake Co. Civil Superior WebEx Ctrm #1
             **MINUTES - 10/21/2024**
             Hearing Held;  Plaintiff's Motion for Leave to Amend Complaint - Granted,
             Attorney Jason Miller to draft the order.
             *Parties Present:*   Attorney   *SIVON, AMIE CAROL*
                                  Attorney   *MILLER, JASON ANDREW*
                                  Attorney   *MONROE, JEFFREY ROBERT*

                     *Hearing Held*
             Created:   10/11/2024 10:54 AM

07/26/2023    **Motion Hearing**   (9:30 AM)   (Judicial Officer: NADOLSKI, PATRICK THOMAS)
             *In Person Hearing Defendant's Motion to Stay (30 minutes)*
             Resource: Location 910-010A Wake Co. Courthouse, Courtroom 10A
             **MINUTES - 07/26/2023**
             Hearing Held;  DENIED. ATTORNEY MILLER TO SUBMIT ORDER.
             *Parties Present:*   Attorney   *ROTENSTREICH, KENNETH B.*
                                  Attorney   *POLLOCK, WILLIAM W.*
                                  Attorney   *MILLER, JASON ANDREW*
                                  Defense Attorney   *PYTLIK, STEPHEN KYLE*

                     *Hearing Held*
             Created:   07/03/2023 5:05 PM

## Service Events

01/16/2025     **Alias Pluries Summons** Requested by: Estate of Hailey Kaye Brooks
               Glass, Landen Christopher
               Issued
               Created:   01/16/2025 11:30 AM

01/16/2025     **Alias Pluries Summons** Requested by: Estate of Hailey Kaye Brooks
               Glass, Landen Christopher
               Issued
               Created:   01/16/2025 11:31 AM

12/09/2024     **Civil Summons**
               Schoenfeld, Whitney   served

11/14/2024     **Civil Summons**
               The City of Raleigh   served

11/07/2024     **Civil Summons**
               Archer, Kirk II   served

10/30/2024     **Civil Summons** Requested by: Estate of Hailey Kaye Brooks
               Glass, Landen Christopher
               Issued
               Anticipated Method: Sheriff - Personal
               The City of Raleigh
               Issued
               Serving Method: Served-Corporation
               Created:   10/31/2024 9:10 AM

10/30/2024     **Civil Summons** Requested by: Estate of Hailey Kaye Brooks
               Glass, Landen Christopher
               Issued
               Anticipated Method: Sheriff - Personal
               Schoenfeld, Whitney
               Issued
               Serving Method: Sheriff - Personal
               Archer, Kirk II
               Issued
               Serving Method: Sheriff - Non-Personal
               Created:   10/31/2024 9:10 AM

05/19/2023     **Civil Summons** Requested by: D and L Floats, LLC
               D and L Floats, LLC
               Issued
               Anticipated Method: Sheriff - Non-Personal
               Serving Method: Sheriff - Non-Personal
               Created:    05/19/2023 11:35 AM

05/16/2023     **Civil Summons**
               D and L Floats, LLC   served

05/09/2023     **Civil Summons** Requested by: Glass, Landen Christopher
               Glass, Landen Christopher
               Issued
               Anticipated Method: Sheriff - Personal
               Serving Method: Sheriff - Personal
               Created:    05/09/2023 3:20 PM

05/06/2023     **Civil Summons** Requested by: Estate of Hailey Kaye Brooks
               Glass, Landen Christopher
               Issued
               CC & Co. Dance Complex, Inc.
               Issued
               Created:    05/06/2023 9:41 AM

05/06/2023     **Civil Summons** Requested by: Estate of Hailey Kaye Brooks
               Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh
               Issued
               Return Date/Time: 05/04/2023
               D and L Floats, LLC
               Issued
               Created:    05/06/2023 9:42 AM

05/04/2023
**Civil Summons**
Requested by: Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh
Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh
Issued
Return Date/Time: 05/04/2023
Serving Method: Acceptance of Service
Service Tracking Comment: BY ATTY WILLIAM W POLLOCK
Created:    05/04/2023 1:05 PM

05/04/2023     **Civil Summons**
               Glass, Landen Christopher   served

05/03/2023     **Civil Summons**
               Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh   served

| 05/03/2023 | **Civil Summons** |
|---|---|
| | Greater Raleigh Merchants Association, Inc. d/b/a Shop Local Raleigh   served |

---

## Financial Information

---

**Defendant**     Glass, Landen Christopher

| | Total Financial Assessment | | 20.00 |
|---|---|---|---|
| | Total Payments and Credits | | 20.00 |
| | **Balance Due as of 05/15/2025** | | **0.00** |
| 06/27/2023 | Transaction Assessment | | 20.00 |
| 06/27/2023 | eFile Payment | Receipt # 910-00057486 | (20.00) |

**Defendant**     The City of Raleigh

| | Total Financial Assessment | | 25.00 |
|---|---|---|---|
| | Total Payments and Credits | | 25.00 |
| | **Balance Due as of 05/15/2025** | | **0.00** |
| 03/20/2025 | Transaction Assessment | | 20.00 |
| 03/20/2025 | eFile Payment | Receipt # 910-00321796 | (20.00) |
| 04/01/2025 | Transaction Assessment | | 5.00 |
| 04/01/2025 | Courthouse Payment | Receipt # 910-00326366 | (5.00) |

**Plaintiff**     Estate of Hailey Kaye Brooks

| | Total Financial Assessment | | 270.00 |
|---|---|---|---|
| | Total Payments and Credits | | 270.00 |
| | **Balance Due as of 05/15/2025** | | **0.00** |
| 04/17/2023 | Transaction Assessment | | 200.00 |
| 04/17/2023 | eFile Payment | Receipt # 910-00027064 | (200.00) |
| 10/14/2024 | Transaction Assessment | | 20.00 |
| 10/14/2024 | eFile Payment | Receipt # 910-00256602 | (20.00) |
| 01/16/2025 | Transaction Assessment | | 30.00 |

| 01/16/2025 | eFile Payment | Receipt # 910-00294262 | (30.00) |
| 03/18/2025 | Transaction Assessment | | 20.00 |
| 03/18/2025 | eFile Payment | Receipt # 910-00320162 | (20.00) |

# COMPOSITE EXHIBIT 3

# Ivey Declaration

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
24 CV- 590

SALLAMONDRA ROBINSON,
INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF
THE ESTATE OF SHANQUELLA ROBINSON,
DECEASED.                                    )
                                             )
    *Plaintiff,*
v.                                           )
                                             )
DAEJHANAE JACKSON,                           )
ALYSSE HYATT,                                )
MALIK DYER,                                  )
WENTER DONOVAN,                              )
KHALIL COOKE,                                )
NAZEER TYREE WIGGINS,                        )
UNITED STATES DEPARTMENT OF                  )
STATE, AND THE                               )
FEDERAL BUREAU OF INVESTIGATION,             )
                                             )

    *Defendants.*

MOTION OF SALEISHA
AVERHART
IN SUPPORT OF MOTION FOR
PRO HAC VICE ADMISSION
FOR GABRIELLE HIGGINS

Pursuant to N.C. Gen. Stat. § 84-4.1, Movant Saleisha Averhart hereby moves for the admission of Gabrielle Higgins to appear *pro hac vice* on behalf of the Plaintiff, Sallamondra Robinson ("Plaintiff") in the above-captioned case.

In support of this motion, Saleisha Averhart, and her law firm, Wallis, Bowens, Averhart, & Associates, PLLC, respectfully show the Court:

1. The Affidavit of Gabrielle Higgins, attached hereto as Exhibit A, sets forth Ms. Higgins' qualifications to appear in this case pursuant to N.C. Gen. Stat. § 84-4.1.
2. Ms. Higgins and the law firm Frontline Law are counsel of choice for Plaintiff. A statement attesting to the retention of Ms. Higgins and the law firm of Frontline Law by Plaintiff is attached to this Motion as Exhibit B.

# Mecklenburg Superior Court

# Case Summary

## Case No. 24CV050336-590

| | | | |
|---|---|---|---|
| **ROBINSON SALLAMONDRA VS DAEJHANAE JACKSON** | § | Location: | **Mecklenburg Superior Court** |
| | § | Filed on: | **10/28/2024** |

---

## Case Information

Case Type: General Civil Action

Case Status: **10/28/2024  Pending**

File Date   10/29/2024
**Cause of Action**
CV - Negligence - Other
  **Description/Remedy**
  Action

---

## Assignment Information

**Current Case Assignment**
Case Number   24CV050336-590
Court           Mecklenburg Superior Court
Date Assigned  10/29/2024

---

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **SALLAMONDRA, ROBINSON** | **AVERHART, SALEISHA NADIA** *Retained* |
| **Defendant** | **UNITED STATES DEPARTMENTOF STATE** 2201 C. Street NW Washington, DC 20520 **COOKE, KHALIL** | |

3514 Charterhall Lane
Charlotte, NC 28215

**DONOVAN, WENTER**

36 Friendship Crossing
Roxboro, NC 27574

**DYER, MALIK**

63 Hamil Street
Lexington, NC 27870

**GREEN, E' MANI**

**HYATT, ALYSSE**

412 Meshire Court
Winston-Salem, NC 27127

**JACKSON, DAEJHANAE**

3023 Sherill Ave.
Jamestown, NC 27282

**THE
FEDERALBUREAUOFINVESTIGATION**

935 Pennsylvania Ave., NW,
Washington, DC 20535

**WIGGINS, NAZEER TYREE**

5521 Londonderry Road
Charlotte, NC 28210

| Administrator | **ROBINSON, SALLAMONDRA** | **AVERHART, SALEISHA NADIA** *Retained* |
| --- | --- | --- |

---

## Causes of Action

---

10/29/2024   **Cause of Action** CV - Negligence - Other
Action Type   Action

---

## Case Events

---

| 01/07/2025 | Index # 29 |
|---|---|

Return of Service - Unserved
 Against: Defendant GREEN, E' MANI
 Created: 01/09/2025 2:18 PM

| 12/31/2024 | Index # 28 |
|---|---|

Motion to Extend Time
 Filed By: Defendant WIGGINS, NAZEER TYREE
 Created: 12/31/2024 11:18 AM

| 12/18/2024 | Index # 27 |
|---|---|

Return of Service - Served
 *sheriff*
 Against: Defendant DYER, MALIK
 Created: 12/18/2024 3:11 PM

| 12/18/2024 | Index # 26 |
|---|---|

Return of Service - Served
 *sheriff*
 Against: Defendant COOKE, KHALIL
 Created: 12/18/2024 11:08 AM

| 12/03/2024 | Index # 25 |
|---|---|

Return of Service - Served
 Against: Defendant WIGGINS, NAZEER TYREE
 Created: 12/03/2024 3:13 PM

| 12/03/2024 | Index # 24 |
|---|---|

Return of Service - Unserved
 Against: Defendant DONOVAN, WENTER
 Created: 12/03/2024 10:45 AM

| 11/14/2024 | Index # 23 |
|---|---|

Other/Miscellaneous
 *Notice of Removal to Federal Court*
 Created: 11/14/2024 4:30 PM

| 11/08/2024 | Index # 14 |
|---|---|

Amended Pleading
 *AMENDED COMPLAINT*
 Created: 11/08/2024 2:56 PM

| 11/08/2024 | Index # 15 |
|---|---|

Civil Summons
 *AMENDED Summons- USDS*
 Created: 11/08/2024 2:56 PM

11/08/2024                                                          Index # 16

Civil Summons
    *AMENDED Summons- WENTER*
    Created:   11/08/2024 2:57 PM

11/08/2024                                                          Index # 17

Civil Summons
    *AMENDED Summons- E'MANI*
    Created:   11/08/2024 2:57 PM

11/08/2024                                                          Index # 18

Civil Summons
    *AMENDED Summons-ALYSSE*
    Created:   11/08/2024 2:57 PM

11/08/2024                                                          Index # 19

Civil Summons
    *AMENDED Summons- MALIK*
    Created:   11/08/2024 2:57 PM

11/08/2024                                                          Index # 20

Civil Summons
    *AMENDED Summons-KHALIL*
    Created:   11/08/2024 2:57 PM

11/08/2024                                                          Index # 21

Civil Summons
    *AMENDED Summons-FBI*
    Created:   11/08/2024 2:57 PM

11/08/2024                                                          Index # 22

Civil Summons
    *AMENDED Summons-NAZEER*
    Created:   11/08/2024 2:57 PM

10/28/2024                                                          Index # 2

Complaint
    Created:   10/29/2024 9:44 AM

10/28/2024                                                          Index # 3

Cover Sheet
    Created:   10/29/2024 9:44 AM

10/28/2024                                                          Index # 4

Civil Summons
    Filed By:   Administrator ROBINSON, SALLAMONDRA;
                Plaintiff SALLAMONDRA, ROBINSON
    Against:   Defendant HYATT, ALYSSE
    Created:   10/29/2024 9:44 AM

| 10/28/2024 | | Index # 5 |

Civil Summons

Filed By:   Administrator ROBINSON, SALLAMONDRA;
            Plaintiff SALLAMONDRA, ROBINSON
Against:    Defendant JACKSON, DAEJHANAE
Created:    10/29/2024 9:44 AM

| 10/28/2024 | | Index # 6 |

Civil Summons

Filed By:   Administrator ROBINSON, SALLAMONDRA;
            Plaintiff SALLAMONDRA, ROBINSON
Against:    Defendant COOKE, KHALIL
Created:    10/29/2024 9:44 AM

| 10/28/2024 | | Index # 7 |

Civil Summons

Filed By:   Administrator ROBINSON, SALLAMONDRA;
            Defendant JACKSON, DAEJHANAE
Against:    Defendant WIGGINS, NAZEER TYREE
Created:    10/29/2024 9:44 AM

| 10/28/2024 | | Index # 8 |

Civil Summons

Filed By:   Administrator ROBINSON, SALLAMONDRA;
            Plaintiff SALLAMONDRA, ROBINSON
Against:    Defendant THE FEDERALBUREAUOFINVESTIGATION
Created:    10/29/2024 9:44 AM

| 10/28/2024 | | Index # 9 |

Civil Summons

Filed By:   Administrator ROBINSON, SALLAMONDRA;
            Plaintiff SALLAMONDRA, ROBINSON
Against:    Defendant UNITED STATES DEPARTMENTOF STATE
Created:    10/29/2024 9:44 AM

| 10/28/2024 | | Index # 10 |

Civil Summons

Filed By:   Administrator ROBINSON, SALLAMONDRA;
            Plaintiff SALLAMONDRA, ROBINSON
Against:    Defendant DYER, MALIK
Created:    10/29/2024 9:44 AM

| 10/28/2024 | | Index # 11 |

Civil Summons

Filed By:   Administrator ROBINSON, SALLAMONDRA;
            Plaintiff SALLAMONDRA, ROBINSON
Against:    Defendant DONOVAN, WENTER
Created:    10/29/2024 9:44 AM

| | | |
|---|---|---|
| 10/28/2024 | 📄 Motion | Index # 12 |

*Motion for Saleisha Averhart - PRO HAC 1*
Created:   10/29/2024 9:44 AM

| | | |
|---|---|---|
| 10/28/2024 | 📄 Motion | Index # 13 |

*Motion for Saleisha Averhart - PRO HAC 2*
Created:   10/29/2024 9:44 AM

---

# Service Events

10/17/2024   **Civil Summons**
JACKSON, DAEJHANAE   served

12/02/2024   **Civil Summons**
JACKSON, DAEJHANAE   served

11/08/2024   **Civil Summons** Requested by: SALLAMONDRA, ROBINSON
JACKSON, DAEJHANAE
Issued
Anticipated Method: Sheriff - Personal
Created:   11/08/2024 2:56 PM

11/08/2024   **Civil Summons** Requested by: SALLAMONDRA, ROBINSON
JACKSON, DAEJHANAE
Issued
Anticipated Method: Sheriff - Personal
DONOVAN, WENTER
Issued
Anticipated Method: Sheriff - Personal
Serving Method: Unserved - Unable to Locate in County
Service Tracking Comment: bad address
Created:   11/08/2024 2:57 PM

11/08/2024   **Civil Summons** Requested by: SALLAMONDRA, ROBINSON
JACKSON, DAEJHANAE
Issued
Anticipated Method: Sheriff - Personal
Created:   11/08/2024 2:57 PM

11/08/2024   **Civil Summons** Requested by: SALLAMONDRA, ROBINSON
JACKSON, DAEJHANAE
Issued
Anticipated Method: Sheriff - Personal
Created:   11/08/2024 2:57 PM

11/08/2024    **Civil Summons** Requested by: SALLAMONDRA, ROBINSON
              JACKSON, DAEJHANAE
              Issued
              Anticipated Method: Sheriff - Personal
              Serving Method: Sheriff - Personal
              Created:    11/08/2024 2:57 PM

11/08/2024    **Civil Summons** Requested by: SALLAMONDRA, ROBINSON
              JACKSON, DAEJHANAE
              Issued
              Anticipated Method: Sheriff - Personal
              Created:    11/08/2024 2:57 PM

11/08/2024    **Civil Summons** Requested by: SALLAMONDRA, ROBINSON
              JACKSON, DAEJHANAE
              Issued
              Anticipated Method: Sheriff - Personal
              Serving Method: Unserved - Unable to Locate in County
              Created:    11/08/2024 2:57 PM

11/08/2024    **Civil Summons** Requested by: SALLAMONDRA, ROBINSON
              JACKSON, DAEJHANAE
              Issued
              Anticipated Method: Sheriff - Personal
              Serving Method: Sheriff - Personal
              GREEN, E' MANI
              Issued
              Anticipated Method: Unserved - Insufficient Address
              Serving Method: Unserved - Insufficient Address
              Created:    11/08/2024 2:57 PM

10/28/2024    **Civil Summons** Requested by: SALLAMONDRA, ROBINSON
              JACKSON, DAEJHANAE
              Issued
              Anticipated Method: Sheriff - Personal
              Created:    10/29/2024 9:44 AM

10/28/2024    **Civil Summons** Requested by: SALLAMONDRA, ROBINSON
              JACKSON, DAEJHANAE
              Issued
              Anticipated Method: Sheriff - Personal
              Created:    10/29/2024 9:44 AM

10/28/2024    **Civil Summons** Requested by: SALLAMONDRA, ROBINSON
              JACKSON, DAEJHANAE
              Issued
              Anticipated Method: Sheriff - Personal
              Created:    10/29/2024 9:44 AM

| 10/28/2024 | **Civil Summons** Requested by: SALLAMONDRA, ROBINSON JACKSON, DAEJHANAE<br>Issued<br>Anticipated Method: Sheriff - Personal<br>Created:   10/29/2024 9:44 AM |

| 10/28/2024 | **Civil Summons** Requested by: SALLAMONDRA, ROBINSON JACKSON, DAEJHANAE<br>Issued<br>Anticipated Method: Sheriff - Personal<br>Created:   10/29/2024 9:44 AM |

| 10/28/2024 | **Civil Summons** Requested by: SALLAMONDRA, ROBINSON JACKSON, DAEJHANAE<br>Issued<br>Anticipated Method: Sheriff - Personal<br>Created:   10/29/2024 9:44 AM |

| 10/28/2024 | **Civil Summons** Requested by: SALLAMONDRA, ROBINSON JACKSON, DAEJHANAE<br>Issued<br>Anticipated Method: Sheriff - Personal<br>Created:   10/29/2024 9:44 AM |

| 10/28/2024 | **Civil Summons** Requested by: SALLAMONDRA, ROBINSON JACKSON, DAEJHANAE<br>Issued<br>Anticipated Method: Sheriff - Personal<br>Created:   10/29/2024 9:44 AM |

# Financial Information

| | **Plaintiff**    SALLAMONDRA, ROBINSON | |
|---|---|---|
| | Total Financial Assessment | 200.00 |
| | Total Payments and Credits | 200.00 |
| | **Balance Due as of 05/15/2025** | **0.00** |
| 10/29/2024 | Transaction Assessment | 200.00 |
| 10/29/2024 | eFile Payment         Receipt # 590-00180489 | (200.00) |

# COMPOSITE EXHIBIT 4

# Ivey Declaration

STATE OF NORTH CAROLINA
COUNTY OF WAKE

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
24-CVS-_____910

KIMBERLY WALLIN,                    )
                                    )
            Plaintiff               )
                                    )
v.                                  )              COMPLAINT
                                    )
REX HEALTHCARE, INC., d/b/a NC      )
HEALTH,                             )
                                    )
            Defendant               )
_____

Plaintiff Kimberly Wallin, through counsel, complaining of Defendant Rex Healthcare, Inc.,

d/b/a NC Health, alleges and says as follows:

1.      This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as

amended by the Civil Rights Act of 1991, 42 U.S.C §§ 2000e *et seq* ("Title VII"), and the common

law of the State of North Carolina.

2.      Plaintiff Kimberly Wallin ("Ms. Wallin" or "Plaintiff") is a citizen and resident of

Buncombe County, North Carolina.

3.      On information and belief, Defendant Rex Healthcare, Inc. d/b/a NC Health

("Defendant") is a North Carolina corporation with its principal office in Raleigh, North Carolina.

Defendant is part of the University of North Carolina Health Care System and provides service

functions to the UNC Health system, such as human resources, information technology, audit and

compliance, supply chain, legal, and various financial functions.

4.      At all relevant times, Defendant employed 15 or more employees and is an

"employer" within the meaning of Title VII.

5.      Defendant terminated Ms. Wallin's employment in January 2022 as more fully

described herein.

# Wake Superior Court

# Case Summary

### Case No. 24CV039915-910

| | | | |
|---|---|---|---|
| **Kimberly Wallin VS REX HEALTHCARE, INC., d/b/a NC HEALTH** | § | Location: | **Wake Superior Court** |
| | § | Filed on: | **12/16/2024** |

---

## Case Information

Case Type: General Civil Action

Case Status: **12/16/2024 Pending**

File Date   12/16/2024
**Cause of Action**
CV - Wrongful Discharge
  **Description/Remedy**
  Action

---

## Assignment Information

**Current Case Assignment**
Case Number    24CV039915-910
Court          Wake Superior Court
Date Assigned  12/16/2024

---

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Wallin, Kimberly** | HUGHES, NATALIE RENEE *Retained* |
| **Defendant** | **REX HEALTHCARE, INC., d/b/a NC HEALTH** | STAFFORD, THOMAS CULLEN *Retained* |
| | | Khan, Marian *Retained* |

---

## Causes of Action

12/16/2024     **Cause of Action** CV - Wrongful Discharge
               Action Type    Action

## Case Events

01/16/2025     
               Notice (General)
               *Notice to State Court of Filing Notice of Removal - Part 1*
               Filed By:    Attorney STAFFORD, THOMAS CULLEN;
                            Defendant REX HEALTHCARE, INC., d/b/a NC HEALTH
               Against:     Attorney HUGHES, NATALIE RENEE;
                            Plaintiff Wallin, Kimberly
               Created:     01/17/2025 8:50 AM
Index # 7

01/16/2025     
               Notice (General)
               *Notice to State Court of Filing Notice of Removal - Part 2*
               Filed By:    Attorney STAFFORD, THOMAS CULLEN;
                            Defendant REX HEALTHCARE, INC., d/b/a NC HEALTH
               Against:     Attorney HUGHES, NATALIE RENEE;
                            Plaintiff Wallin, Kimberly
               Created:     01/17/2025 8:50 AM
Index # 8

01/15/2025     
               Affidavit of Service
               *Affidavit of Service*
               Filed By:    Plaintiff Wallin, Kimberly
               Against:     Defendant REX HEALTHCARE, INC., d/b/a NC HEALTH
               Created:     01/16/2025 8:36 AM
Index # 6

01/15/2025                                         Index # 5
               Certificate of Service
               *COS - Affidavit of Service*
               Created:     01/15/2025 4:56 PM

12/16/2024                                                             Index # 4
               Civil Summons
               Created:     12/16/2024 3:43 PM

| | | |
|---|---|---|
| 12/16/2024 | Civil Summons<br>Created: 12/16/2024 2:03 PM | Index # 3 |
| 12/16/2024 | Complaint<br>*Complaint*<br>Created: 12/16/2024 8:46 AM | Index # 2 |
| 12/16/2024 | Complaint<br>Created: 12/16/2024 8:44 AM | Index # 1 |

## Service Events

| | |
|---|---|
| 12/16/2024 | **Civil Summons** Requested by: Wallin, Kimberly<br>REX HEALTHCARE, INC., d/b/a NC HEALTH<br>Issued<br>Anticipated Method: Sheriff - Personal<br>Created: 12/16/2024 2:03 PM |
| 12/16/2024 | **Civil Summons** Requested by: Wallin, Kimberly<br>REX HEALTHCARE, INC., d/b/a NC HEALTH<br>Issued<br>Anticipated Method: Sheriff - Personal<br>Created: 12/16/2024 3:43 PM |

## Financial Information

| | | | |
|---|---|---|---|
| | **Plaintiff** Wallin, Kimberly | | |
| | Total Financial Assessment | | 200.00 |
| | Total Payments and Credits | | 200.00 |
| | **Balance Due as of 05/15/2025** | | **0.00** |
| 12/16/2024 | Transaction Assessment | | 200.00 |
| 12/16/2024 | eFile Payment | Receipt # 910-00282294 | (200.00) |

# COMPOSITE EXHIBIT 5

# Ivey Declaration

STATE OF NORTH CAROLINA

COUNTY OF WAKE

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
23-CVS-_____

)
OLD SCHOOL PRODUCTIONS, LLC,                    )
)
Plaintiff,                    )
)
v.                    )
)
PBS NORTH CAROLINA,                    )
)
Defendant.                    )

**VERIFIED COMPLAINT
COMPELLING RECORD
PRODUCTION, N.C.G.S. § 132-9(a)**

## I. INTRODUCTION

PBS North Carolina ("PBSNC" or "Defendant") has, for more than six (6) decades "educated, entertained and evolved" as North Carolina's statewide public media network, reaching some 14,000,000 plus viewers. PBSNC claims to "…harness the power of the UNC System" to, inter alia, "share trusted PBS news, programming and resources" and "engage with complex local and national issues".

PBSNC's Mission states:

> **We provide transformational experiences and trusted content**
>
> **to educate, inform, entertain and inspire the people**
>
> **of North Carolina.**

PBSNC claims its values:

> **Start with trust and move forward creatively and collaboratively**
>
> **with purpose, imagination and open minds.**

1

Wake Superior Court

# Case Summary

### Case No. 23CV006379-910

| | | | |
|---|---|---|---|
| **Old School Productions, LLC VS PBS North Carolina** | § | Location: | **Wake Superior Court** |
| | § | Filed on: | **03/20/2023** |

---

## Case Information

Case Type: General Civil Action

Case Status: **12/15/2023   Disposed - Voluntary Dismissal**

File Date   03/20/2023
**Filed By** Old School Productions, LLC
  **Filed Against** PBS North Carolina
**Cause of Action**
CV - Contract
  **Description/Remedy**
  Action

File Date   03/20/2023
**Filed By** Old School Productions, LLC
**Cause of Action**
CV - Other Filing
  **Description/Remedy**
  Action
  public reports

File Date   06/07/2023
**Filed By** Old School Productions, LLC
  **Filed Against** The University of North Carolina Center for Public Media d/b/a PBS North Carolina
**Cause of Action**
CV - Other Filing
  **Description/Remedy**
  Action
  PUBLIC RECORDS

---

## Assignment Information

**Current Case Assignment**
Case Number    23CV006379-910
Court          Wake Superior Court
Date Assigned  03/21/2023

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Old School Productions, LLC** | **SHANAHAN, KIERAN J.** *Retained* |
| | Shanahan Law Group, PLLC<br>128 E. Hargett Street, Suite 300<br>Raleigh, NC 27601 | **Walker, Melissa K.** *Retained* |
| **Defendant** | **PBS North Carolina** | |
| | c/o Josh Stein, Atty Gen - NC Dept. of Justice<br>1505 Mail Service Center<br>Raleigh, NC 27699 | |
| | **The University of North Carolina Center for Public Media d/b/a PBS North Carolina** | |
| | The University of North Carolina System<br>223 West Davie St., Ste. 1800<br>Raleigh, NC 27603 | |

## Causes of Action

03/20/2023    **Cause of Action** CV - Other Filing (public reports)
              Filed By   Old School Productions, LLC
              Action Type   Action

03/20/2023    **Cause of Action** CV - Contract
              Filed By   Old School Productions, LLC
              Filed Against   PBS North Carolina
              Action Type   Action

06/07/2023    **Cause of Action** CV - Other Filing (PUBLIC RECORDS)
              Filed By   Old School Productions, LLC
              Filed Against
                The University of North Carolina Center for Public Media d/b/a PBS North Carolina
              Action Type   Action

12/15/2023



Voluntary Dismissal
*Notice of Voluntary Dismissal with Prejudice*
Filed By:   Plaintiff Old School Productions, LLC
Against:
  Defendant PBS North Carolina;
  Defendant The University of North Carolina Center for Public Media d/b/a PBS North Carolina
Created:   12/15/2023 3:38 PM
Index # 19

10/06/2023



Notice (General)
*NOTICE OF RECENTLYDECIDED AUTHORITY FROM COURT OF THE UNIVERSITY OF NORTH APPEALS THAT IS INFORMATIVE CAROLINA CENTER FOR PUBLIC ON THE ISSUES SUBJUDICE*
Filed By:   Plaintiff Old School Productions, LLC
Against:
  Defendant PBS North Carolina;
  Defendant The University of North Carolina Center for Public Media d/b/a PBS North Carolina
Created:   10/06/2023 11:03 AM
Index # 18

| 09/26/2023 | Affidavit *Affidavit of Kieran J. Shanahan* Created:   09/26/2023 5:35 PM | Index # 17 |
|---|---|---|
| 09/26/2023 | Affidavit *Affidavit of Marc E. Rotterman* Created:   09/26/2023 2:33 PM | Index # 16 |
| 09/13/2023 | Notice Of Hearing on Motions *Notice of Hearing* Created:   09/13/2023 2:23 PM | Index # 15 |

09/08/2023

![pdf icon]

Motion to Dismiss
*for Lack of Subject Matter Jurisdiction with Exhibits*
  Filed By:
   Defendant The University of North Carolina Center for Public Media d/b/a PBS North Carolina
  Against:   Plaintiff Old School Productions, LLC
  Created:   09/11/2023 9:21 AM

09/08/2023   

   Notice Of Hearing on Motions
     *Non-party Crabtree Notice of Hearing on Mot to Quash and Protective Order*
     Created:   09/08/2023 5:50 PM
Index # 11

09/08/2023   ![pdf icon]

   Notice Of Hearing on Motions
     *Non-party Hans Notice of Hearing on Mot to Quash and Protective Order*
     Created:   09/08/2023 5:50 PM
Index # 12

09/08/2023   ![pdf icon]                   Index # 13

   Notice Of Hearing on Motions
     *Notice of Hearing on Defendant's Motion to Dismiss*
     Created:   09/08/2023 5:50 PM

09/08/2023



Notice Of Hearing on Motions
  *Notice of Hearing on Defendant's Motion to Dismiss (Lack of Subj. Matter Jurisdiction)*
  Created:   09/08/2023 5:50 PM
Index # 14

08/01/2023                      Index # 10

   Notice of Appearance
     *Notice of Appearance*
     Filed By:   Plaintiff Old School Productions, LLC
     Created:   08/01/2023 5:31 PM

07/27/2023   ![pdf icon]

   Motion
     *Motion to Quash & for a Protective Order & Obj to Subpoena (Crabtree)*
     Created:   07/28/2023 11:10 AM
Index # 8

07/27/2023

Motion

*Motion to Quash & for a Protective Order & Obj to Subpoena (Hans)*
Created: 07/28/2023 11:10 AM

Index # 9

07/06/2023

Motion to Dismiss

*Motion to Dismiss*
Filed By:   Defendant PBS North Carolina
Against:   Plaintiff Old School Productions, LLC
Created:   07/06/2023 11:50 AM

06/07/2023                                                                 Index # 6

Civil Summons

*SUMMONS*
Created:   06/08/2023 3:32 PM

06/07/2023

Amended Pleading

*First Amended Complaint Compelling Record Production*
Filed By:   Plaintiff Old School Productions, LLC
Against:
  Defendant The University of North Carolina Center for Public Media d/b/a PBS North Carolina
Created:   06/08/2023 3:32 PM
Index # 7

06/07/2023

MSC-Report of Mediator Filed

*Report of Mediator in Superior Court Civil Action*
Created:   06/08/2023 2:18 PM

05/16/2023                                                                 Index # 5

Alias and Pluries Summons - Issued

*A&P Summons*
Created:   05/16/2023 3:43 PM

03/20/2023   Jury Trial Demanded

Filed By:   Plaintiff Old School Productions, LLC
Against:   Defendant PBS North Carolina
Created:   03/29/2023 11:08 AM

03/20/2023                                                                 Index # 2

Complaint

*Complaint*
Created:   03/21/2023 11:31 AM

| 03/20/2023 | Civil Summons | Index # 3 |

Civil Summons
    Created:   03/21/2023 11:31 AM

03/20/2023                                            Index # 4

Civil Summons
    Created:   03/21/2023 11:31 AM

03/20/2023    Complaint                                   Index # 1
    Created:   03/21/2023 11:29 AM

---

# Dispositions

12/15/2023    **Voluntary Dismissal**
    CV - Other Filing : PUBLIC RECORDS
    Created:   12/18/2023 8:07 AM

06/09/2023    **Moot**
    CV - Other Filing : public reports
    CV - Contract :
    Civil Judgment
    Other
    By: Old School Productions, LLC
    Against: PBS North Carolina ; The University of North Carolina Center for Public
    Media d/b/a PBS North Carolina
    County: Wake Superior Court
    Current Status: Active
    Current Status Date: 06/07/2023
    Created:   06/09/2023 8:12 AM

---

# Hearings

---

# Service Events

06/07/2023    **Civil Summons** Requested by: Old School Productions, LLC
    PBS North Carolina
    Issued
    Anticipated Method: Sheriff - Personal
    Created:   06/08/2023 3:32 PM

## Financial Information

**Plaintiff**    Old School Productions, LLC

| | | |
|---|---|---|
| Total Financial Assessment | | 235.00 |
| Total Payments and Credits | | 235.00 |
| **Balance Due as of 05/15/2025** | | **0.00** |

| | | | |
|---|---|---|---|
| 03/21/2023 | Transaction Assessment | | 200.00 |
| 03/21/2023 | eFile Payment | Receipt # 910-00016215 | (200.00) |
| 05/16/2023 | Transaction Assessment | | 15.00 |
| 05/16/2023 | eFile Payment | Receipt # 910-00039954 | (15.00) |
| 09/13/2023 | Transaction Assessment | | 20.00 |
| 09/13/2023 | eFile Payment | Receipt # 910-00089379 | (20.00) |

# COMPOSITE EXHIBIT 6

# Ivey Declaration

Wake County Clerk of Superior Court

STATE OF NORTH CAROLINA
WAKE COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION

ROY BALDWIN                                    )
individually and on behalf of himself and all  )
others similarly situated,                     )
                                               )
               Plaintiff,                      )         CLASS ACTION COMPLAINT
                                               )
v.                                             )
                                               )
PEPSI BOTTLING VENTURES LLC,                   )
                                               )
               Defendant.                      )

Plaintiff Roy Baldwin ("Plaintiff") brings this Class Action Complaint against Pepsi

Bottling Ventures LLC ("Defendant"), individually and on behalf of all others similarly situated

("Class Members"), and alleges, upon personal knowledge as to his own actions and his counsels'

investigations, and upon information and belief as to all other matters, as follows:

## I.  INTRODUCTION

1.      Plaintiff brings this class action against Defendant for its failure to properly secure

and safeguard personal identifiable information ("PII")[1] of more than 17,000 individuals, including

Defendant's current and former employees, including, but not limited to, first and last names

(including individual and/ or parents' legal surname prior to marriage); home address; email

address; financial account information (including a limited number of passwords, PIN codes, or

other access numbers); state and federal government issued identification numbers such as driver

---

[1] Personally identifiable information generally incorporates information that can be used to
distinguish or trace an individual's identity, either alone or when combined with other personal or
identifying information. 2 C.F.R. § 200.79. At a minimum, it includes all information that on its
face expressly identifies an individual.

1

# Case Summary

### Case No. 23CV005042-910

| | | | |
|---|---|---|---|
| **Roy Baldwin VS Pepsi Bottling Ventures LLC** | § | Location: | **Wake Superior Court** |
| | § | Filed on: | **03/07/2023** |

---

## Case Information

Case Type: General Civil Action

Case Status: **01/24/2025 Disposed - Dismissal on Order of the Court**

File Date 03/07/2023
**Cause of Action**
CV - Contract
  **Description/Remedy**
  Action

File Date 03/07/2023
**Cause of Action**
CV - Declaratory Judgment
  **Description/Remedy**
  Action

File Date 03/07/2023
**Cause of Action**
CV - Negligence - Other
  **Description/Remedy**
  Action

File Date 07/31/2023
**Filed By** BARTHLE, PATRICK A
**Cause of Action**
CV - Pro Hac Vice
  **Description/Remedy**
  Action

---

## Assignment Information

**Current Case Assignment**
Case Number    23CV005042-910
Court          Wake Superior Court
Date Assigned  03/08/2023

## Party Information

| | | |
|---|---|---|
| **Plaintiff** | **Baldwin, Roy** | HARRIS, SCOTT CRISSMAN<br>*Retained* |
| **Defendant** | **Pepsi Bottling Ventures LLC**<br><br>c/o Rodney Tillinghast, Registered Agent<br>4141 Parklake Ave., Suite 600<br>Raleigh, NC 27612-2380 | GREGSON, GRACE ANTHONY<br>*Retained*<br>GREGSON, GRACE ANTHONY<br>*Retained*<br>ROTHROCK, MARK MONTGOMERY<br>*Retained*<br>ROTHROCK, MARK MONTGOMERY<br>*Retained*<br>MOORE, JACKSON WYATT<br>*Retained*<br>MOORE, JACKSON WYATT<br>*Retained* |
| **Applicant** | **BARTHLE, PATRICK A** | HARRIS, SCOTT CRISSMAN<br>*Retained* |

## Causes of Action

03/07/2023   **Cause of Action** CV - Negligence - Other
Action Type   Action

03/07/2023   **Cause of Action** CV - Contract
Action Type   Action

03/07/2023   **Cause of Action** CV - Declaratory Judgment
Action Type   Action

07/31/2023   **Cause of Action** CV - Pro Hac Vice
Filed By   BARTHLE, PATRICK A
Action Type   Action

01/27/2025  Index # 30

> Certificate of Service
>> *COS - GRANTING ORDER*
>> Created: 01/27/2025 10:42 AM

01/24/2025



Order (Judicial Officer: COLLINS, GEORGE BRYAN, Jr.)

> *ORDER GRANTING UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT*
> Filed By: Plaintiff Baldwin, Roy
> Against: Defendant Pepsi Bottling Ventures LLC
> Created: 01/27/2025 8:11 AM

Index # 29

01/07/2025 

> Briefs and Memorandum
>> *Memorandum in Support of Motion for Final Approval of Class Action Settlement*
>> Filed By: Plaintiff Baldwin, Roy
>> Created: 01/07/2025 5:07 PM

Index # 28

12/02/2024  Index # 25

> Attorney Fees
>> *Motion For Attorneys' Fees, Expenses and Service Award*
>> Filed By: Attorney HARRIS, SCOTT CRISSMAN;
>> Plaintiff Baldwin, Roy
>> Created: 12/02/2024 2:46 PM

12/02/2024



Briefs and Memorandum

> *Memorandum of Law in Support of Motion for Attorneys' Fees, Expenses, and Service Award*
> Filed By: Attorney HARRIS, SCOTT CRISSMAN;
> Plaintiff Baldwin, Roy
> Created: 12/02/2024 2:46 PM

Index # 26

12/02/2024



Affidavit

*Declaration of David Lietz in Support of Motion for Attorneys' Fees, Expenses, and Service Award*

Filed By:   Attorney HARRIS, SCOTT CRISSMAN;

Plaintiff Baldwin, Roy

Created:   12/02/2024 2:46 PM

Index # 27

10/04/2024                                                       Index # 24

Notice Of Hearing on Motions

*Notice of Hearing Plaintiff's Motion for Final Approval*

Created:   10/07/2024 8:14 AM

09/26/2024



Motion

*Motion for Final Approval of Settlement, Request for Atty Fees and Expenses and Service Award*

Filed By:   Attorney HARRIS, SCOTT CRISSMAN;

Plaintiff Baldwin, Roy

Created:   09/27/2024 8:24 AM

Index # 23

09/18/2024

Order     (Judicial Officer: GREGORY, KEITH O)

*ORDER GRANTING UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS
SETTLEMENT AGREEMENT*

Filed By:   Plaintiff Baldwin, Roy

Against:   Defendant Pepsi Bottling Ventures LLC

Created:   09/18/2024 11:16 AM

Index # 22

09/03/2024                                                       Index # 18

Motion

*Motion for Preliminary Approval*

Filed By:   Attorney HARRIS, SCOTT CRISSMAN;

Plaintiff Baldwin, Roy

Against:   Attorney MOORE, JACKSON WYATT;

Defendant Pepsi Bottling Ventures LLC

Created:   09/04/2024 10:27 AM

09/03/2024    📄        Index # 19

Briefs and Memorandum
*Memo in Support of Motion for Preliminary Approval*
Filed By:    Attorney HARRIS, SCOTT CRISSMAN;
          Plaintiff Baldwin, Roy
Against:    Attorney MOORE, JACKSON WYATT;
          Defendant Pepsi Bottling Ventures LLC
Created:    09/04/2024 10:27 AM

09/03/2024    📄        Index # 20

Motion
*Settlement Agreement*
Filed By:    Attorney HARRIS, SCOTT CRISSMAN;
          Plaintiff Baldwin, Roy
Against:    Attorney MOORE, JACKSON WYATT;
          Defendant Pepsi Bottling Ventures LLC
Created:    09/04/2024 10:27 AM

09/03/2024    📄        Index # 21

Motion
*Supporting Declaration*
Filed By:    Attorney HARRIS, SCOTT CRISSMAN;
          Plaintiff Baldwin, Roy
Against:    Attorney MOORE, JACKSON WYATT;
          Defendant Pepsi Bottling Ventures LLC
Created:    09/04/2024 10:27 AM

09/03/2024    📄

Supplemental Documentation
*Exhibit A-Milberg Firm Resume*
Created:    09/04/2024 10:27 AM

03/27/2024    🔖

Case Management - Order
Created:    03/27/2024 2:51 PM

02/14/2024    📄

Case Management - Notice
Created:    02/13/2024 2:32 PM

08/08/2023    📄        Index # 16

Certificate of Service
*Certificate of Service*
Created:    08/08/2023 5:25 PM

08/08/2023    📄                                     Index # 17

           Other/Miscellaneous
           *Exhibit A - Order*
           Created:   08/08/2023 5:25 PM

08/03/2023

📄

Order     (Judicial Officer: RIDGEWAY, PAUL C)
   *ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE PATRICK A BARTHLE*
   Filed By:   Applicant BARTHLE, PATRICK A;
               Plaintiff Baldwin, Roy
     Created:   08/03/2023 4:23 PM
Index # 15

07/31/2023    📄

           Pro Hac Vice
           *Motion for Admission Pro Hac Vice Patrick A. Barthle*
           Filed By:   Plaintiff Baldwin, Roy
           Created:   08/01/2023 9:21 AM

07/31/2023    📄                                       Index # 12

           Other/Miscellaneous
           *Exhibit A - Statement of Client*
           Created:   08/01/2023 9:21 AM

07/31/2023    📄                                       Index # 13

           Affidavit
           *Exhibit B - Affidavit Scott C. Harris*
           Created:   08/01/2023 9:21 AM

07/31/2023    📄                                       Index # 14

           Affidavit
           *Exhibit C - Affidavit Patrick A. Barthle*
           Created:   08/01/2023 9:21 AM

07/24/2023    📄                                       Index # 8

           Other/Miscellaneous
           *Ex. A - Statement of Client*
           Filed By:   Attorney HARRIS, SCOTT CRISSMAN;
                        Plaintiff Baldwin, Roy
           Created:   07/24/2023 4:36 PM

07/24/2023    📄                                       Index # 9

           Affidavit
           *Ex. B - Affidavit Scott C. Harris*
           Filed By:   Attorney HARRIS, SCOTT CRISSMAN;
                        Plaintiff Baldwin, Roy
           Created:   07/24/2023 4:36 PM

07/24/2023    📄                                                    Index # 10

Affidavit
*Ex. C - Affidavit David K. Lietz*
Filed By:   Attorney HARRIS, SCOTT CRISSMAN;
                 Plaintiff Baldwin, Roy
Created:   07/24/2023 4:36 PM

07/24/2023    📄                                                    Index # 11

Other/Miscellaneous
*DC Certificate of Good Standing*
Filed By:   Attorney HARRIS, SCOTT CRISSMAN;
                 Plaintiff Baldwin, Roy
Created:   07/24/2023 4:36 PM

07/24/2023    📄

Pro Hac Vice
*Motion for Admission Pro Hac Vice David K. Leitz*
Created:   07/24/2023 4:36 PM

06/29/2023    📄

Motion to Dismiss
*Defendant's Motion to Dismiss*
Filed By:   Defendant Pepsi Bottling Ventures LLC
Created:   06/29/2023 5:03 PM

05/15/2023    📄

Motion to Extend Time
Filed By:   Defendant Pepsi Bottling Ventures LLC
Against:   Plaintiff Baldwin, Roy
Created:   05/16/2023 9:06 AM

05/15/2023    📄                                                 Index # 7

Order
*CONSENT MEOT TO ANSWER COMPLAINT*
Filed By:   Defendant Pepsi Bottling Ventures LLC
Created:   05/16/2023 9:06 AM

04/05/2023    📄

Motion
*Motion for Extension of Time to Answer or Respond to the Complaint*
Created:   04/05/2023 11:30 AM

Index # 5

04/05/2023    📄                                                 Index # 6

Order
*EXT OF TIME TO RESPOND TO COMPLAINT/CONSENTED*
Filed By:   Defendant Pepsi Bottling Ventures LLC
Created:   04/05/2023 11:30 AM

| 03/20/2023 | Summons - Return of Service | |
|---|---|---|
| | Filed By: Plaintiff Baldwin, Roy | |
| | Against: Defendant Pepsi Bottling Ventures LLC | |
| | Created: 03/20/2023 10:34 AM | |

03/07/2023   Jury Trial Demanded
           Filed By:   Plaintiff Baldwin, Roy
           Against:   Defendant Pepsi Bottling Ventures LLC
           Created:   03/08/2023 9:47 AM

03/07/2023   Complaint                                  Index # 2
           *Class Action Complaint with Ex. A*
           Created:   03/08/2023 8:22 AM

03/07/2023   Cover Sheet                              Index # 3
           *General Civil Action Cover Sheet*
           Created:   03/08/2023 8:23 AM

03/07/2023   Civil Summons                           Index # 4
           *Civil Summons (Pepsi Bottling Ventures LLC)*
           Filed By:   Plaintiff Baldwin, Roy
           Against:   Defendant Pepsi Bottling Ventures LLC
           Created:   03/08/2023 8:23 AM

03/07/2023   Complaint                                  Index # 1
           Created:   03/08/2023 8:21 AM

---

## Dispositions

---

01/24/2025   **Involuntary Dismissal**  (Judicial Officer: COLLINS, GEORGE BRYAN, Jr.)
         CV - Negligence - Other :
         CV - Contract :
         CV - Declaratory Judgment :
         CV - Pro Hac Vice :
      Created:   01/27/2025 9:35 AM

---

## Hearings

---

01/21/2025 **Motion Hearing** (2:30 PM) (Judicial Officer: COLLINS, GEORGE BRYAN, Jr.)
*ALL PARTIES AGREED TO NO LIVE TESTIMONY Webex Hearing Plaintiff's Motion for Final Approval of Class Action Settlement, Request for Attorneys' Fees and Expenses, and for Service Award (30 minutes)*
Resource: Location 910-0558 Wake Co. Civil Superior WebEx Ctrm #1
*Hearing Held*
Created: 01/03/2025 2:36 PM

01/21/2025 *CANCELED* **Motion Hearing** (10:00 AM) (Judicial Officer: HOUSTON, MATTHEW T)
*In Person Plaintiff's Motion for Final Approval of Class Action Settlement, Request for Attorneys' Fees and Expenses, and for Service Award (30 minutes)*
Resource: Location 910-010C Wake Co. Courthouse, Courtroom 10C
*Other*
Created: 10/22/2024 9:28 AM

10/28/2024 *CANCELED* **Status Review** (10:00 AM) (Judicial Officer: SMITH, JOHN W)
*\*Reported on 9/16/24 that Consent Order would be submitted by parties\* Status Review - Closing Documents needed\* (Failure of the parties and attorneys to appear will result in an Inactive Order being entered, closing this case)*
Resource: Location 910-010C Wake Co. Courthouse, Courtroom 10C
*Other*
Created: 09/16/2024 12:15 PM

09/16/2024 **Jury Trial** (10:00 AM) (Judicial Officer: GREGORY, KEITH O)
*Set by the Court Jury - 2 days*
Resource: Location 910-010B Wake Co. Courthouse, Courtroom 10B
**MINUTES - 09/16/2024**
Hearing Held; 1) Consent Order to be submitted.
*Parties Present:* Attorney MOORE, JACKSON WYATT
Attorney HARRIS, SCOTT CRISSMAN
*Hearing Held*
Created: 03/27/2024 3:26 PM

---

# Service Events

03/15/2023 **Civil Summons**
Pepsi Bottling Ventures LLC served

03/08/2023  **Civil Summons** Requested by: Baldwin, Roy
Pepsi Bottling Ventures LLC
Issued
Return Date/Time: 03/15/2023
Serving Method: Sheriff - Non-Personal
Service Tracking Comment: JENNIFER BAKER
Created:   03/20/2023 12:11 PM

---

## Financial Information

**Plaintiff**     Baldwin, Roy

| | | |
|---|---|---:|
| Total Financial Assessment | | 670.00 |
| Total Payments and Credits | | 670.00 |
| **Balance Due as of 05/15/2025** | | **0.00** |
| 03/08/2023  Transaction Assessment | | 200.00 |
| 03/08/2023  eFile Payment | Receipt # 910-00010435 | (200.00) |
| 07/24/2023  Transaction Assessment | | 225.00 |
| 07/24/2023  eFile Payment | Receipt # 910-00068309 | (225.00) |
| 08/01/2023  Transaction Assessment | | 225.00 |
| 08/01/2023  eFile Payment | Receipt # 910-00071112 | (225.00) |
| 10/07/2024  Transaction Assessment | | 20.00 |
| 10/07/2024  eFile Payment | Receipt # 910-00253380 | (20.00) |

# COMPOSITE EXHIBIT 7

# Ivey Declaration

STATE OF NORTH CAROLINA

COUNTY OF WAKE

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
23CV010964-910

DEAN M. SPEAR AND LINCOLN B. SOKOLSKI,

               Plaintiffs,

v.

DRAGONFLY ALLIANCE LLC, VANCE A. SYPHERS, ROBERT FINLEY, AND MARK W. SHUEY,

               Defendants.

COMPLAINT

NOW COME Plaintiffs, Dean M. Spear and Lincoln B. Sokolski (collectively "Plaintiffs"), complaining of Defendants, and allege and say as follows:

## FACTS

1.     Plaintiff Dean Spear ("Mr. Spear") is a citizen and resident of Naples, Florida.

2.     Plaintiff Lincoln B. Sokolski ("Mr. Sokolski") is a citizen and resident of Warren, Pennsylvania.

3.     Upon information and belief, defendant Dragonfly Alliance LLC ("Dragonfly") is a limited liability company organized in the State of Wyoming doing business in this State and with its principal office in Wake County, North Carolina.

4.     Upon information and belief, Dragonfly is not authorized to do business in this State.

5.     Upon information and belief, defendant Vance A. Syphers ("Mr. Syphers") is a citizen and resident of Durham County, North Carolina.

6.     Upon information and belief, defendant Robert Finley ("Mr. Finley") is a citizen and resident of New Hanover County or Wake County, North Carolina.

**Wake Superior Court**

# Case Summary

### Case No. 23CV010964-910

**Dean M. Spear VS Dragonfly Alliance LLC** §

§

Location: **Wake Superior Court**

Filed on: **05/05/2023**

---

## Case Information

Case Type: General Civil Action

Case Status: **02/06/2025  Disposed - Voluntary Dismissal**

File Date   05/05/2023
**Cause of Action**
CV - Contract
  **Description/Remedy**
  Action

File Date   05/05/2023
**Cause of Action**
CV - Money Owed
  **Description/Remedy**
  Action

File Date   05/05/2023
**Cause of Action**
CV - Other Filing
  **Description/Remedy**
  Action
  Fraud

File Date   05/05/2023
**Cause of Action**
CV - Unfair Trade Practice
  **Description/Remedy**
  Action
  Unfair and Deceptive Trade Practices

---

## Assignment Information

**Current Case Assignment**
Case Number    23CV010964-910
Court             Wake Superior Court
Date Assigned  05/08/2023

## Party Information

**Plaintiff**   **Sokolski, Lincoln B.**

c/o Mark A. Stafford
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103

**FRIEL, CANDACE SCOTT**
*Retained*

**BARNES, CHELSEA KAY**
*Retained*
~~*STAFFORD, MARK A. (Inactive)*~~
~~*Retained*~~
**FITZGERALD, ANDREW LARRY**
*Retained*
**PUNGER, DOUGLAS STUART Jr.**
*Retained*

**Spear, Dean M.**

c/o Mark A. Stafford
380 Knollwood Street, Suite 530
Winston-Salem, NC 27103

**FRIEL, CANDACE SCOTT**
*Retained*

**BARNES, CHELSEA KAY**
*Retained*
~~*STAFFORD, MARK A. (Inactive)*~~
~~*Retained*~~
**FITZGERALD, ANDREW LARRY**
*Retained*
**PUNGER, DOUGLAS STUART Jr.**
*Retained*

**Defendant**   **Dragonfly Alliance LLC**

c/o Its Reg Agent Legalinc Corporate
Services Inc.
5830 E 2nd Street, Suite 8
Casper, WY 82609

**BUCKMILLER, MATTHEW WILLIAM**
*Retained*

**Finley, Robert**

609 Wild Dunes Circle
Wilmington, NC 28403

**NUTT, KYLE JOSEPH**
*Retained*

**Shuey, Mark W.**

**BUCKMILLER, MATTHEW WILLIAM**

*Retained*

**Syphers, Vance A.**

9332 Palm Bay Circle
Raleigh, NC 27617

**BUCKMILLER, MATTHEW WILLIAM**
*Retained*

---

## Causes of Action

05/05/2023   **Cause of Action** CV - Contract
Action Type    Action

05/05/2023   **Cause of Action** CV - Other Filing (Fraud)
Action Type    Action

05/05/2023   **Cause of Action** CV - Unfair Trade Practice (Unfair and Deceptive Trade Practices)
Action Type    Action

05/05/2023   **Cause of Action** CV - Money Owed
Action Type    Action

---

## Case Events

02/06/2025                                                             Index # 42
Voluntary Dismissal
    Filed By:   Plaintiff Sokolski, Lincoln B.;
                Plaintiff Spear, Dean M.
    Against:   Defendant Dragonfly Alliance LLC;
                Defendant Finley, Robert ;
                Defendant Shuey, Mark W.;
                Defendant Syphers, Vance A.
    Created:   02/06/2025 11:19 AM

12/10/2024   
Status Review
    Created:   12/10/2024 1:53 PM

12/04/2024   
Motion/Order to Continue
    Filed By:   Attorney BUCKMILLER, MATTHEW WILLIAM
    Created:   12/04/2024 11:13 AM

12/03/2024    📄     Index # 40
MSC-Report of Mediator Filed
    Created:   12/03/2024 3:32 PM

11/27/2024    📄     Index # 39
Certificate of Service
*Certificate of Service on Order on Amended Motion to Withdraw*
    Created:   11/27/2024 12:31 PM

11/27/2024    📄     Index # 38
Order    (Judicial Officer: SHIRLEY, A Graham, II)
*ORDER ON AMENDED MOTION TO WITHDRAW AS COUNSEL*
    Filed By:   Plaintiff Sokolski, Lincoln B.;
               Plaintiff Spear, Dean M.
    Created:   11/27/2024 10:10 AM

11/25/2024    📄     Index # 37
Motion to Withdraw as Counsel
*Amended Motion to Withdraw as Counsel*
    Filed By:   Attorney STAFFORD, MARK A.
    Created:   11/25/2024 3:01 PM

11/13/2024    📄     Index # 36
Other/Miscellaneous
*Notice of Filing Public Version of Sealed Documents*
    Filed By:   Plaintiff Sokolski, Lincoln B.;
               Plaintiff Spear, Dean M.
    Created:   11/14/2024 11:53 AM

11/13/2024    📄
Supplemental Documentation
*Public Version of Sealed Documents (pt 1)*
    Created:   11/14/2024 11:53 AM

11/13/2024    📄
Supplemental Documentation
*Public Version of Sealed Docs cont'd*
    Created:   11/14/2024 11:53 AM

11/08/2024    📄
Other/Miscellaneous
*Supplemental Notice of Filing ISO Motion for Partial Summary Judgment*
    Created:   11/12/2024 9:03 AM
Index # 34

11/08/2024         📄

Other/Miscellaneous
*Withdrawal of Motion to Compel regarding the Subpoena issued to DFANC*
Created: 11/12/2024 9:00 AM

Index # 33

11/08/2024         📄                        Index # 32

Motion
*Motion and Order for Continuance Civil Superior Cases*
Filed By:   Attorney STAFFORD, MARK A.;
              Plaintiff Sokolski, Lincoln B.;
              Plaintiff Spear, Dean M.
Against:   Defendant Dragonfly Alliance LLC;
              Defendant Shuey, Mark W.
Created: 11/12/2024 8:54 AM

11/07/2024
📄

Motion for Summary Judgment
*Motion for Summary Judgment of Dragonfly Alliance LLC, Vance A. Syphers and Mark A. Shuey*
Filed By:   Defendant Dragonfly Alliance LLC;
              Defendant Shuey, Mark W.;
              Defendant Syphers, Vance A.
Created: 11/08/2024 10:08 AM

11/07/2024         📄                        Index # 31

Notice Of Hearing on Motions
Created: 11/08/2024 10:08 AM

11/07/2024         📄

Calendar Request
*Amended Calendar Request*
Filed By:   Attorney NUTT, KYLE JOSEPH;
              Defendant Finley, Robert
Created: 11/08/2024 8:14 AM

11/06/2024         📄                        Index # 30

Notice Of Hearing on Motions
*Notice of Hearing - Mtn for SJ*
Created: 11/06/2024 3:23 PM

11/06/2024         📄

Calendar Request
Filed By:   Attorney NUTT, KYLE JOSEPH;
              Defendant Finley, Robert
Created: 11/06/2024 3:23 PM

11/06/2024

Motion for Summary Judgment
    Filed By:  Attorney NUTT, KYLE JOSEPH;
                Defendant Finley, Robert
    Created:  11/06/2024 3:23 PM

11/05/2024                                                                 Index # 29

Motion to Withdraw as Counsel
    *CONSENT*
    Filed By:  Attorney STAFFORD, MARK A.;
                Plaintiff Sokolski, Lincoln B.;
                Plaintiff Spear, Dean M.
    Created:  11/05/2024 10:38 AM

11/01/2024                                                                  Index # 25

Notice Of Hearing on Motions
    *Plaintiffs' Notice of Hearing re Motion to Compel*
    Created:  11/04/2024 8:39 AM

11/01/2024

Motion for Summary Judgment
    Filed By:  Plaintiff Sokolski, Lincoln B.;
                Plaintiff Spear, Dean M.
    Created:  11/04/2024 8:39 AM

11/01/2024

Notice (General)
    *OTICE OF FILING IN SUPPORT OF MOTION FOR PARTIAL SUMMARYJUDGMENT*
Filed By:  Plaintiff Sokolski, Lincoln B.;
              Plaintiff Spear, Dean M.
  Created:  11/04/2024 8:39 AM
Index # 26

11/01/2024                                                                   Index # 27

Motion
    *TO FILE UNDER SEAL*
    Filed By:  Plaintiff Sokolski, Lincoln B.;
                Plaintiff Spear, Dean M.
    Created:  11/04/2024 8:39 AM

11/01/2024                                                                  Index # 28

Notice Of Hearing on Motions
    *Plaintiff's Notice of Hearing re MPSJ*
    Created:  11/04/2024 8:39 AM

10/08/2024    📄                                                                    Index # 24

MSC-Order Extending Completion Date For MSC
    Created:   10/08/2024 9:35 AM

10/01/2024    📄                                                                    Index # 20

Motion
*Motion Contesting Attorney's Eyes Only Designation*
Filed By:   Attorney STAFFORD, MARK A.;
                Plaintiff Sokolski, Lincoln B.;
                Plaintiff Spear, Dean M.
Against:   Attorney BUCKMILLER, MATTHEW WILLIAM;
                Attorney NUTT, KYLE JOSEPH;
                Defendant Dragonfly Alliance LLC;
                Defendant Finley, Robert ;
                Defendant Shuey, Mark W.;
                Defendant Syphers, Vance A.
Created:   10/02/2024 8:24 AM

10/01/2024    📄

Motion to Compel
*SUBPOENA TO HICKORY KNOB LLC*
Filed By:   Attorney STAFFORD, MARK A.;
                Plaintiff Sokolski, Lincoln B.;
                Plaintiff Spear, Dean M.
Created:   10/02/2024 8:24 AM

10/01/2024    📄                                                                   Index # 35

Motion
*TO COMPEL SUBPOENA TO DFANC LLC*
Filed By:   Attorney STAFFORD, MARK A.;
                Plaintiff Sokolski, Lincoln B.;
                Plaintiff Spear, Dean M.
Created:   10/02/2024 8:24 AM

10/01/2024    📄                                                                   Index # 23

Notice Of Hearing on Motions
*Notice of Hearing for 11-4-24 session*
Created:   10/02/2024 8:24 AM

08/05/2024    📄                                                               Index # 19

Notice of Appearance
*Notice of Appearance*
Created:   08/05/2024 11:07 AM

| 07/01/2024 | | Index # 18 |
|---|---|---|

Notice (General)
*Notice of Withdrawal of Counsel*
Filed By:   Plaintiff Sokolski, Lincoln B.;
              Plaintiff Spear, Dean M.
Created:   07/02/2024 9:08 AM

| 07/01/2024 | | Index # 17 |
|---|---|---|

Motion to Withdraw as Counsel
Filed By:   Plaintiff Sokolski, Lincoln B.;
              Plaintiff Spear, Dean M.
Created:   07/02/2024 9:05 AM

| 06/04/2024 | | Index # 16 |
|---|---|---|

Notice of Appearance
*Notice of Appearance*
Filed By:   Attorney NUTT, KYLE JOSEPH
Created:   06/04/2024 3:58 PM

| 06/04/2024 | | Index # 15 |
|---|---|---|

Motion
*Withdrawl of Motion to Compel*
Created:   06/04/2024 10:47 AM

| 05/30/2024 | | Index # 14 |
|---|---|---|

Affidavit of Service
*of Subpoena on Hickory Knob, LLC*
Filed By:   Attorney STAFFORD, MARK A.;
              Plaintiff Sokolski, Lincoln B.;
              Plaintiff Spear, Dean M.
Created:   05/30/2024 11:15 AM

| 05/30/2024 | | Index # 13 |
|---|---|---|

Affidavit of Service
*of Subpoena on DFANC, LLC*
Filed By:   Attorney STAFFORD, MARK A.;
              Plaintiff Sokolski, Lincoln B.;
              Plaintiff Spear, Dean M.
Created:   05/30/2024 11:12 AM

| 05/01/2024 | | Index # 12 |
|---|---|---|

Notice Of Hearing on Motions
*Notice of Hearing re: Motion to Compel*
Created:   05/01/2024 9:17 AM

04/30/2024    📄    Index # 11

    Compel

      *Motion to Compel*

      Filed By:   Attorney STAFFORD, MARK A.;

              Plaintiff Sokolski, Lincoln B.;

              Plaintiff Spear, Dean M.

      Created:   05/01/2024 9:11 AM

04/22/2024    📄

    Case Management - Order

      Created:   04/22/2024 10:43 AM

03/20/2024    📄

    Case Management - Notice

      Created:   03/20/2024 11:22 AM

10/11/2023    📄    Index # 10

    Order    (Judicial Officer: COLLINS, GEORGE BRYAN, Jr.)

      *PROTECTIVE ORDER*

      Filed By:   Plaintiff Sokolski, Lincoln B.;

              Plaintiff Spear, Dean M.

      Against:  Defendant Dragonfly Alliance LLC;

              Defendant Finley, Robert ;

              Defendant Shuey, Mark W.;

              Defendant Syphers, Vance A.

      Created:   10/11/2023 3:39 PM

10/05/2023    📄    Index # 9

    Motion

      *Consent Motion for Protective Order*

      Filed By:   Attorney BUCKMILLER, MATTHEW WILLIAM

      Created:   10/06/2023 8:37 AM

07/12/2023

📄

Answer

   *Answer of Defendants Dragonfly Alliance, LLC; Vance A. Syphers; Robert Finley, and Mark Shuey*

  Created:   07/13/2023 8:39 AM

Index # 8

05/16/2023    📄    Index # 7

    Affidavit of Service

      *ACCP*

      Filed By:   Defendant Dragonfly Alliance LLC;

              Defendant Shuey, Mark W.;

              Defendant Syphers, Vance A.

      Created:   05/17/2023 9:29 AM

05/08/2023    📄                                                       Index # 6

Cover Sheet

*General Civil Action Cover Sheet*

Created:   05/08/2023 3:47 PM

---

05/05/2023    📄                                                       Index # 4

Civil Summons

*Summons for Vance A. Syphers and Mark W. Shuey*

Filed By:   Plaintiff Sokolski, Lincoln B.;
                  Plaintiff Spear, Dean M.

Against:   Defendant Shuey, Mark W.;
                  Defendant Syphers, Vance A.

Created:   05/08/2023 9:11 AM

---

05/05/2023    📄                                                       Index # 5

Civil Summons

*Summons for Robert Finley*

Filed By:   Plaintiff Sokolski, Lincoln B.;
                  Plaintiff Spear, Dean M.

Against:   Defendant Finley, Robert

Created:   05/08/2023 9:11 AM

---

05/05/2023    📄                                                       Index # 2

Complaint

*Complaint*

Created:   05/08/2023 9:11 AM

---

05/05/2023    📄                                                       Index # 3

Civil Summons

*Summons for Dragonfly Alliance LLC*

Filed By:   Plaintiff Sokolski, Lincoln B.;
                  Plaintiff Spear, Dean M.

Against:   Defendant Dragonfly Alliance LLC

Created:   05/08/2023 9:11 AM

*1-50 of 51*

---

# Dispositions

---

02/06/2025   **Voluntary Dismissal**

        CV - Contract :

        CV - Other Filing : Fraud

        CV - Unfair Trade Practice : Unfair and Deceptive Trade Practices

        CV - Money Owed :

      Created:   02/06/2025 1:19 PM

# Hearings

02/10/2025   *CANCELED* **Status Review**   (10:00 AM)   (Judicial Officer: SOMERS, CLAYTON D)
*\*Reported Settled 12/10/24\* Status Review - Closing Documents needed. (Failure of the parties and attorneys to appear will result in an Inactive Order being issued, closing this case).*
Resource: Location 910-010C Wake Co. Courthouse, Courtroom 10C
*Voluntary Dismissal*
Created:   12/10/2024 1:47 PM

12/16/2024   *CANCELED* **Jury Trial**   (10:00 AM)   (Judicial Officer: SHIRLEY, A Graham, II)
*Jury - 4 days*
Resource: Location 910-010B Wake Co. Courthouse, Courtroom 10B
*Other*
Created:   04/22/2024 11:29 AM

12/10/2024   **Motion Hearing**   (9:30 AM)   (Judicial Officer: SOMERS, CLAYTON D)
*In Person Defendant Robert Finley's Motion for Summary Judgment, Defendant Dragonfly Alliance LLC, Vance Syphers, and Mark A. Shuey's Motion for Summary Judgment, and Plaintiff's Motion for Partial Summary Judgment (50 minutes) \*Trial set for 12/16/24\**
Resource: Location 910-010A Wake Co. Courthouse, Courtroom 10A
    *Resolved*
Created:   11/13/2024 2:20 PM

12/03/2024   *CANCELED* **Motion Hearing**   (9:30 AM)   (Judicial Officer: GREGORY, KEITH O)
*In Person Plaintiff's Motion for Partial Summary Judgment and Motion to Compel Subpoena (50 minutes)*
Resource: Location 910-010A Wake Co. Courthouse, Courtroom 10A
*Other*
Created:   11/05/2024 10:16 AM

06/05/2024   **Motion Hearing**   (2:30 PM)   (Judicial Officer: TESSENER, HOYT G)
*Webex Hearing Plaintiff's Motion to Compel (45 minutes) \*Trial currently set for 12/16/24\**
Resource: Location 910-0558 Wake Co. Civil Superior WebEx Ctrm #1
**MINUTES - 06/05/2024**
Hearing Held;  Plaintiff's Motion to Compel - Plaintiff's Attorney, Mark Stafford, filed a Withdrawal of the Motion to Compel on 06/05/2024.
*Parties Present:  Attorney   STAFFORD, MARK A.*
                  *Attorney   BUCKMILLER, MATTHEW WILLIAM*
    *Hearing Held*
Created:   05/03/2024 10:22 AM

## Service Events

05/17/2023
**Civil Summons** Requested by: Dragonfly Alliance LLC ;  Syphers, Vance A. ;  Shuey, Mark W.
Dragonfly Alliance LLC
Issued
Anticipated Method: Acceptance of Service
Serving Method: Acceptance of Service
Syphers, Vance A.
Issued
Anticipated Method: Acceptance of Service
Serving Method: Acceptance of Service
Shuey, Mark W.
Issued
Anticipated Method: Acceptance of Service
Serving Method: Acceptance of Service
Created:   05/17/2023 3:05 PM

05/12/2023    **Civil Summons**
              Dragonfly Alliance LLC   served

05/12/2023    **Civil Summons**
              Syphers, Vance A.   served

05/12/2023    **Civil Summons**
              Shuey, Mark W.   served

## Financial Information

**Defendant**    Dragonfly Alliance LLC
Total Financial Assessment                                              20.00
Total Payments and Credits                                             20.00
**Balance Due as of 05/15/2025**                                        **0.00**

11/08/2024    Transaction Assessment                                   20.00

11/08/2024    eFile Payment              Receipt # 910-00267491       (20.00)


**Defendant**    Finley, Robert
Total Financial Assessment                                             20.00
Total Payments and Credits                                            20.00
**Balance Due as of 05/15/2025**                                       **0.00**

| 11/06/2024 | Transaction Assessment | | 20.00 |
| 11/06/2024 | eFile Payment | Receipt # 910-00266672 | (20.00) |

**Plaintiff**    Spear, Dean M.
Total Financial Assessment                                    280.00
Total Payments and Credits                                    280.00
**Balance Due as of 05/15/2025**                              **0.00**

| 05/08/2023 | Transaction Assessment | | 200.00 |
| 05/08/2023 | eFile Payment | Receipt # 910-00035939 | (200.00) |
| 05/01/2024 | Transaction Assessment | | 20.00 |
| 05/01/2024 | eFile Payment | Receipt # 910-00187346 | (20.00) |
| 10/02/2024 | Transaction Assessment | | 20.00 |
| 10/02/2024 | eFile Payment | Receipt # 910-00251797 | (20.00) |
| 11/04/2024 | Transaction Assessment | | 40.00 |
| 11/04/2024 | eFile Payment | Receipt # 910-00265195 | (40.00) |