```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF NORTH CAROLINA

 3                       WESTERN DIVISION

 4                    No.: 5:23-cv-00280-FL

 5   ------------------------------x
     COURTHOUSE NEWS SERVICE,
 6
                  v.
 7
     RYAN BOYCE, in his official
 8   capacity as Director of the
     North Carolina
 9   Administrative Office of
     the Courts; MICHELLE BALL,
10   in her official capacity as
     Clerk of Superior Court of
11   Johnston County; RENEE
     WHITTENTON, in her official
12   capacity as Clerk of
     Superior Court for Harnett
13   County; and BLAIR WILLIAMS,
     in his official capacity as
14   Clerk of Superior Court for
     Wake County,
15
                         Defendants.
16   ------------------------------x

17

18   30(b)(6) Zoom Deposition of Courthouse News Service

19                 BY:  WILLIAM L. GIRDNER

20                (Taken by the Defendant)

21                Raleigh, North Carolina

22                Friday, June 21, 2024

23

24

25   Reported by:    Marisa Munoz-Vourakis -
                     RMR, CRR and Notary Public
```

```
 1   APPEARANCE OF COUNSEL BY ZOOM:
 2   For the Plaintiff:
 3           CAROL JEAN LOCICERO, ESQ.
 4           MARK R. CARAMANICA, ESQ.
 5           Thomas & Locicero PL
 6           601 South Boulevard
 7           Tampa, FL 33606
 8           813-984-3060
 9           clocicero@tlolawfirm.com
10           mcaramanica@tlolawfimr.com
11   Also Present by Zoom:  BERNIE BRENNAN, Paralegal
12
13   For the Defendant:
14           ELIZABETH CURRAN O'BRIEN, ESQ.
15           North Carolina Department of Justice
16           114 W. Edenton Street
17           Raleigh, NC 27603
18           eobrien@ncdoj.gov
19
20   Also Present by Zoom:  CORRINE LUSIC, Deputy General
                            Counsel of NCAOC
21                          CHRIS AGOSTO CARRIERO, Esq.
                            RAFAEL BICHARA, Intern
22                          Will Derrick, Intern
23
24
25
```

```
 1  North Carolina courts other than civil superior court?
 2      A.   Yeah, I mean, he -- the -- I think it's
 3  Triangle Report covered quite a few state superior
 4  courts in North Carolina.  I'm sorry, yeah, state
 5  superior courts.
 6      Q.   Did he review newly-filed civil complaints
 7  that were filed in the district court?
 8      A.   Yes, in federal court, you mean, or?
 9      Q.   No.  This is all to state court.  I'm not
10  going to ask about federal court, yes.
11           So would Rich Ivy review newly-filed civil
12  complaints that are filed in the district court?
13      A.   Yes, I believe that's the court of general
14  jurisdiction, so yes.
15      Q.   Okay.  Would Rich Ivy report on say a
16  divorce proceeding if it involved a famous person?
17      A.   We normally do not have access to divorce
18  proceedings, and we do not include them in the reports.
19  So I'm sorry, I should have answered your question
20  directly, no.
21      Q.   Okay.  So if you had heard a rumor, if Rich
22  heard a rumor a Courthouse News reporter learned that,
23  for example, Governor Cooper had just filed for a
24  divorce from his wife, would that be something
25  Courthouse News reports on?
```

1     A.    We don't report on domestic stuff.
2           But I wanted to add that, you know,
3  reporters in general would.  They would find that in
4  public interest.  But it's not -- for our readers,
5  that's not their kind of stuff.
6     Q.    Okay.  All right.  I'm going to scroll down
7  in this complaint to paragraph 5 of the complaint.  Do
8  you see that?
9     A.    I do.
10    Q.    And it reads:  During the transition from
11 paper to electronic records, federal courts -- your
12 windows are blocking me -- and many state courts kept
13 in place the age-old tradition of access.
14          Is it your testimony that in North
15 Carolina, there was -- what was the age-old tradition
16 of access?
17    A.    In North Carolina, as I say, I don't go
18 back very far, and I don't know that this tradition
19 existed in North Carolina.  It was very common.  I
20 suspect it did, but I don't know.
21    Q.    So when -- and in this paragraph, it also
22 goes on to say that:  Some state clerks and administers
23 abandoned the age-old tradition of access, and that
24 group includes NCAOC.
25          What is the basis for the allegation that

1          C E R T I F I C A T E

2       I, Marisa Munoz-Vourakis, Stenographic Reporter, RMR,

3  CRR and Notary Public, certify that on June 21, 2024, in

4  Pasadena, California, having produced satisfactory

5  evidence of identification, and having been first duly

6  sworn by me according to the emergency video notarization

7  requirements contained in G.S. 10B-25, to tell the truth,

8  thereupon testified as set forth in the preceding pages,

9  exclusive of errata sheet and signature page, if required,

10 the examination being reported by me verbatim and reduced

11 to typewritten form by me personally.

12      I further certify that I am neither counsel for,

13 related to, nor employed by any of the parties to this

14 action in which this proceeding was conducted, and

15 further, that I am not a relative or employee of any

16 attorney or counsel employed by the parties thereof, nor

17 financially or otherwise interested in the outcome of the

18 action.

19 This the 1st day of July, 2024.

20

21 _____   MARISA MUNOZ-VOURAKIS
   Notary #20032900127

22

23

24

25