IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>                      Plaintiff,<br><br>v.<br><br>RYAN BOYCE, in his official capacity as Director of the North Carolina Administrative Office of the Courts; MICHELLE BALL, in her official capacity as Clerk of Superior Court of Johnston County; RENEE WHITTENTON, in her official capacity as Clerk of Superior Court of Harnett County; and CLAUDIA CROOM, in her official capacity as Clerk of Superior Court of Wake County,<br><br>                      Defendants. | Case No.: 5:23-cv00280-FL<br><br>**COURTHOUSE NEWS SERVICE'S UNOPPOSED MOTION FOR LEAVE TO FILE VIDEO AND EXCEL EXHIBITS MANUALLY** |

Pursuant to E.D.N.C. Local Rule 5.1(f) and Section V(A)(2) of the E.D.N.C. Electronic Case Filing Admin. Policies & Procedures Manual, Plaintiff Courthouse News Service ("CNS"), by and through its undersigned counsel, hereby moves this Court, unopposed, for leave to manually file with the Court exhibits in the form of a USB Drive containing a video and a number of Excel spreadsheets in support of CNS' Motion for Summary Judgment, and states as follows:

CNS filed its Motion for Summary Judgment on May 16, 2025 [D.E. 77]. In support of its motion, it also filed a Memorandum of Law [D.E. 79], Statement of Material Facts [D.E. 78], and an Appendix with attached declarations and exhibits [D.E. 80]. The supporting materials to its Motion for Summary Judgment include a recording of a September 2024 meeting of the eCourts Rules of Recordkeeping Committee that was produced to CNS by the North Carolina

Administrative Office of the Courts ("NCAOC") in this litigation. It is Exhibit I to the Declaration of Bernie Brennan [D.E. 80-8].

Furthermore, additional materials supporting CNS' Motion for Summary Judgment include certain Excel spreadsheets containing data regarding the Defendants' newly e-filed complaint processing speeds and when such complaints became publicly available. These spreadsheets, all of which were produced by Defendant NCAOC to CNS during discovery, are attached to the Declaration of Bernie Brennan as Exhibits C and D, and Composite Exhibits A, E, F, N, P, and Q. The spreadsheets cannot be filed electronically as they are unable to be converted into readable PDFs in which all data and tabs are visible.

WHEREFORE, Plaintiff Courthouse News Service respectfully requests this Court grant this motion and enter an order permitting it to conventionally file with the Clerk the video and Excel spreadsheets via USB Drive.

## **CERTIFICATION**

The exhibits CNS seeks to file herein have been provided in electronic format to counsel for the Defendants pursuant to E.D.N.C. Local Rule 5.1(f). Counsel for CNS has also conferred with counsel for Defendants about the relief requested in this motion. Defendants do not oppose that relief but reserve the right to raise any appropriate objections to the contents of the filings at the appropriate time.

Respectfully submitted this **20th** day of **May**, **2025**.

          THOMAS & LoCICERO PL

          */s/ Carol Jean LoCicero*
          Carol Jean LoCicero (FBN 603030)
          Mark R. Caramanica (FBN 110581)
          601 South Boulevard
          Tampa, FL 33606
          Telephone: (813) 984-3060

Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
mcaramanica@tlolawfirm.com
tgilley@tlolawfirm.com
jvanderhorst@tlolawfirm.com

Daniela B. Abratt (FBN 118053)
915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
Telephone: (954) 703-3418
dabratt@tlolawfirm.com

- and -

Michael J. Tadych (NC Bar No. 24556)
mike@smvt.com
Kathleen O'Malley (NC Bar. No. 51654)
komalley@smvt.com
STEVENS MARTIN VAUGHN &
TADYCH, PLLC
6300 Creedmoor Road, Suite 170-370
Raleigh, NC 27612
Telephone: (919) 582-2300
Facsimile: (866) 593-7695

*Counsel for Courthouse News Service*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned this **20th** day of **May**, **2025**, has caused the foregoing to be electronically filed using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system.

/s/ *Carol Jean LoCicero*
Attorney