# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
Case No.: 5:23-cv00280-FL

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>             Plaintiff,<br><br>v.<br><br>RYAN BOYCE, in his official capacity as Director of the North Carolina Administrative Office of the Courts; MICHELLE BALL, in her official capacity as Clerk of Superior Court of Johnston County; RENEE WHITTENTON, in her official capacity as Clerk of Superior Court of Harnett County; and CLAUDIA CROOM, in her official capacity as Clerk of Superior Court of Wake County,<br><br>             Defendants. | ORDER |

Defendants moved the Court for a 14-day extension of time to file their response to Plaintiff's Motion for Summary Judgment. [DE 77] For good cause shown, the motion is ALLOWED and the deadline to file Defendants' Response to Plaintiff's Motion for Summary Judgment is extended to June 20, 2025.

SO ORDERED, this the 21st day of May, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge