IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>                      Plaintiff,<br><br>v.<br><br>RYAN BOYCE, in his official capacity as Director of the North Carolina Administrative Office of the Courts; MICHELLE BALL, in her official capacity as Clerk of Superior Court of Johnston County; RENEE WHITTENTON, in her official capacity as Clerk of Superior Court of Harnett County; and CLAUDIA CROOM, in her official capacity as Clerk of Superior Court of Wake County,<br><br>                      Defendants. | Case No.: 5:23-cv00280-FL<br><br>**ORDER GRANTING COURTHOUSE NEWS SERVICE'S UNOPPOSED MOTION FOR LEAVE TO FILE VIDEO AND EXCEL EXHIBITS MANUALLY** |

THIS CAUSE comes before the Court on Plaintiff Courthouse News Service's ("CNS") Unopposed Motion for Leave to File Video and Excel Exhibits Manually. The Court, having carefully considered CNS' Motion, being advised of the agreement of the parties, and for good cause shown, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The Motion is GRANTED.

2. CNS may file the exhibits referenced in the Motion manually via submission of a USB Drive with the Clerk's Office. The Clerk shall file the USB with the Court.

It is so ORDERED, this 27th day of May, 2025.

                                                                     _____
                                                                     LOUISE W. FLANAGAN
                                                                     United States District Judge