# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>        Plaintiff,<br><br>v.<br><br>RYAN BOYCE, in his official capacity as Director of the North Carolina Administrative Office of the Courts; MICHELLE BALL, in her official capacity as Clerk of Superior Court of Johnston County; RENEE WHITTENTON, in her official capacity as Clerk of Superior Court of Harnett County; and CLAUDIA CROOM, in her official capacity as Clerk of Superior Court of Wake County,<br><br>        Defendants. | Case No.: 5:23-CV-280-FL<br><br>**JOINT MOTION TO ENLARGE TIME TO FILE JOINT STATUS REPORT** |

Plaintiff Courthouse News Service ("CNS") and Defendants Ryan Boyce, in his official capacity as Director of the North Carolina Administrative Office of the Courts; Michelle Ball, in her official capacity as Clerk of Superior Court of Johnston County; Renee Whittenton, in her official capacity as Clerk of Superior Court of Harnett County; and Claudia Croom, in her official capacity as Clerk of Superior Court of Wake County (together, the "Parties"), by and through their undersigned counsel, hereby jointly move this Court for an order enlarging the time to file the Joint Status Report ("JSR") regarding various trial-related matters as requested in the Court's January 5, 2026, Order on CNS' motion for summary judgment (DE 96, the "Order"). The Parties seek a 14-day extension, up through and including February 9, 2026, to file the JSR.

The Order requires the Parties to submit a JSR discussing certain matters in advance of a bench trial, including: (1) the estimated trial length and potential dates for trial; (2) any pre-trial or

trial issues that may be addressed in advance to promote efficiencies, with a suggested schedule for same; and (3) whether the Parties seek any conference with the Court before it enters a pre-trial order.  *See* Order at p. 20.  The Order additionally instructed the Parties to inform the Court whether additional settlement or alternative dispute resolution was desirable and, if so, a contemplated completion date. *See* Order at 20-21.

The Parties have conferred about these matters and additionally discussed whether this matter could be resolved among them without the need for a bench trial or further formal dispute resolution means. Those discussions are ongoing and a brief extension of time to file the JSR would help facilitate a possible resolution. Therefore, the Parties request an extension to file the JSR through February 9, 2026.

Respectfully submitted this 23rd day of January 2026.

> THOMAS & LoCICERO PL
>
> */s/ Carol Jean LoCicero*
> Carol Jean LoCicero (FBN 603030)
> Mark R. Caramanica (FBN 110581)
> 601 South Boulevard
> Tampa, FL  33606
> Telephone: (813) 984-3060
> Facsimile: (813) 984-3070
> clocicero@tlolawfirm.com
> mcaramanica@tlolawfirm.com
> jvanderhorst@tlolawfirm.com
>
> Daniela B. Abratt (FBN 118053)
> 915 Middle River Drive, Suite 309
> Fort Lauderdale, FL 33304
> Telephone: (954) 703-3418
> dabratt@tlolawfirm.com
>
> - and -
>
> Michael J. Tadych (NC Bar No. 24556)
> mike@smvt.com
> Kathleen O'Malley (NC Bar. No. 51654)

komalley@smvt.com
STEVENS MARTIN VAUGHN &
TADYCH, PLLC
6300 Creedmoor Road, Suite 170-370
Raleigh, NC 27612
Telephone: (919) 582-2300
Facsimile: (866) 593-7695

*Counsel for Plaintiff*

JEFF JACKSON
Attorney General

*/s/ Elizabeth Curran O'Brien*
Special Deputy Attorney General
N.C. State Bar Number 28885
eobrien@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Facsimile: (919) 716-6755

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned this **23rd** day of **January 2026**, has caused the foregoing to be electronically filed using the CM/ECF system, which will send notification of such filing to all the counsel of record for the Parties who participate in the CM/ECF system.

*/s/ Carol Jean LoCicero*
Attorney