# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>                    Plaintiff,<br><br>v.<br><br>RYAN BOYCE, in his official capacity as Director of the North Carolina Administrative Office of the Courts; MICHELLE BALL, in her official capacity as Clerk of Superior Court of Johnston County; RENEE WHITTENTON, in her official capacity as Clerk of Superior Court of Harnett County; and CLAUDIA CROOM, in her official capacity as Clerk of Superior Court of Wake County,<br><br>                    Defendants. | Case No.: 5:23-CV-280-FL<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Courthouse News Service and Defendants Ryan Boyce, in his official capacity as Director of the North Carolina Administrative Office of the Courts; Michelle Ball, in her official capacity as Clerk of Superior Court of Johnston County; Renee Whittenton, in her official capacity as Clerk of Superior Court of Harnett County; and Claudia Croom, in her official capacity as Clerk of Superior Court of Wake County, by and through their undersigned counsel, hereby stipulate to this Voluntary Dismissal Without Prejudice of all claims in this action, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 4th day of February, 2026.

                                                                                   THOMAS & LoCICERO PL

                                                                                   */s/ Carol Jean LoCicero*
                                                                                   Carol Jean LoCicero (FBN 603030)

Mark R. Caramanica (FBN 110581)
601 South Boulevard
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
clocicero@tlolawfirm.com
mcaramanica@tlolawfirm.com
jvanderhorst@tlolawfirm.com

Daniela B. Abratt (FBN 118053)
915 Middle River Drive, Suite 309
Fort Lauderdale, FL 33304
Telephone: (954) 703-3418
dabratt@tlolawfirm.com

- and -

Michael J. Tadych (NC Bar No. 24556)
mike@smvt.com
Kathleen O'Malley (NC Bar. No. 51654)
komalley@smvt.com
STEVENS MARTIN VAUGHN &
TADYCH, PLLC
6300 Creedmoor Road, Suite 170-370
Raleigh, NC 27612
Telephone: (919) 582-2300
Facsimile: (866) 593-7695

*Counsel for Plaintiff*

JEFF JACKSON
Attorney General

*/s/ Elizabeth Curran O'Brien*
Special Deputy Attorney General
N.C. State Bar Number 28885
eobrien@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Facsimile: (919) 716-6755

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      This is to certify that the undersigned this **4th** day of **February, 2026**, has caused the foregoing to be electronically filed using the CM/ECF system, which will send notification of such filing to all the counsel of record for the Parties who participate in the CM/ECF system.

                                                  */s/ Carol Jean LoCicero*
                                                  Attorney